# EXHIBIT 1

| **AWARD/CONTRACT** | | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | | RATING | PAGE 1 | OF | PAGES 96 |

| 2. CONTRACT (Proc. Inst. Ident.) NO. 72012118C00004 | 3. EFFECTIVE DATE 20 C | 4. REQUISITION/PURCHASE REQUEST/PROJECT NO. REQ-121-18-000031 |

| 5. ISSUED BY | CODE | UKRAINE | 6. ADMINISTERED BY (If other than Item 5) | CODE | UKRAINE |

5. ISSUED BY

USAID/Ukraine/Regional Contract Office
Department of State
5850 Kyiv Pl.
Washington D.C. 20521-5850

6. ADMINISTERED BY (If other than Item 5)

SAME AS 5

7. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

DAI Global, LLC
7100 Wisconsin Ave, suite 200.
Bethesda, MD 20814

DUNS: 06-678-1956

| CODE | | FACILITY CODE | |

8. DELIVERY

☐ FOB ORIGIN    ☐ OTHER (See below)

9. DISCOUNT FOR PROMPT PAYMENT

10. SUBMIT INVOICES (4 copies unless otherwise specified) TO THE ADDRESS SHOWN IN

ITEM
See G.5

11. SHIP TO/MARK FOR    CODE

12. PAYMENT WILL BE MADE BY    CODE

USAID/Ukraine/Office of Financial Management
Department of State
5850 Kyiv Pl.

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION

☐ 10 U.S.C. 2304(c)( )    ☐ 41 U.S.C. 3304(a)( )

14. ACCOUNTING AND APPROPRIATION DATA

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D.UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 1. | USAID Economic Resilience Activity | 1 | | 61,818,364 | 61,818,364 |

| | | 15G. TOTAL AMOUNT OF CONTRACT ▶ | $ 61,818,364 |

16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | 1 | | I | CONTRACT CLAUSES | 72 |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 6 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | 10 | | J | LIST OF ATTACHMENTS | 96 |
| | D | PACKAGING AND MARKING | 29 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | 31 | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | 32 | | | |
| | G | CONTRACT ADMINISTRATION DATA | 45 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | 50 | | M | EVALUATION FACTORS FOR AWARD | |

CONTRACTING OFFICER WILL COMPLETE ITEM 17 (SEALED-BID OR NEGOTIATED PROCUREMENT) OR 18 (SEALED-BID PROCUREMENT) AS APPLICABLE

17. ☒ CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ___one___ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

18. ☐ SEALED-BID AWARD (Contractor is not required to sign this document.)

Your bid on Solicitation Number ___

including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the terms listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's solicitation and your bid, and (b) this award/contract. No further contractual document is necessary. (Block 18 should be checked only when awarding a sealed-bid contract.)

| 19A. NAME AND TITLE OF SIGNER (Type or Print) | 20A. NAME OF CONTRACTING OFFICER |
|---|---|
| Nathalie Augustin Acting VP Contracts and Grants | Maria Televantos |

| 19B. NAME OF CONTRACTOR | 19C. DATE SIGNED | 20B. UNITED STATES OF AMERICA | 20C. DATE SIGNED |
|---|---|---|---|
| BY *(Signature of person authorized to sign)* | 22 August 2018 | BY *(Signature of Contracting Officer)* | 8/23/18 |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

STANDARD FORM 26 (REV. 3/2013)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

# Contents

RESERVED FOR SF-26 ................................................................................................ 1

PART I – THE SCHEDULE .................................................................................... 6


SECTION B – SERVICES AND PRICE/COSTS ................................................... 6
  B.1   PURPOSE ........................................................................................ **6**
  B.2   CONTRACT TYPE AND CONTRACT SERVICES .................................... **6**
  B.3   ESTIMATED COST, AWARD FEE, AND OBLIGATED AMOUNT ............... **6**
  B.4   CONTRACT BUDGET ..................................................................... **6**
  B.5   INDIRECT COSTS ......................................................................... **6**
  B.6   ADVANCE UNDERSTANDING ON CEILING INDIRECT COST RATES AND
FINAL REIMBURSEMENT FOR INDIRECT COSTS .................................... **7**
  B.7    PAYMENT OF AWARD FEE ............................................................ **8**
  B.8   MULTI-YEAR CONTRACT AND CANCELLATION CEILING .......................... **9**


SECTION C – DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK ............ 10
  C.1   TITLE OF ACTIVITY ..................................................................... **10**
  C.2   PURPOSE ................................................................................... **10**
  C.3   CONTEXT AND BACKGROUND ...................................................... **10**
  C.4   ACTIVITY APPROACH AND OBJECTIVES ........................................ **15**
  C.5   IMPLEMENTATION PRINCIPLES .................................................... **23**
  C.6   GEOGRAPHIC TARGETING ........................................................... **26**
  C.7   MONITORING, EVALUATION, AND LEARNING ................................. **26**


SECTION D – BRANDING AND MARKING .......................................................... 29
  D.1   AIDAR 752.7009 MARKING (JAN 1993) ...................................... **29**
  D.2. BRANDING STRATEGY (BS) ........................................................... **29**
  D.3 BRANDING AND MARKING POLICY AND CREATION AND DEVELOPMENT OF
WEBSITE ............................................................................................. **29**
  D. 4 BRANDING IMPLEMENTATION PLAN (BIP) AND MARKING PLAN (MP) .. **30**


SECTION E – INSPECTION AND ACCEPTANCE ................................................ 31
  E.1   NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE
     31
  E.2   INSPECTION AND ACCEPTANCE ................................................... **31**


SECTION F – DELIVERIES OR PERFORMANCE ................................................ 32
  F.1   NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE
     32
  F.2   PERIOD OF PERFORMANCE .......................................................... **32**
  F.3   PLACE OF PERFORMANCE ........................................................... **32**
  F.4   PERFORMANCE STANDARDS ........................................................ **32**
  F.5   AUTHORIZED WORK WEEK ........................................................... **32**
  F.6   DELIVERABLES ........................................................................... **32**
  F.7   KEY PERSONNEL ......................................................................... **41**

**F.8    AIDAR 752.7005 SUBMISSION REQUIREMENTS FOR DEVELOPMENT
EXPERIENCE DOCUMENTS (September 2013)**............................................................**43**
**F.9    GEOSPATIAL REPORTING REQUIREMENTS**................................................**44**


**SECTION G – CONTRACT ADMINISTRATION DATA** ....................................................**45**
**G.1    CONTRACTING OFFICER'S AUTHORITY** .......................................................**45**
**G.2    CONTRACTING OFFICER'S REPRESENTATIVE (COR)**................................**45**
**G.3    AIDAR 752.7003 DOCUMENTATION FOR PAYMENT (NOV 1998)** ................**45**
**G.4    PAYING OFFICE** .....................................................................................................**46**
**G.5    INVOICING INSTRUCTIONS**...............................................................................**47**
**G.6    ACCOUNTING AND APPROPRIATION DATA** ...............................................**47**
**G.7    TECHNICAL DIRECTIONS/RELATIONSHIP WITH USAID** .........................**48**
**G.8    CONTRACTOR'S PRIMARY POINT OF CONTACT**.........................................**49**
**G.9    AWARD FEE EVALUATION** ................................................................................**49**
**G.10   AIDAR 752.216-70 AWARD FEE (MAY 1997)** .........................................................**49**


**SECTION H – SPECIAL CONTRACT REQUIREMENTS**...................................................**50**
**H.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE**
**50**
**H.2    AIDAR 752.225-70 SOURCE AND NATIONALITY REQUIREMENTS (FEB 2012)**
**50**
**H.3    ADS 302.3.5.19 USAID-FINANCED THIRD-PARTY WEB SITES (NOV 2017)** ...**51**
**H.4    ADS 302.3.5.22 SUBMISSION OF DATASETS TO THE DEVELOPMENT DATA
LIBRARY (DDL) (OCT 2014)**................................................................................**52**
**H.5    AIDAR 752.7004 EMERGENCY LOCATOR INFORMATION (JUL 1997)** ..........**53**
**H.6    AIDAR 752.7007 PERSONNEL COMPENSATION (JULY 2007)**.........................**53**
**H.7    ADDITIONAL REQUIREMENTS FOR PERSONNEL COMPENSATION**......**53**
**H.8    AIDAR 752.228-70 MEDICAL EVACUATION (MEDEVAC) SERVICES (JUL 2007)**
**54**
**H.9    AIDAR 752.222-70 USAID DISABILITY POLICY (DEC 2004)** ............................**54**
**H.10   AUTHORIZED GEOGRAPHIC CODE**.................................................................**55**
**H.11   EXECUTIVE ORDERS ON TERRORISM FINANCING** ...................................**55**
**H.12   COMMUNICATIONS AND OUTREACH APPROVAL REQUIREMENTS** ......**55**
**H.13   GOVERNMENT FURNISHED FACILITIES OR PROPERTY**.........................**56**
**H.14   FOREIGN GOVERNMENT DELEGATIONS TO INTERNATIONAL
CONFERENCES**.....................................................................................................**56**
**H.15   LOGISTICAL SUPPORT**.......................................................................................**56**
**H.16   LANGUAGE REQUIREMENTS**............................................................................**56**
**H.17   AIDAR 752.7032 INTERNATIONAL TRAVEL APPROVAL AND NOTIFICATION
REQUIREMENTS (APR 2014)** ...............................................................................**56**
**H.18   FRAUD REPORTING** .............................................................................................**57**
**H.19   ENVIRONMENTAL COMPLIANCE**....................................................................**57**
**H.20   DISCLOSURE OF INFORMATION**......................................................................**58**
**H.21   FACILITIES USED FOR RELIGIOUS ACTIVITIES** ..........................................**58**
**H.22   GRANTS UNDER CONTRACT**.............................................................................**59**
**H.23   INSURANCE AND SERVICES** ..............................................................................**59**
**H.24   CONSENT TO SUBCONTRACT** ...........................................................................**61**
**H.25   CLOUD COMPUTING (APRIL 2018)**....................................................................**61**

**H.26  ORGANIZATIONAL CONFLICT OF INTEREST** ............................................**66**
**H.27  CONFLICT OF INTEREST**................................................................................**66**
**H.28  ELECTRONIC PAYMENT SYSTEM** ...............................................................**68**
**H.29  AIDAR 752.204-72 ACCESS TO USAID FACILITIES AND USAID'S INFORMATION SYSTEMS (APRIL 2018) (DEVIATION NO. M/OAA-DEV-AIDAR-18-2c))** ................**68**
**H. 30 ELECTRONIC AND INFORMATION TECHNOLOGY ACCESSIBILITY (APRIL 2018) 70**
**H.31  LIMITATION ON ACQUISITION OF INFORMATION TECHNOLOGY (DEVIATION NOs. M/OAA-DEV-FAR-18-2c and M/OAA-DEV-AIDAR-18-2c) (APRIL 2018) 70**

**PART II – CONTRACT CLAUSES** .............................................................................**72**

**SECTION I – CONTRACT CLAUSES** .......................................................................**72**
**I.1    52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**................**72**

**PAYMENT FOR OVERTIME PREMIUMS**................................................................**73**

**CONVICT LABOR** .......................................................................................................**73**
**I.2    AIDAR 752.252-1 AIDAR SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (MAR 2015)** ....................................................................................**74**
**I.3    FAR 52.204-1 APPROVAL OF CONTRACT (DEC 1989)**.......................................**75**
**I.4    FAR 52.229-8 TAXES – FOREIGN COST-REIMBURSEMENT CONTRACTS (MAR 1990) 75**
**I.5    AIDAR 752.7025 APPROVALS (APR 1984)** ............................................................**75**
**I.6    AIDAR 752.7101 VOLUNTARY POPULATION PLANNING ACTIVITIES (JUNE 2008) 76**
**I.7    AIDAR 752.229-71 REPORTING OF FOREIGN TAXES (JULY 2007)** .................**76**
**I.8    AIDAR 752.222-71 NONDISCRIMINATION (JUNE 2012)** ...................................**77**
**I.9    AIDAR 752.231-72 CONFERENCE PLANNING AND REQUIRED APPROVALS (AUG 2013)**......................................................................................................................**77**
**I.10   AIDAR 752.7036 USAID IMPLEMENTING PARTNER NOTICES (IPN) PORTAL FOR ACQUISITION (JUL 2014)** .....................................................................................**78**
**I.11   FAR 52.203-13 CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (OCT 2015)** ..........................................................................................................................**79**
**I.12   FAR 52.203-19 – PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017)**......................**83**
**I.13   FAR 52.217-2 CANCELLATION UNDER MULTI-YEAR CONTRACTS. (OCT 1997) 83**
**I.14   FAR 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)** .............................**85**
**I.15   FAR 52.222-50 – COMBATING TRAFFICKING IN PERSONS (MAR 2015)**........**85**
**I.16   AIDAR 752.245-70 GOVERNMENT PROPERTY—USAID REPORTING REQUIREMENTS (OCT 2017)**.......................................................................................**91**
**I.17   FAR 52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (JUL 2018)** .................................................................**93**
**I.18   AIDAR 752.7013 CONTRACTOR-MISSION RELATIONSHIPS (DEVIATION No. M/OAA-DEV-AIDAR-18-04c) (JUNE 2018)** ......................................................................**94**

**PART III – LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**.......96

**SECTION J – LIST OF ATTACHMENTS**...............................................................96

**PART I – THE SCHEDULE**

**SECTION B – SERVICES AND PRICE/COSTS**

**B.1     PURPOSE**

The purpose of this contract is to provide technical assistance and other services as described in detail in Section C for the implementation of USAID/Ukraine's program entitled "USAID Economic Resilience Activity."

**B.2     CONTRACT TYPE AND CONTRACT SERVICES**

This is a cost plus award fee (CPAF) contract. For the consideration set forth below, the Contractor must achieve the performance objectives and deliverables or outputs described in this contract.

**B.3     ESTIMATED COST, AWARD FEE, AND OBLIGATED AMOUNT**

   a)   The estimated cost for the performance of the work required hereunder, exclusive of award fee and base fee, is $57,505,455. The base fee is $575,054. The maximum award fee is $3,737,855. Total estimated cost plus all fees, if $61,818,364.

   b)   Within the estimated CPAF specified in paragraph a) above, the amount currently obligated and available for reimbursement of allowable costs incurred by the Contractor (and payment of fee, if any) for performance hereunder is $5,185,682.00. The Contractor must not exceed the aforesaid obligated amount.

**B.4     CONTRACT BUDGET**

a) The following is the contract budget:

| ITEM | Total |
|---|---|
| **PROGRAM COSTS** | $42,505,455 |
| **GUC** | $15,000,000 |
| **TOTAL MINUS FEE** | $57,505,455 |
| **BASE FEE** | $575,054 |
| **MAXIMUM AWARD FEE** | $3,737,855 |
| **TOTAL ESTIMATED COST** | $61,818,364 |

b) The inclusion of any costs in the above cost categories does not obviate the requirement for prior approval by the Contracting Officer of cost items designated as requiring prior approval by any of the terms and conditions of this contract, including the applicable cost principles (see FAR § 52.216-07, "Allowable Cost and Payment"); nor does it constitute a determination of allowability by the Contracting Officer of any item of cost, unless specifically stated elsewhere in this contract. Also, these amounts may not be adjusted without a written modification signed by the Contracting Officer. The Contractor must not bill any amounts against this contract in excess of the amounts specified for each line item.

**B.5     INDIRECT COSTS**

Pending establishment of revised provisional or final indirect cost rates, allowable indirect costs must be reimbursed on the basis of the following negotiated provisional or predetermined rates and the appropriate bases:

| Description | Rate | Base | Type | Period |
|---|---|---|---|---|
| Home Office/Overseas Fringe Benefits | 36.38% | 1/ | 1/ | 1/ |
| Part-time and Intermittent Fringe | 9.70% | 2/ | 2/ | 2/ |
| Overhead | 51.81% | 3/ | 3/ | 3/ |
| G&A | 12.63% | 4/ | 4/ | 4/ |

1/     Base of Application: Total full-time home office and overseas full-time direct labor dollars
Type of Rate: Provisional
Period: 01-01-16 – Until Amended

2/     Base of Application: Total home office part-time and home office intermittent home office labor dollars (part-time and intermittent overseas labor dollars are not included)
Type of Rate: Provisional
Period: 01-01-16 – Until Amended

3/     Base of Application: Total direct labor dollars, B&P labor dollars and applicable fringe benefits
Type of Rate: Provisional
Period: 01-01-16 – Until Amended

4/     Base of Application: Total costs excluding G&A costs and pass-through other direct costs
Type of Rate: Provisional
Period: 01-01-16 – Until Amended

## B.6     ADVANCE UNDERSTANDING ON CEILING INDIRECT COST RATES AND FINAL REIMBURSEMENT FOR INDIRECT COSTS

Reimbursement for indirect costs must be at the lower of the negotiated final (or predetermined) rates or the following ceiling rates:

| Description | Rate | Base | Period |
|---|---|---|---|
| Home Office/Overseas Fringe Benefits | 42.87% | 1/ | 1/ |
| Part-time and Intermittent Fringe | 9.71% | 2/ | 2/ |
| Overhead | 57.83% | 3/ | 3/ |
| G&A | 13.99% | 4/ | 4/ |

1/ Base of Application: Total home office and overseas full-time direct labor dollars
Period: 2018-2023

2/ Base of Application: Total home office part-time and home office intermittent home office labor dollars (part-time and intermittent overseas labor dollars are not included)
Period: 2018-2023

3/ Base of Application: Total direct labor dollars, B&P labor dollars and applicable fringe
Period: 2018-2023

4/ Base of Application: Total costs excluding G&A costs and pass-through other direct costs
Period: 2018-2023

The Government will not be obligated to pay any additional amount should the final indirect cost rates exceed the negotiated ceiling rates. If the final indirect cost rates are less than the negotiated ceiling rates, the negotiated rates will be reduced to conform to the lower rates.

This understanding must not change any monetary ceiling, obligation, or specific cost allowance or disallowance. Any changes in classifying or allocating indirect costs require the prior written approval of the Contracting Officer.

## B.7   PAYMENT OF AWARD FEE

The Contractor may earn and be paid all or a portion of an award fee for performance under this contract. The Government's purpose in granting an award fee is to encourage and reward superior contract performance.

The maximum award fee must be made available to the Contractor in six (6) increments as specified below:

| Evaluation Period | Period* (Start/End date | Amount of Award Fee Available | |
|---|---|---|---|
| First Period | 8/27/2018 – 2/26/2019 | 10% | $373,785 |
| Second Period | 2/27/2019 – 9/30/2019 | 10% | $373,785 |
| Third Period | 10/1/2019 – 9/30/2020 | 20% | $747,571 |
| Fourth Period | 10/1/2020 – 9/30/2021 | 20% | $747,571 |
| Fifth Period | 10/1/2021 – 9/30/2022 | 20% | $747,571 |
| Sixth Period | 10/1/2022 – 8/26/2023 | 20% | $747,571 |
| Maximum Award Fee Available | | 100% | $3,737,855 |

The determination of the award fee, if any, earned by the Contractor must be in accordance with the Award Fee Evaluation Plan. Per FAR 16.401(e)(4), unearned award fee cannot rollover from one award fee increment to the next award fee increment.

Payment of any award fee earned by the Contractor must not be subject to the withholding provisions of the clause of this contract entitled "Allowable Cost and Payment" (FAR 52.216-7) clause.

**B.8    MULTI-YEAR CONTRACT AND CANCELLATION CEILING**

This contract is considered non-severable, and is therefore a multi-year contract as defined in FAR 17.103. Therefore, this contract is subject to the requirements of FAR 17.106.

    a.  Performance under this contract during the second and subsequent years is contingent upon the appropriation of funds. All program years except the first are subject to cancellation. Cancellation shall occur by the dates specified below if the Contracting Officer:

        1.  notifies the Contractor that funds are not available for contract performance for any subsequent program year or
        2.  fails to notify the Contractor that funds are available for performance of the succeeding program year.

    b.  Cancellation Ceiling:
        This is a CPAF type contract where the Contractor is authorized to be reimbursed for all costs which are allowable in accordance with FAR 52.216-7, "Allowable Costs and Payment." Therefore, the Contractor will not incur any costs which would have been amortized over the life of the contract should the contract be cancelled in accordance with FAR 52.217-2.

The Government's liability for cancellation charges shall not exceed $0.00. This amount will be reduced in accordance with FAR 17.106-1(c)(1) at the conclusion of each program year, as follows:

| Program Year | Cancellation Date | Cancellation Ceiling |
|---|---|---|
| Year 2: 2019/2020 | December 31, 2019 | $0 |
| Year 3: 2020/2021 | December 31, 2020 | $0 |
| Year 4: 2021/2022 | December 31, 2021 | $0 |
| Year 5: 2022/2023 | December 21, 2022 | $0 |

**[END OF SECTION B]**

## SECTION C – DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

### C.1    TITLE OF ACTIVITY

The title of this USAID/Ukraine activity is the USAID Economic Resilience Activity.

### C.2    PURPOSE

The purpose of the USAID Economic Resilience Activity (ERA) is to improve the overall economic resilience of eastern Ukraine in response to Russian aggression, which has disrupted critical market linkages, catalyzed the economic decline of previously dominant industries, and caused massive population disruption. Resilience is "the ability of people, households, communities, countries, and systems to mitigate, adapt to, and recover from shocks and stresses in a manner that reduces chronic vulnerability and facilitates inclusive growth." This activity aims to improve the economic resilience of eastern Ukraine through accomplishing the following objectives:

- **OBJECTIVE 1:** Provide assistance to stabilize the economy of eastern Ukraine
- **OBJECTIVE 2:** Support the sustainable development of small and medium enterprises (SMEs) in eastern Ukraine
- **OBJECTIVE 3:** Build confidence in the future of the eastern Ukrainian economy

By accomplishing these objectives, the economy of eastern Ukraine will be more diversified, more integrated with the rest of Ukraine, less dependent on Russia, and the region's residents will be better equipped to compete for the jobs of the future, thereby improving the economic resilience of the region. The activity will work primarily in the oblasts most affected by Russia's aggression, Donetsk and Luhansk—together known as the "Donbas" region—but will also be active in the surrounding oblasts and throughout Ukraine as required to achieve the objectives. See C.6 Geographic Targeting for a more comprehensive definition of "eastern Ukraine."

### C.3    CONTEXT AND BACKGROUND

In the wake of Ukraine's 2013 EuroMaidan protests and 2014 Revolution of Dignity, the country set out on a path of ambitious, European-oriented reforms to revitalize the Ukrainian economy. These include ongoing and future reforms related to anti-corruption, the pension system, the financial sector, the energy sector, public procurement, decentralization, the health system, and potentially land reform, among others. These efforts have nevertheless been hampered by Russia's unbridled aggression in the east. In February 2014, Russia launched an unprecedented intervention into Ukraine, illegally annexing the Ukrainian territory of Crimea, then sending military forces into Ukraine's Donbas region, initiating a war that has taken thousands of Ukrainian lives, induced massive population displacement, and destabilized the country's economy.

#### C.3.1    Impacts of Russia's Aggression in Ukraine

While the impacts of Russia's aggression are manifest throughout Ukraine, they are particularly visible in Donbas, the surrounding oblasts, and Crimea. Since the onset of conflict in spring 2014 up to November 2017, over 10,000 Ukrainians have been killed, according to the Office of the United Nations High Commissioner for Human Rights (UNHCR). According to USAID's Office of Foreign Disaster Assistance (OFDA), as of January 2018, 3.4 million people are in need of humanitarian assistance and 1.6 million people are considered internally displaced persons (IDPs) as a result of the conflict.

Credible reports by the UNHCR, the Organization for Security and Co-operation in Europe (OSCE) Special Monitoring Mission (SMM), and watchdog groups show that despite efforts to achieve peace in Donbas, the parties have failed to comply with the Minsk II peace agreements, with grave human rights consequences for the conflict-affected population, especially those living near the contact line and in non-government controlled areas (NGCAs).

Populations in eastern Ukraine harbor perceptions of being left out, marginalized, or rebuked for allegedly being Russian-leaning. This population is also the group most unaware and skeptical of Ukraine's reform process. As a result, they are less accepting of the national government's proclamations and policies than other parts of the country. Since the Revolution of Dignity, early progress has been made in implementing reforms. However, especially in the east and South, enduring governance, economic growth, and service delivery challenges, along with the impact of Russia's attempts to propagate divisive narratives and exploit existing social divisions, are undermining greater support for Ukraine's democratic transition and European future.

## C.3.2        Eastern Ukrainian Economy

The economic fortunes of the eastern Ukraine are important to the future of Ukraine. The Donbas economy was in decline before the onset of the conflict, with a lack of investment and inefficiencies in state-owned enterprises necessitating unsustainable government subsidies to the region. Russia's intervention in the region has catalyzed that decline. Nearly four years after Russian-led forces took control of the eastern part of the region, the economy in areas controlled by the Ukrainian government—known as government controlled areas (GCAs)—remains stalled. Critical market and industrial linkages have been disrupted leaving smallholder farmers without access to markets. Finance is all but unavailable due to the risk inherent in investing or lending in an active conflict zone. Large industries have closed, small businesses have difficulty starting up and growing, close to a fifth of the workforce is unemployed, and young people are leaving for better prospects elsewhere. Surveys show that residents in Ukrainian-controlled territory are alienated—they have little trust in the government in Kyiv and little hope that their lives will improve.

Trade in the region has also been disrupted. On the international stage, trade restrictions imposed by Russia, many of which specifically target the predominant sectors in eastern Ukraine—machine-building enterprises, agriculture, and metallurgical products—have caused the region's exports to fall. Local trade between the GCAs and NGCAs in the region has also been contentious. After separatists from the NGCAs moved to seize control of steel, mining, and other enterprises in March 2017, Ukrainian authorities in Kyiv imposed a ban on rail and road cargo links between the GCAs and NGCAs.

As noted earlier, over 1.6 million Ukrainians have become IDPs, representing not just a mass exodus of human capital, but an enormous demographic and socio-economic shift within the country. "Brain drain" is a threat to the economy's future, as is the high number of elderly people in the region in need of assistance. According to the 2018 Humanitarian Response Plan for Ukraine, "The elderly constitute a significant proportion of the conflict-affected population in Ukraine, making up almost 30 percent of the 3.4 million people in need of humanitarian assistance and protection, and half the total number of registered IDPs." This is the largest percentage of elderly people affected by conflict in a single country, and reflects the unique demographics of the crisis in the east.

## C.3.3        Scenario Planning

Given the status of the war, any number of scenarios could emerge over the next five years. These include the war continuing at current levels; a further distancing and alienation of populations in these regions; an intensification of the conflict; or the opposite—greater access to parts of Donbas not currently under the Government of Ukraine's (GOU's) control. Multiple scenarios should be anticipated, including when

opportunities arise to work across the present-day "line of contact" to rebuild social and cultural ties. See section C.4.4 Flexibility in implementation for more details.

### C.3.4        Relation to USAID's Strategy

USAID/Ukraine is currently developing its five-year Country Development Cooperation Strategy (CDCS) for the 2018-2023 period. The draft results framework for this forthcoming CDCS is included below and reflects U.S. Government strategic priorities to tackle corruption, mitigate the impacts of Russia's aggression, strengthen democracy, and improve Ukraine's economic prospects.



ERA will contribute to USAID/Ukraine's Development Objective 2 (DO2): Impacts of Russian Aggression Mitigated, and the Intermediate Result (IR): Conditions Improved for Reintegration. This IR refers generally to improving the governance and economic conditions of eastern Ukraine in order to align the region with the democratic, European trajectory of the rest of the country.

> Russia's intervention into Ukraine has disrupted critical market linkages, catalyzed the economic decline of previously dominant industries, and caused massive population disruption. In addition, the conflict has exposed fundamental weaknesses in the regional economy including an overdependence on Russia as a trading partner, an overreliance on big business for employment, and an undiversified economy. This activity will improve the resilience of the eastern Ukrainian economy by stabilizing the regional economy, strengthening and increasing the number of small and medium enterprises (SMEs), and building confidence in a the regional economy. Under DO2, an early focus of activity in the GCAs of Donetsk and Luhansk oblasts is expected, but this could change in connection with fluctuations in the conflict (see C.6 Geographic Targeting).

**C.3.5          Programmatic Linkages**

Achieving the objectives of ERA will require coordination with the assistance portfolios of the U.S. Government, the Ukrainian government, as well as the international donor community. The contractor must coordinate and collaborate with the stakeholders as discussed below.

**C.3.5.1 Relationship to the new Democracy and Governance Activity**

Concurrently with ERA, USAID is procuring a new democracy and governance activity focused on eastern Ukraine. ERA and this new activity must work in close coordination to address the economic and governance challenges facing eastern Ukraine in a holistic fashion. See C.4.5 Joint Planning Sessions for more details. These activities will comprise USAID's core investments in eastern Ukraine.

**C.3.5.2 Relationship to Office of Foreign Disaster Assistance and Office of Transition Initiatives Programs**

USAID is also seeking to build on the successes of USAID's humanitarian relief and stabilization programs, implemented respectively by the Office of Foreign Disaster Assistance (OFDA) and the Office of Transition Initiatives (OTI).

Since the crisis in eastern Ukraine began in FY 2014, the U.S. government has provided more than $160 million in humanitarian assistance for Ukraine. This funding supports international organizations, non-governmental organization (NGO) partners, and United Nations (UN) agencies, operating in both government-controlled and non-government-controlled areas of Ukraine. OFDA's major areas of assistance include emergency shelter, provision and distribution of relief commodities, children and elderly protection activities, psychosocial support, repair to water infrastructure, and support for short-term job creation for internally displaced persons.

With respect to USAID's stabilization program, OTI's Ukraine Confidence Building Initiative (UCBI), among other objectives, supports interventions that foster entrepreneurship and engagement in the new economy among youth. Among OTI's accomplishments is a network of creative spaces across the east where young, reform-minded Ukrainians can foster their skills in information and technology (IT) or learn how to start a small business. As work proceeds under this contract, the Contractor must leverage the relationships, networks, and counterparts in the region established by OTI and OFDA. Much of the initial coordination with the UCBI activity must be facilitated via the joint work-planning sessions referenced in C.4.5 Joint Planning Sessions.

**C.3.5.3 Relationship to Other U.S. Government Activities**

More broadly, the U.S. Government maintains a complex portfolio of activities in economic growth, energy, health, and democratic governance that contributes to the objectives described above. A number of these activities will increasingly work in eastern Ukraine or are engaged in similar interventions to support reform and European integration. The contractor's coordination with activities in eastern and southern Ukraine is critical, as USAID's strategic approach presumes cross-activity leveraging to achieve intended development results.

Current and planned USAID/Ukraine Office of Economic Growth (OEG) activities for eastern Ukraine are listed in the box below:

<div style="border:1px solid black;">

**USAID OEG Activities Working in Eastern Ukraine**

**Ongoing Activities**

- **Economic Opportunities for People Affected by Conflict (EOPAC):** $2 million activity helping people affected by the conflict to establish or relocate small businesses. Main activities include business skills trainings, a grants program, and capacity building for SMEs.
- **The Municipal Energy Reform Project (MERP):** $16.5 million activity working with five partner cities and three associated partner cities in the Donbas region to plan and identify energy development priorities related to thermal modernization, clean energy, and renewable energy.
- **Agriculture and Rural Development Support (ARDS):** $21.5 million country-wide activity providing targeted assistance in Luhansk and Donetsk oblasts to rural communities, farmers, and rural non-agricultural SMEs.
- **Financial Sector Transformation (FST):** $24.3 million activity working country-wide to build public confidence in Ukraine's financial sector and improve access to finance through non-bank financial institutions and digital finance.
- **Credit for Agriculture Producers (CAP):** $5 million country-wide activity expanding agriculture producers' access to finance via credit unions (CUs) by working with individual CUs as well as their associations, the regulator, and policymakers. CAP is working with eight credit unions in eastern and southern Ukraine.
- **Development Credit Authority (DCA) Support for Credit Unions:** USAID has a DCA with Oikocredit to increase access to finance for microfinance institutions and SMEs, also active country-wide.

**Planned Activity**

- **Competitive Economy Program (CEP):** A new USAID activity that will improve Ukraine's global competitiveness. In addition to working with the Government of Ukraine (GOU) to improve Ukraine's business enabling environment, CEP will develop a municipal competitive index that will include principal Donbas municipalities.

</div>

In addition to OEG's portfolio, the Contractor must actively seek out opportunities to leverage the work of other USAID activities working on decentralization, health reform, anti-corruption, among others.

### C.3.5.4 Relationship to the Work of Humanitarian and Development Partners

The Contractor must coordinate extensively with relevant stakeholders funded by other donors and must propose to the USAID Contracting Officer's Representative (COR) how to adapt contract activities over time to match with the changing character of these projects. Given the large number of humanitarian assistance providers that began working in Ukraine following the onset of the conflict in 2014, it will be important for ERA to establish relationships and coordinate work with humanitarian implementers through the United Nations Office of the Coordination of Humanitarian Affairs (OCHA).

In addition, a number of development agencies are currently or planning to implement programs in eastern Ukraine. These development actors include—among others—the EU, Canada, Japan, the United Nations Development Programme (UNDP), United Kingdom, KfW, GIZ, the International Organization for Migration (IOM), the World Bank, the European Investment Bank (EIB), and the European Bank for Reconstruction and Development (EBRD). The GOU, including the Ministry of Temporarily Occupied Territories (MTOT), oblast administrations, and other government actors are also planning initiatives.

The depth of coordination will depend on the relevancy of the project in question. However, the Contractor must conduct a broad range of coordination efforts, from joining coordination bodies, to one-on-one engagement, to joint planning. The Contractor must coordinate appropriately and include information in the quarterly report on that coordination. In addition to coordination, the Contractor must also leverage non-U.S. Government funds specifically.

## C.4    ACTIVITY APPROACH AND OBJECTIVES

This section describes the orientation of the activity, including the theory of change, objectives, and what USAID believes should be the priority areas of work under each objective. The Contractor's approach must be responsive to the implementation principles described in C.5. The Contractor must closely coordinate with the COR to develop an approach through the workplanning process. It will be subsequently re-assessed in joint planning sessions held regularly in consultation with USAID as described in C.4.5.

### C.4.1    Theory of Change

The Theory of Change for the overall activity described in this SOW is as follows:

---

**IF USAID:**
- Provides assistance to stabilize the economy of eastern Ukraine; **and**
- Supports the sustainable development of SMEs in eastern Ukraine; **and**
- Builds confidence in the future of the eastern Ukrainian Economy—

**THEN:**
- Improved confidence in the future of the eastern Ukrainian economy will induce more Ukrainians to make investments in eastern Ukraine, to invest in their human capital, and to start their own businesses;
- Investors, entrepreneurs, and firms will be encouraged to consider new business activities that increase incomes and employment in eastern Ukraine;
- The number of SMEs and entrepreneurs will increase, expanding the regional private sector and making the regional economy less dependent on big businesses;
- Increased economic activity in the region and stronger economic ties to the rest of the country and the EU will reduce eastern Ukraine's dependence on Russia as a trading partner;
- Perceptions about the economic downturn of eastern Ukraine will be improved;
- All of which will make the region's economy more resilient and less susceptible to economic shocks and Russian pressure.

**BECAUSE:**
- Russia's intervention into the Donbas has made it clear that over dependence on Russia, Russian-influenced oligarchs, and outdated industries must change for Ukraine to be secure, independent, and prosperous.

---

### C.4.2    Objectives

The overarching goal of this activity is to improve the overall economic resilience of eastern Ukraine exacerbated by Russia's aggression. This goal must be attained through achieving three objectives:

- **OBJECTIVE 1:** Provide Assistance to Stabilize the Economy of Eastern Ukraine
- **OBJECTIVE 2:** Support the Sustainable Development of SMEs in Eastern Ukraine
- **OBJECTIVE 3:** Build Confidence in the Future of the Eastern Ukrainian Economy

The activity objectives are complementary and aligned with other USAID programming as described in section C.3.5. Activities will initially be centered in Donbas, understood here as all of Donetsk and Luhansk oblasts, but may extend to other parts of Ukraine, as described in section C.5.1 below.

These objectives are sequenced in terms of the short-, medium-, and long-term priorities of the region. Objective 1 must address the immediate short-term economic needs of the region resulting from the conflict with the goal of jump starting an economic recovery. Interventions under Objective 1 must closely dovetail the work begun by OTI, OFDA, and other related USAID activities to focus on creating economic opportunities for conflict-affected persons, addressing the needs of conflict-affected businesses, and rehabilitating small-scale infrastructure in the region as quickly as possible.

Objective 2 addresses the medium-term constraints to sustainable economic growth in eastern Ukraine. Under Objective 2, the Contractor must work with entrepreneurs and SMEs with a strong potential for growth in eastern Ukraine, while at the same time working to cultivate stronger economic ties to Western Ukraine, and international markets. An improved enabling environment for SMEs in eastern Ukraine made possible through investments in key human capital institutions, support for policies for SME development, and increased access to finance must lay the foundation for Objective 3.

Objective 3 is oriented to the long-term economic trajectory of the region. The conflict—in combination with global market forces—has made the traditional industries of eastern Ukraine no longer competitive. This collapse is depriving the region of its economic security and identity. For eastern Ukrainians to have confidence in their economic futures, the Contractor must support the region to develop new innovative growth sectors, find new approaches to activating the economic potential of the industrial infrastructure that is already in place, establish a new vision for the future of the regional economy, and take steps toward making that vision a reality.

These three objectives are complementary. Advances under one objective must inform programming under the others. To the extent possible, feedback loops must be developed for maximum impact. Some of the businesses, for example, provided with immediate support under Objective 1 may "graduate" to receiving assistance under Objective 2. Furthermore, the economic vision developed under Objective 3 must inform the policy changes under Objective 2, and successes under Objective 2 must help build confidence in the regional economy. The combined impact of achieving these objectives must be an elevated role for SMEs in the regional economy, and a national economy that is more closely integrated, more resilient, and therefore less susceptible to economic shocks stemming from Russia's intervention, Russian trade sanctions, and regional volatility.

## C.4.2.2        OBJECTIVE 1: Provide Assistance to Stabilize the Economy of Eastern Ukraine

Objective 1 addresses the short-term economic recovery needs of eastern Ukraine related to the conflict in order to jumpstart the economic recovery of the region. Where the other objectives look to the medium- and long-term economic recovery of the reasons, the focus of Objective 1 is "quick-wins" that yield immediate results. In order to accomplish this, the Contractor must mobilize its key personnel and core staff and submit activity registration documents within 30 days of contract award. Under Objective 1, the Contractor must create economic opportunities for conflict-affected people, provide assistance to conflict-affected businesses, and rehabilitate small-scale infrastructure in the region as it pertains to economic growth. The Contractor's approach to achieving Objective 1 must be especially flexible given that the economic recovery needs of the region will vary with the trajectory of the conflict.

Under Objective 1, the Contractor must increase the number of economic opportunities available to IDPs, returnees, and other vulnerable populations (see C.5.5). Approximately 4 million Ukrainians need humanitarian assistance, and 1.6 million people have been displaced internally as a result of the conflict, many to the GCAs of the Donbas region and the surrounding oblasts. Many of these IDPs, as well as other vulnerable populations, have not fully integrated into their communities due to their lack of economic opportunities. The GOU's IDP Strategy, for example, states that less than a third of "able-bodied IDPs have permanent jobs." Other conflict-affect populations include smallholder farmer who have lost their markets in the NGCA or urban industrial workers who have been laid off. The humanitarian Food Security and Livelihood Cluster in September 2017 estimated that more than 360,000 unemployed people within Donbas, and 44,000 IDPs outside of Donbas, are unable to cover essential basic needs and are in need of livelihood support.

SMEs in the region are also struggling to recover from the conflict. Many report a loss of business revenue due to damaged infrastructure, equipment, and inventories. Under Objective 1 the Contractor must rapidly assess and provide for the immediate needs of SMEs in eastern Ukraine, with an eye toward stimulating an immediate rebound of economic activity and creating jobs. The Contractor must address small-scale infrastructure needs in the region, and must have the ability to rapidly and flexibly respond to such needs.

**Expected Results Under Objective 1**

- Increased economic opportunities for conflict-affected populations and businesses in eastern Ukraine;
- Targeted small-scale infrastructure rehabilitated;
- Targeted small-scale infrastructure bottlenecks addressed;
- Conflict-affected inventories and equipment for SMEs restored through an economically-sustainable approach.

**Minimum Indicators Under Objective 1**

- Number of jobs created as a result of USAID-provided assistance
- Number of beneficiaries receiving improved infrastructure services due to USG assistance

## C.4.2.3    OBJECTIVE 2: Support the Sustainable Development of SMEs in Eastern Ukraine

Objective 2 looks to the medium-term economic recovery needs of the region by supporting the sustainable development of SMEs in eastern Ukraine. Under Objective 2, the Contractor must support the growth and development of SMEs with strong growth potential in eastern Ukraine, while facilitating their access to markets in eastern Ukraine, the EU, and international markets. At the same time, the Contractor must improve the SME enabling environment, which includes improving the human capital development resources in the region, enhancing the competitiveness of the regional policy environment, and increasing SME access to finance in eastern Ukraine.

The Contractor must support entrepreneurs and SMEs in the region with a strong potential for growth after working with USAID to identify sectors of engagement-possibly value chains-based on the implementation principles outlined in C.5. The Contractor must take into account inclusive growth and the potential of new growth sectors, but also consider innovative approaches to activating the economic potential of the industrial infrastructure that is already in place.

The Contractor must also support smaller businesses, including those that benefited from assistance provided under Objective 1, or USAID's humanitarian and transition assistance programs. Other

recipients of assistance under Objective 2 must include businesses from elsewhere in Ukraine or the European Union and U.S. that seek to invest in eastern Ukraine or establish commercial relationships. For older businesses in the region, ERA must help redirect operations to new products or services with growing markets locally, elsewhere in Ukraine and abroad.

The conflict has severed the GCAs from their traditional markets and further disruption is anticipated in light of the ongoing conflict. The Contractor must mitigate these impacts by facilitating economic connections between firms in eastern Ukraine and Western Ukraine. The Contractor must also seek out opportunities to increase eastern Ukrainian SMEs access to EU and international markets, though interventions related to international trade should be carefully coordinated with USAID's CEP program.

Reforming and supporting human capital resources in the region must be a key part of achieving Objective 2. The Contractor must help workers in eastern Ukraine adapt old skills to new industries and develop new workers prepared for the industries that will drive the region's future. The Contractor must work with local human capital institutions such as universities, trade schools, centers of excellence, co-working spaces, and other vocational schools to align their curricula to the needs of the region.

The ability of new and SME businesses to grow in the eastern Ukraine depends to a large degree on the quality of the local policy environment. The Contractor must work with local governments to identify new or improve existing policies that will make the region more competitive. When operational, work in this area must be coordinated closely with USAID's CEP activity, which will develop a competitiveness survey and index for all principal municipalities in Ukraine and will use it annually to rank municipalities in order to encourage and assist them to improve their business climates. CEP will include Kramatorsk and Severodonetsk in the survey but may have limited resources to follow up in these regions.

As the Contractor works to support the creation and growth of SMEs by working with entrepreneurs and existing firms, inevitably there will be a need for finance. Under the current set of circumstances, however, access to debt or equity finance is tight given the riskiness of lending or investing in an active conflict zone. Under the final component of Objective 2, the Contractor must increase access to finance for entrepreneurs and SMEs in eastern Ukraine. In the immediate post-conflict environment, it is likely that a significant grants component will be needed to restart economic activity. The Contractor must, to the extent possible, leverages existing finance facilities—such as those supported by USAID, the GOU, and other international donors—alongside a grants program. As applicable, grants must be distributed in accordance with the market systems implementation principle described in C.5.3. In addition to these methods of stimulating access to finance, the Contractor may implement other innovative and creative ways of increasing access to finance.

**Expected Results Under Objective 2**

- Increased number of private training providers - e.g., centers of excellence, trade schools sustainably providing training aligned to the needs of the region;
- Eastern Ukrainians trained in skills required by emerging industries and incentives created to retain people in the east;
- Increased competitiveness of eastern Ukrainian municipalities relative to others;
- Increased net investment in eastern Ukraine;
- Increased number of businesses started in target industries;
- Increased net sales between eastern Ukrainian and Western Ukrainian firms;
- Increased share of eastern Ukrainian exports to EU and other international markets;
- Curricula aligned to the needs of the region developed for selected partner institutions;
- Improved access to finance for entrepreneurs and SMEs in eastern Ukraine;
- Increased revenue for SMEs in eastern Ukraine.

**Minimum Indicators Under Objective 2**
- Share of eastern Ukrainian economy in new and emerging industries (services, ICT, and agriculture)
- Number of new domestic clients/sales agreements secured by USAID-supported SMEs
- Total amount of new investments secured by SMEs and entrepreneurs supported by USAID
- Number of individuals with new or better employment in target industries following completion of USG-assisted workforce development programs
- Sales of firms receiving USG-funded assistance

## C.4.2.4     OBJECTIVE 3: Build Confidence in the Future of the Eastern Ukrainian Economy

Objective 3 looks to the long-term economic trajectory of the region. The conflict has exacerbated the decline of the economy of eastern Ukraine. The region's old economic identity as Ukraine's industrial heartland is no longer tenable. As a result, residents of eastern Ukraine are losing confidence in not just government actors, but in the old economic vision that previously defined the region. A new economic vision is needed to propel the region into the future.

Under Objective 3, the Contractor must bring together local policy makers, civic actors, entrepreneurs, educational institutions, and other private sector actors - including SMEs and industry leaders—to develop a new shared vision for the future of the economy. This "vision" may be a coherent vision for the entire region, a metropolitan area, or it may vary from municipality to municipality based on comparative advantages. In other parts of the world going through similar transformations - such as Pittsburgh - this shared vision has been a product of public-private coalitions involving businesses of all sizes, universities, as well as policymakers. The Contractor must establish a similar vision in eastern Ukraine.

As part of this initiative, it will be important for Ukrainians to be aware of positive developments in the region. Individuals, especially youth and the unemployed, need to have positive role models and know that others like themselves have found ways to improve their lives despite the challenges faced in the region. To achieve this, the Contractor must employ communications and outreach while working with media to raise the profile of the local entrepreneurs, innovators, and reformers. The Contractor must actively seek ways to communicate developments related to ERA activities—including policy reforms, successful partnerships with Western Ukraine, the EU, and other international markets—to these audiences through regular public outreach and media, striving to create a "buzz" about the region's future. The Contractor must also work with local institutions to develop and publicize business awards programs and mechanisms that reward local initiative and encourage entrepreneurship.

**Expected Results Under Objective 3**

- Regional coalitions for change established;
- Improved economic outlook amongst residents of eastern Ukraine;
- Improved perceptions of the Donbas region amongst Ukrainians;
- Increased awareness among eastern Ukrainians' of positive role models, such as successful entrepreneurs and leaders of SMEs in the community, especially women;
- Increased number of eastern Ukrainians who view new and emerging industries as important to the economic future of the region; and
- Increased willingness of residents of eastern Ukraine to invest in improving their knowledge and skills, remain in the region, or establish new economic ventures in the region.

**Minimum Indicators Under Objective 3**
- Number of participants in USAID-supported communications and information events
- Percentage of households in eastern Ukraine who think the economic situation in Ukraine (or their households) has improved substantially or somewhat over the past 12 months
- Percentage of households in eastern Ukraine who think new and emerging industries will be important to the local economy in ten years.

## C.4.3    Rapid Assessment

Given challenges with the availability and quality of data in eastern Ukraine, the Contractor must conduct a rapid assessment within three months of contract start. The information gathered from the rapid assessment must inform implementation and ensure the Contractor is operating from a sound evidence base. The rapid assessment must identify opportunities for intervention under each Objective. Under Objective 1, for example, the assessment must identify conflict-affected SMEs, small-scale infrastructure damaged during the conflict, and other small-scale infrastructure bottlenecks. For Objective 2 the assessment must, among other things, identify sectors with high growth potential and regulatory barriers inhibiting SME development. For Objective 3 the Contractor must identify the stakeholders required to engage in order to begin changing eastern Ukrainians perceptions of the eastern Ukrainian economy. During the rapid assessment, he Contractor must also identify opportunities for coordinating work with other humanitarian, stabilization, development, government, and non-government actors.

## C.4.4    Flexibility in Implementation and Adaptive Programming

The fluid political environment in eastern Ukraine calls for flexibility in implementation. Even without fundamental changes in the political and military situation in eastern Ukraine, the Contractor may need to shift emphasis between and within components to: concentrate resources where the opportunities to make progress are greatest, reflect differences between different sub-regions of eastern Ukraine, refine programming in response to knowledge obtained through learning exercises, and/or accommodate small shifts in political and social conditions on the ground. The Contractor must do this in close consultation with USAID. Major changes in the political and military situation in the east are a real possibility.

The Contractor must respond quickly to changing realities and priorities. As elaborated throughout this SOW, this requires the Contractor to adapt to changes in the operating environment that include:

- The relative strengths and demonstrated commitment of local, regional, and national governments;
- Shifts in U.S. Government foreign policy priorities for activities and geographic focus based on funding sources or other requirements; and
- Shifts in the operating environment that influence the identified risks and assumptions of the activity.

The Contractor must be specifically prepared to adapt to any number of scenarios that could impact or require altering the geographic and programmatic focus of ERA. These scenarios include, but are not limited to:

- **"Hot" War Status Quo:** In this scenario, the conflict continues as is with frequent ceasefire violations, deaths, and/or casualties on both sides but without escalating to the point of a full-blown war that militarily impacts other parts of Ukraine or in which the "line of contact" moves significantly in either direction.
- **"Frozen" conflict:** This scenario would be similar to the situations that have developed in Georgia and Moldova. In each of these places, Russia maintains a military presence and/or other significant leverage over regions it has occupied with Russia's proxies or otherwise supported the independence of select regions, but with less frequent or rare military actions as in the status quo scenario.

- **"Special Status:"** Under this scenario, Ukraine regains occupied territories but with "special status" provisions per the Minsk II accords, thereby giving Russia continued leverage over Ukraine.
- **Ukrainian Military Escalation:** In this scenario, Ukraine regains control of occupied Donbas territories through military force. There would most likely be significant damages to homes, government buildings, medical facilities, and other key infrastructure.
- **Ukraine Regains Territories Unconditionally:** Under this scenario, Ukraine regains control of the occupied Donbas territories without having to afford the territories any new special statuses.
- **Russia's Intervention:** Depending on the extent of the intervention, such a scenario would have severe programming implications and would cause USAID to reassess its assistance portfolio.

Other factors influencing the trajectory of the situation in eastern Ukraine that must be accounted for include:

- a change in the legal status of local administrations as a result of reclassification of the anti-terrorist operation (ATO) to armed conflict through new legislation (e.g., Donbas Reintegration and Deoccupation Bill 7163);
- slow progress of anti-corruption efforts and low political will to reform;
- economic stagnation leading to further "brain-drain" and migration—especially among youth— out of Ukraine; and
- progress in settlement of the "Donbas question," with greater access to NGCAs;
- following the 2019 elections, the governing coalition is re-oriented away from Western-European integration towards more populist nationalism.

### C.4.5 Joint Planning Sessions

Throughout implementation, the Contractor must periodically facilitate and participate in joint planning sessions held regularly in consultation with USAID. The purpose of these sessions is to provide a collective platform for coordinating with UCBI and the democracy and governance activity in the east, sharing information on overall progress, problem analyses, and determining how best to adapt to evolving local dynamics and new knowledge gained from real-time monitoring and evaluation. The participants, nature, structure, location and frequency of these periodic sessions will depend on the context and the needs of the activity and the staff at the time, to be established by mutual agreement between the COR and the Contractor. The appropriate emphasis among learning, coordinating, planning and adapting must be determined in advance of a joint planning session, in consultation with the COR.

These joint planning sessions must be no more than quarterly and no less than annual events. However, unless otherwise determined by the COR, the Contractor must partake in a joint planning session prior to submission of the annual workplan to review strategic direction, as well as the demographic and geographic orientation of the program.

As feasible and relevant, these joint planning sessions must include representatives from civil society, community members, the private sector, and Ukrainian government that can provide local perspectives, as well as representatives from other USAID activities and donors to enhance cross-sector learning and coordination. Contractor field staff must be available to participate in all sessions, which may include presentations and facilitation based on a collaborative agenda design process. The Contractor may also be required to provide logistical support as necessary. This may include finding and booking a venue, paying for travel, lodging, meals, and transportation of non-U.S. Government staff; note-taking; and equipment provision. Up-to-date activity monitoring and evaluation data must be collected and assessed before such sessions so that strategic and tactical discussions can be informed by such information.

During these periodic review sessions, if appropriate, the Contractor may recommend changes in activity emphasis for discussion (as identified through research, analysis, on-going monitoring, and activity implementation). The COR will consider these recommendations, identify other changes for discussion, and provide guidance on activity emphasis going forward. Outcomes of these sessions must be documented by the Contractor through brief summary reports that outline meeting proceedings, proposed adaptations, conclusions/outcomes, and future action items. Any adaptations and refinements proposed through these ongoing interactions with the COR must be within the approved SOW and budget. Prior CO approval must be obtained in cases where changes are not covered by the existing SOW and budget.

## C.4.6   Construction and Construction Monitoring

Per Agency policy, Construction is defined as:

> *"'Construction' for purposes of this policy means: construction, alteration, or repair (including dredging and excavation) of buildings, structures, or other real property and includes, without limitation, improvements, renovation, alteration and refurbishment. The term includes, without limitation, roads, power plants, buildings, bridges, water treatment facilities, and vertical structures."*

The Contractor must be prepared to rapidly and flexibly address small-scale infrastructure and rehabilitation needs in the region. Construction under Objective 1 must focus on addressing the immediate impacts of the conflict and projects that create immediate economic opportunities. For example, construction projects that would align with Objective 1 would be rehabilitating a brick-and-mortar business in the region that was damaged as a result of the conflict or eliminating an existing infrastructure bottleneck, such as the lack of a forklift ramp at a rail freight yard that immediately increases revenue for multiple businesses. Construction under Objectives 2 must look to laying the foundation for new future economic opportunities. An example would be a new school whose premises requires rehabilitation in order to effectively hold classes teaching skills aligned with new industries emerging in the region. Under Objective 3, construction must be aligned with the "vision" for the Donbas economy developed as part of ERA. An example might be rehabilitating an abandoned plant to serve a new function.

To the extent possible, any delivery of rehabilitation, infrastructure, or construction support under any of the Objectives must utilize local market actors, rather than displacing them, in line with the Inclusive Market Systems implementation principle outlined in C.5.3. When possible, investments must benefit multiple beneficiaries and include matching funds from the beneficiaries of the investment. When it aligns with the objectives of ERA, the Contractor may also leverage assistance from other donors by preparing feasibility studies and providing other ancillary support in order to facilitate new infrastructure investments.

The Contractor must perform construction activities and their monitoring in accordance with the approved Initial Environmental Examination (IEE). To ensure compliance with IEE requirements, an Environmental Specialist should be on staff. The Contractor must be responsible for implementing all IEE conditions pertaining to activities to be funded under this contract. In order to ensure construction activities are performed appropriately under this contract, the Contractor must ensure that they have access to a certified Architect and Engineering (A/E) firm. The A/E firm is necessary to perform the proper design development, design review, surveys and other necessary steps prior to performing construction related activities. It is also necessary that the Contractor have access to these services after construction begins to ensure that construction work is monitored appropriately. Monitoring visits during construction activity is critical for overseeing work and progress on construction projects. It is critical that the Contractor maintain a schedule of announced and unannounced visits to verify that construction work is carried out at an appropriate level of quality that is stipulated for the activity. The Contractor

must visit the construction site at various critical steps in the construction process, such as pouring of a foundation, construction of walls, or roof installation to certify the quality of the work and that specific benchmarks have been attained. The Contractor must develop a construction plan at the outset of this activity to ensure that all construction activities are conducted in an organized and appropriate way in accordance with the plan.

## C.4.7    Grants Under Contract

The Contractor must include a GUC component under each objective to promote the economic recovery of the region and achieve the activity's three objectives, with the GUCs under Objective 1 tailored to funding quick-impact activities that will jump-start the economy and create immediate economic opportunities in the region. The use of GUCs should advance the goals laid out under each Objective. Under Objective 1 GUCs should create immediate economic opportunities for businesses, entrepreneurs, or unemployed people in the target geographic region. An in-kind GUC could be used, for example, to equip an SME with new equipment that will immediately increase the business's revenue and potentially create new jobs at the firm. GUCs under Objective 2 will look to the medium-term prospects of the region. A GUC under Objective 2 could, for example, help a university to bring in experts help with curricula design. GUCs under Objective 2 could also be used to help businesses identify new markets and tailor their products to cater to such markets. Finally, GUCs under Objective 3 should reinforce the process of developing a new economic vision for the region. A GUC could be used to bring in experts from "rust belts" that have undergone transformations similar to that occurring in eastern Ukraine. Since much of Objective 3 deals with communications, GUCs may also be used under this objective to stage information campaigns. The contractor must endeavor, wherever possible, to issue grants with matching components from the grantees. The Contractor must implement, monitor, and evaluate Grants Under Contract (GUCs) in accordance with H.22.

## C.5    IMPLEMENTATION PRINCIPLES

The following principles must guide the Contractor in achieving the contract objectives.

## C.5.1    USAID's Involvement in Decision-Making

The Contractor must work in close consultation with the USAID COR. This includes in developing each implementation plans, with built-in reviews for any necessary course corrections. The Contractor must be accountable for achieving implementation plan and the contract objectives.

## C.5.2    Synergies Across Objectives

While the objectives in C.3.2 are discrete, there will be many areas that either overlap or are complementary. USAID expects the Contractor to identify and leverage opportunities for synergy across objectives. For example, the sectors identified for work under Objective 1 must inform the linkages and connections developed in Objective 2 and the confidence-building work of Objective 3. The Contractor's approach must be holistic, in that progress made under one objective corresponds to progress under the others.

## C.5.3    Inclusive Market Systems

USAID defines "inclusive market system" in the following way:

> *A market system is a dynamic space—incorporating resources, roles, relationships, rules and results—in which private and public actors collaborate, coordinate and compete for the production, distribution and consumption of goods and services. The behavior and performance of these actors are influenced by other actors' decisions, and by rules, incentives and the physical environment. Market systems are composed of vertically and horizontally linked*

> *firms and the relationships embedded in these linkages; end markets, input and support service markets; and the environment in which they operate, which may include socio-cultural, geographic and political factors, infrastructure and institutions.*
>
> *Inclusive market systems are those that engage and benefit a range of actors including the poor, women, youth, ethnic minorities and/or other marginalized groups who are often excluded—or even exploited—by traditional market systems. In inclusive market systems, such actors are able to acquire access to the opportunities, skills and resources to upgrade, and the capabilities to engage with and influence these systems to reap the benefits that arise from the upgrading process.*

Designing activity interventions that work through—or strengthen—existing market systems must be an important feature of this activity. All interventions must increase the competitiveness, inclusiveness, or resilience of market systems in the activity's target geographic areas. This will be an especially important principle when it comes to the Contractor's usage of grants under contract.

## C.5.4    Resilience

The Contractor must design interventions so as to improve the overall resilience of eastern Ukraine. USAID defines resilience as "the ability of people, households, communities, countries, and systems to mitigate, adapt to, and recover from shocks and stresses in a manner that reduces chronic vulnerability and facilitates inclusive growth." Russia's intervention in the Donbas and its illegal trade war against Ukraine have made economic and political shocks features of the eastern Ukraine. It is therefore important for populations in the activity's geographic target areas to have the means to respond to, adapt to, and cope with change. Interventions must prioritize risk diversification.

## C.5.5    Inclusion of Vulnerable, Conflict-Affected, and Hard-to-Reach Populations

The Contractor must be sensitive to the needs of vulnerable groups in the target geographic areas. Vulnerable groups include, among others, people with disabilities (PWD), IDPs, returnees, host communities, the elderly, non-educated youth, women (see C.4.6.1), the Lesbian, Gay, Bisexual, Transgender, and Intersex (LGBTI) community, ATO veterans, laid-off workers, and other conflict-affected populations. The Contractor must also account for the fact that the nature and needs of vulnerable groups in eastern Ukraine will change with the course of the conflict and the scenarios outlined in C.4.2. Heightened conflict may, for example, imply a greater number of IDPs, while peace could lead to large numbers of IDPs—"returnees"—returning to the eastern Ukraine with little to no economic and social support.

## C.5.6    Gender

The Contractor must incorporate gender considerations into all activities, with a focus on increased and more effective participation of women. Ukraine is a society with conservative gender roles. Ukrainian women shoulder the bulk of domestic and child-rearing responsibilities. These traditional gender roles benefit men and marginalize women, especially in regard to economic empowerment. There are stark gender imbalances, for example, in terms of business ownership in Ukraine. Women own just five percent of large businesses and about a third of SMEs.

Furthermore, international experience has shown that women are one of the demographic groups most impacted by conflict. Ukraine is no exception. Women comprise close to three-fourths of Ukraine's unemployed IDPs, despite that most of them are well-educated and have strong professional experience as specialists or public servants. These IDPs face difficulties in exercising their economic and social rights, such as gaining access to gainful employment, medical care, housing, social services, and other public benefits. The breakdown of the rule of law that occurs in conflict environments makes women more vulnerable to sexual violence and trafficking.

In light of these challenges, the Contractor must work closely with men and women, civil society organizations, and staff to:

- support women as leaders, entrepreneurs, and business owners;
- build women's knowledge and capacities to enable them to be leaders, do their jobs well, and participate effectively in male-dominated settings;
- represent the interests of women and girls in government decisions;
- educate men about gender roles and the importance of women's leadership and participation;
- engage women as civil society and citizen participants in government decision-making;
- promote policies that will remove barriers for female and male entrepreneurs and will not inadvertently disadvantage either group;
- develop strategies for dismantling barriers preventing women from becoming entrepreneurs (e.g., providing innovative childcare solutions or supporting opportunities to combine business with family responsibilities);
- assess whether entrepreneurship support is needed by specific groups of men (especially those from eastern Ukraine who are unemployed and who are at risk of being drawn into conflict as well as those who have lost businesses that are located in NGCA) and consider developing dedicated activities for them;
- develop activities that introduce female entrepreneurs or support existing women in business in fields that have the potential for growth and profit (e.g., IT, medical services, rural-based tourism services);
- develop job-creation and income-generating activities that target specific groups of women (e.g., Romani women, IDPs, female-headed household, single mothers, survivors of gender-based violence, women with disabilities, etc.) and men (unemployed men from conflict-affected areas);
- develop re-training programs for elderly women and female IDPs that provide them with skills that match the needs of the current labor market, and support their entry into formal work;
- develop programs that encourage young women and men to consider non-traditional fields of employment (e.g., IT and technical fields for women and creative or service-oriented work for men) and support their career development (e.g., through internships, mentoring).

## C.5.7   Conflict Sensitivity

The Contractor must implement activity interventions in accordance with the "Do No Harm" principle, which "dictates that peacebuilding interventions must not put those living in violent contexts at greater risk than they would otherwise face without the intervention." In other words, the Contractor must be sensitive to the interests and dynamics of different groups in Ukrainian society—principally western and eastern Ukrainians, IDPs, returnees, ATO veterans, and other persons affected by conflict—and to implement individual activities under the contract in ways that at a minimum do not exacerbate tensions and, preferably, reduce them.

## C.5.8   Ukrainian Economic Integration

The Contractor must build commercially sound connections between businesses in eastern Ukraine and elsewhere in the country. In addition to their economic advantages, this will help to draw Ukrainians together by building mutually beneficial relationships, with the goal of improving Western Ukrainians perception of Eastern Ukraine and vice versa. In this regard, the Social Cohesion and Reconciliation (SCORE) Index will be a useful tool.

The Contractor must actively seek opportunities to support linkages for both their commercial and their community-strengthening benefits. Initiatives may include, among others, nationwide challenges to spur innovation and business growth in eastern Ukraine. Priority must be given to initiatives with the potential

to employ persons affected by Ukraine's conflict and that help communicate to residents of eastern Ukraine a positive, and credible, vision of the future.

### C.5.9   Integration with other Economies

Steady progress toward economic integration with the EU is Ukraine's best hope for developing into a modern democracy with a vibrant, open economy that serves all its citizens. This has particular relevance in eastern Ukraine where residents face competing pressure to identify with Russia. The Contractor must support EU integration in the implementation of contract activities whenever possible and practical. Ukraine's most important trade agreement is the Association Agreement with the EU, which contains provisions for the creation of a Deep and Comprehensive Free Trade Area (DCFTA). According to the European Commission, the DCFTA offers Ukraine, "a framework for modernising its trade relations and for economic development by the opening of markets via the progressive removal of customs tariffs and quotas, and by an extensive harmonisation of laws, norms and regulations in various trade-related sectors, creating the conditions for aligning key sectors of the Ukrainian economy to EU standards." Provisional application of the DCFTA began in January 2016 and, according to a May 2017 assessment, Ukraine is "mostly on track."

### C.5.10   Data-Driven Pilot Interventions to Achieve Impact and Scale

Evidence-based decision making must be an integral aspect of this activity, especially in regard to developing pilot interventions. During the implementation of the activity, the Contractor must account for identifying local economic development needs; designing, testing, and implementing pilot interventions to address these needs; monitoring, adapting, and learning from the impact of pilot interventions; and scaling-up successful pilot interventions to achieve maximum impact.

### C.6   GEOGRAPHIC TARGETING

During the first twelve months of the activity, the Contractor must focus activity interventions in the GCAs of Donetsk and Luhansk oblasts (i.e., the Donbas region) with a view toward integrating these oblasts with the rest of the country. As the activity progresses, the Contractor may expand the geographic focus of the activity to other eastern Ukraine oblasts with COR approval.

For the purposes of this SOW "eastern Ukraine" refers to the oblasts of Donetsk, Luhansk, Kharkiv, Dnipro, Zaporizhzhia, Odesa, Kherson, and Mykolaiv. This focus does not limit the geographic scope of the activity to the extent that interventions link eastern Ukraine with other parts of the country, the EU, and international markets. The Contractor must coordinate with relevant ongoing USAID activities to determine initial program communities and activities within the designated oblasts mentioned above.

Over the life of the project—including during the first twelve months—the Contractor may conduct interventions throughout Ukraine for the purposes of establishing potential partners— whether firms, investors, financial or business service providers, NGOs, or academic institutions — that have an interest in nurturing a partnership with an organization or firm in eastern Ukraine.

The Contractor must have at least two offices: one in Kyiv and one in Kramatorsk.  The Contractor may have additional offices as appropriate and in agreement with USAID. USAID understands that due to the operating environment needs may shift, and the Contractor may make adjustments with COR approval as needed during implementation.

### C.7   MONITORING, EVALUATION, AND LEARNING

### C.7.1   Monitoring ERA's Contribution to Transforming the Economy of Eastern Ukraine

ERA will be one of many initiatives underway in eastern Ukraine during the contract's life and many factors other than ERA will influence the regional economy during that time. It will not be possible to directly attribute overall economic improvements in eastern Ukraine to ERA, but ERA will make important contributions to them. USAID will therefore track both the overall state of business growth, employment and incomes in eastern Ukraine as well as ERA's contributions to increasing them. For the former, the Contractor must monitor regional changes in gross domestic product (GDP), investment, and economic integration with the rest of the country. The Contractor must also monitor public opinion and attitudes in the emerging business community about the economic fortunes of the Donbas and its integration with the economy of Ukraine. At a lower level, the Contractor must track directly attributable changes that result from its interaction with individual firms and industries including net new investment, the net creation of jobs, and net increases in sales between firms in the Donbas and those located in other Ukrainian oblasts, the EU, or other international locations.

## C.7.2    External Evaluations

USAID may conduct program evaluations of ERA.  If conducted, the performance evaluation will be led by an external partner in accordance with USAID policy.  Tasks would be designed and implemented in a manner                                      consistent                                      with                                      the USAID Evaluation Policy (https://www.usaid.gov/sites/default/files/documents/1870/USAIDEvaluati onPolicy.pdf). The Contractor must coordinate with any third party evaluation firm that implements an evaluation of the contract, including but not limited to sharing detailed information regularly to inform both the baseline (pre-implementation) and end line (post-implementation) evaluation data collection. Although the Contractor will not be evaluating its own activities, it may propose implementation methodologies that allow for rigorous testing and evaluation of program activities.

## C.7.3    Collaborating, Learning and Adapting (CLA)

The Contractor must contribute to USAID/Ukraine's commitment to a multi-faceted Collaborating, Learning and Adapting (CLA) approach to development. The CLA approach is based on the understanding that development efforts yield more effective results if they are coordinated and collaborative, test promising, new approaches in a continuous yet also rapid, targeted search for generating improvements and efficiencies, and build on what works and eliminate what doesn't.

### C.7.3.1  Collaborating

The Contractor must coordinate with other USG partners, other donors, civil society, development partners, and the Government of Ukraine to improve the overall economic resilience of eastern Ukraine in response to Russia's aggression.

### C.7.3.2  Learning

The Contractor must systematically and continuously review evidence from program implementation and external sources to inform program strategy, design and management. The Contractor must generate evidence through program performance data, formative research to guide design of new interventions, periodic evaluations, and operational research - documenting and sharing results with stakeholders.

### C.7.3.3  Adapting

The Contractor must translate learning from the implementation experience and external sources, while also considering changing conditions that impact achievement of expected results into strategic and programmatic adjustments throughout the course of the activity. A key feature of ERA must be its

flexibility to rapidly adapt to effectively to improve the overall economic resilience of eastern Ukraine in response to Russia's aggression.

**[END OF SECTION C]**

## SECTION D – BRANDING AND MARKING

### D.1    AIDAR 752.7009 MARKING (JAN 1993)

a) It is USAID policy that USAID-financed commodities and shipping containers, and project construction sites and other project locations be suitably marked with the USAID emblem. Shipping containers are also to be marked with the last five digits of the USAID financing document number. As a general rule, marking is not required for raw materials shipped in bulk (such as coal, grain, etc.), or for semi-finished products which are not packaged.

b) Specific guidance on marking requirements should be obtained prior to procurement of commodities to be shipped, and as early as possible for project construction sites and other project locations. This guidance will be provided through the cognizant technical office indicated on the cover page of this contract, or by the Mission Director in the Cooperating Country to which commodities are being shipped, or in which the project site is located.

c) Authority to waive marking requirements is vested with the Regional Assistant Administrators, and with Mission Directors.

d) A copy of any specific marking instructions or waivers from marking requirements is to be sent to the Contracting Officer; the original should be retained by the Contractor.

### D.2. BRANDING STRATEGY (BS)

Per ADS 320.3.2.1, the Branding Strategy for this Contract is as follows:

A. **Program Name**: The program will be known as the "USAID Economic Resilience Activity" The USAID Identity and the program logo must be used on all program reports, memoranda, printed materials and other program-related documents.

B. **USAID Logo:** The USAID logo must be posted at every static support position. The USAID logo must be used on all reports and printed materials produced under the "USAID Economic Resilience Activity".

Contractor employee business cards will be marked so that any person reading the card can know this is a Contractor employee. Contractor employee email and correspondence will be marked so that any person reading the document can know this a Contractor employee. Where required, the USAID logo should be of equal or greater prominence than all other logos and symbols.

C. **Desired level of visibility:** Where required, the USAID Identity must be of equal or greater prominence than all other logos and symbols.

D. **Other organizations to be acknowledged:** No other organizations are required to be acknowledged. The presence of any logo or symbol belonging to the Contractor must conform to the policy in ADS 320 and is subject to negotiation.

E. **Branding Implementation Plan (BIP) and Marking Plan:** Contractor is required to submit a Branding Implementation Plan and Marking Plan prior to award.

### D.3 BRANDING AND MARKING POLICY AND CREATION AND DEVELOPMENT OF WEBSITE

This Activity will be branded and marked in accordance with ADS 320 requirements for USAID direct contracting. Agency policy requires that implementing partners provide a "Branding Implementing Strategy," indicating how they propose to name and promote the USAID-funded programs, and a "Marking Plan," detailing Activity materials that will showcase the USAID identity.

1. A well-defined Branding Implementing Strategy describes how the Activity is named and positioned; how it is promoted and communicated to beneficiaries, and Ukrainian citizens; and how USAID will be identified and acknowledged.

2. A well-defined Marking Plan details the public communications, commodities, and Activity materials and other items that will visibly bear the USAID identity.

The Contractor must comply with the requirements of USAID "Graphic Standards Manual" available at: www.usaid.gov/branding with the policies found at Automated Directives System (ADS) Chapter 320, or any successor branding policy.

## D. 4 BRANDING IMPLEMENTATION PLAN (BIP) AND MARKING PLAN (MP)

The CO has approved Branding Implementation Plan (BIP) and Marking Plan (MP) submitted by the Contractor on May 18, 2018, incorporated into the contract as Attachment J.1. The contractor will follow the approved plan during implementation of this contract unless a waiver is requested and approved. Guidance applying for waivers can be found at USAID Automated Directive Supplement Chapter 320, Branding and Marking.

**[END OF SECTION D]**

**SECTION E – INSPECTION AND ACCEPTANCE**

**E.1    NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE**

The following Contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.232-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this Contract. See FAR 52.252-2 for an Internet address (if specified) for electronic access to the full text of a clause.

| NUMBER | TITLE | DATE |
|---|---|---|
| | **FAR (48 CFR Chapter 1)** | |
| 52.246-5 | INSPECTION OF SERVICES--COST-REIMBURSEMENT | APR 1984 |

**E.2    INSPECTION AND ACCEPTANCE**

USAID inspection and acceptance of services, reports and other required deliverables or outputs shall take place at principal place of performance or at any other location where the services are performed and reports and deliverables or outputs are produced or submitted. Unless otherwise stated, the designated Contracting Officer's Representative (COR) has been delegated authority to inspect and accept all services, reports and required deliverables or outputs.

<div align="center">

**[END OF SECTION E]**

</div>

## SECTION F – DELIVERIES OR PERFORMANCE

### F.1     NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

In accordance with FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract, the following contract clauses are hereby incorporated by reference, with the same force and effect as if they were given in full text. See http://acquisition.gov/far/index.html and http://www.usaid.gov/sites/default/files/documents/1868/aidar_0.pdf for electronic access to the full text of a clause.

### FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1)

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.242-15 | STOP-WORK ORDER | AUG 1989 |
| | ALTERNATE I | APR 1984 |

### F.2     PERIOD OF PERFORMANCE

The period of performance is August 27, 2018 to August 26, 2023.

### F.3     PLACE OF PERFORMANCE

The place of performance is Ukraine.

### F.4     PERFORMANCE STANDARDS

USAID will evaluate the Contractor's performance in accordance with FAR 42.15, corresponding USAID procedures, and the Contractor's adherence to the annual work plan, reporting against its Monitoring, Evaluation and Learning (MEL) Plan, and quality reports/deliverables described in Section F.6 below. USAID will evaluate the Contractor's performance during the initial, intermediate, and final periods of the contract in accordance with the Contractor Performance Assessment Reporting System (CPARS).

Evaluation of the Contractor's overall performance will be conducted on an annual basis jointly by the COR and the CO, and will form the basis of the Contractor's permanent performance record with regard to this contract. The following general performance standards will form the basis of the evaluation for the Contractor Performance Assessment Report (CPAR):

1. Quality of Product and Service;
2. Schedule;
3. Cost Control;
4. Management;
5. Regulatory Compliance.

### F.5     AUTHORIZED WORK WEEK

The standard work-week is from Monday through Friday. No overtime or premium pay is authorized under this Contract. The Contractor is authorized up to a five-day work week for long-term staff. A six-day work week may be authorized on a case by case basis for short-term technical assistance with the prior written approval of the designated Contracting Officer's Representative (COR).

### F.6     DELIVERABLES

In addition to other required reports and deliverables in this contract, the Contractor must deliver the following for the approval of the COR. Unless otherwise specified, the Contractor must allow at least 14 calendar days for review and comments from the COR on any draft report submission.

All reports and plans are subject to written approval by the COR, unless otherwise specified below.

The following table summarizes the deliverables and reports under this award. These reports must be submitted in English, unless otherwise stated herein. Other reports/deliverables may be required during the course of the award. These reports/deliverables will be within the scope of the contract, and the due dates for these will be agreed to between the Contractor and the COR as needed. All "days" referred to in the table below are calendar days.

## ONE-TIME DELIVERABLES

| Deliverable | Description | Due Date | Distribution |
|---|---|---|---|
| Rapid Assessment: Presentation to Mission and Report of Results of Rapid Assessment | The contractor must conduct a rapid assessment per Section C.4.3.<br><br>The initial findings from the rapid assessment must be outlined in a presentation to the Mission. The presentation must outline the team's approach, findings, and implications for future programming. The Contractor may also present these results at the First Joint Planning Session after incorporating feedback from the Mission.<br><br>The final report outlining the findings and programming implications from the initial rapid assessment. | Within 3 months of award contract signing | Presentation must be sent electronically to COR/ACOR and be presented in-person at Mission and during the First Joint Planning Session |
| Coordination Plan | The Contractor must present a detailed plan for coordinating work with humanitarian, stabilization, development, government, and non-government actors. | Concurrent with second six-month Implementation Plan (see below) | Electronically to COR/ACOR |
| Close-out Conference with OTI Project | The Contractor must participate in the close-out conference for the ongoing OTI project. This conference should generate ideas for how to build on the successes of the OTI project. The Contractor must coordinate with OTI in setting the agenda for the conference. | o/a April 2019 or as agreed upon with COR | In-person participation |
| OTI Hand-off Plan | The Contractor must submit a concise slide deck outlining its strategy for building on the successes of the OTI program. This slide deck should inform the second year implementation work plan. | 30 days after OTI Close-out conference | Electronically to COR/ACOR |
| Initial Six-Month Implementation Plan | This initial work plan must include the Contractor's plan for mobilization, conducting the rapid assessment, and for achieving "quick-wins" within the first six months of implementation. The COR will review the plan and provide comments and recommendations for changes. After the plan is finalized, the COR will provide written approval. | 14 days after contract signing | Electronically to COR/Alternate COR (ACOR) |

| | The Initial Implementation Plan should include a list of tasks to be completed during the first six months, grouped under the objective that they seek to support. For each task, the Contractor must: | | |
|---|---|---|---|
| | 1. explain in brief its connection to the objective;<br>2. define the necessary milestones as well as deliverables to complete the tasks;<br>3. identify any assumptions used in preparing the implementation plan, suggest possible modifications to the approach, if needed, and describe anticipated problems or potential barriers with regard to achieving the project objectives;<br>4. assign responsibilities for completing those steps;<br>5. provide any quantitative or qualitative targets;<br>6. provide a timeline for the implementation of the task; and<br>7. incorporate conditions set forth in the related approved Initial Environmental Examination (IEE).<br><br>As part of its Initial Implementation Plan, and Annual Implementation Plans thereafter, the Contractor, in collaboration with the USAID COR and Mission Environmental Officer (MEO) shall review all ongoing and planned activities under this contract to determine if they are within the scope of the approved Regulation 216 environmental documentation. If the Contractor plans any new activities outside the scope of the approved Regulation 216 environmental documentation, it shall prepare an amendment to the documentation for USAID review and approval. No such new activities shall be undertaken prior to receiving written USAID approval of environmental documentation amendments. Any ongoing activities found to be outside the scope of the approved Regulation 216 environmental documentation shall be halted until an amendment to the documentation is submitted and written approval is received from USAID.<br><br>All substantial changes in the Initial Implementation Plan require prior written approval of the COR. | | |
| Participation in Initial Joint Planning Conference with OTI and other USAID Activities | The Contractor must participate in a Joint Planning Conference with OTI and other USAID activities in the region. For the first conference, the Contractor will coordinate with OTI on the agenda for the conference. | Between 90 and 150 days after contract signing or as agreed upon with COR | In-person participation with COR/ACOR confirmation |

72200019C00004
USAID Economic Resilience Activity

| Second Six-Month Implementation Plan | The second part of the Contractor's first-year implementation plan must fully integrate results of the initial rapid assessment and joint planning conference.<br><br>The implementation plan must detail proposed interventions, key tasks/deliverables, performance indicators, targets and achievements broken down by quarter and geographical location in narrative and table format, plus communications, environmental compliance, management and coordination, and risks and assumptions affecting implementation. | Within 5 months of contract signing | Electronically to COR/ACOR |
| --- | --- | --- | --- |
| Activity Monitoring, Evaluation, and Learning Plan | The contractor must submit an activity MEL Plan to the USAID COR for review and approval. The contractor must update the MEL Plan to reflect findings from the initial rapid assessment.<br><br>The COR will review the plan and provide comments and recommendations for changes. The Contractor must incorporate COR comments and recommendations into the final version of the MEL Plan and submit it for COR written approval within 15 days. After the plan is finalized, the COR will provide written approval. All substantial changes in the MEL Plan require prior written approval of the COR, including those as a result of the rapid assessment.<br><br>Activity MEL Plan submitted to USAID must include only those indicators that the USAID Mission needs for activity management, rather than the entire set of all indicators an activity implementer uses for its management purposes. Activity budget must include costs of data collection, analysis, and reporting as a separate line item to ensure that adequate resources are available.<br><br>The MEL Plan must include a comprehensive strategy for monitoring and reporting progress made towards activity purpose and results. The MEL Plan should contain the following required elements:<br><br>• activity purpose and results as well as brief description of the linkages between the activity outputs and its expected results;<br>• performance indicators and their descriptions;<br>• unit of data measurement;<br>• disaggregation by sex (as appropriate and feasible);<br>• data sources;<br>• description of data collection methods;<br>• baseline information (year and value) or a timeline for collecting it; | Within 60 days of contract signing | Electronically to COR/ACOR |

| | | | |
|---|---|---|---|
| | • annual targets;<br>• schedule for data collection;<br>• names of individuals responsible for data collection;<br>• availability of data at USAID;<br>• detailed plans for data analysis, review and reporting; and,<br>• learning section.<br><br>The MEL Plan for this Activity will also be consistent with and meet the data collection needs of the DO2 activity MEL Plan, the USAID's Performance Management Plan (PMP), and the Mission's annual Performance Plan and Report (PPR).<br><br>Performance indicators should comply with the following criteria: direct, objective, practical, adequate, and useful in managing for results. MEL Plan data should be based on US fiscal year.<br><br>According to USAID regulations, performance indicator data reported externally, including annual Performance Reports sent to USAID/Washington, must have a data quality assessment (DQA). The purpose of the DQA is to ensure that managers are aware of the strengths and weaknesses of the data and the extent to which the data can be trusted to influence management decisions. DQA must be conducted within 12 months prior to reporting data to USAID for new indicators, and every three years thereafter. Conducting DQA on a rolling basis will reduce the burden of handling indicators all at once.<br><br>To be useful in managing for results and credible for reporting, the implementing partner should ensure that the performance data meet the following five data quality standards: validity, reliability, timeliness, precision and integrity. If performance data do not fully meet all five standards, the known data limitations should be documented. Activity COR can combine a random check of partner data during a regularly scheduled site visit and include data quality items into site visit reports. This minimizes the costs associated with the DQA. When conducting a DQA, COR will examine the data in light of the five quality standards noted above, reviewing the systems and approaches for collecting data and whether they are likely to produce data of an acceptable quality over time.<br><br>USAID reserves the right to propose to the contractor to integrate into the MEL Plan a number of indicators to help USAID measure the immediate | | |

|  | activity results.<br><br>USAID may elect to organize and carry out an independent performance evaluation of this activity. The contractor must fully cooperate with USAID and the evaluation team to ensure that the evaluation accurately reflects activity results, outcomes, and/or impacts.<br><br>The MEL Plan must be developed strictly in accordance with the criteria stipulated in ADS 201: https://www.usaid.gov/sites/default/files/documents/1870/201.pdf. |  |  |
|---|---|---|---|
| GUC Manual | The Contractor must develop a 'Grants under Contract' Manual pursuant to ADS 302.3.4.13 (GUC) and ADS 303, covering all GUCs, to be approved by the CO prior to awarding any grants (unless specific approval is provided by the CO). It must follow the requirements of ADS 303 and H.22 and describe the contractor's GUCs procedure for selecting, administering, monitoring, and ensuring compliance with applicable requirements. | 90 days from contract signing | Electronically to CO, COR/ACOR |
| Construction Plan | The contractor must submit a Construction Plan for COR approval. The construction plan must include the standard operating procedures and risk mitigation measures employed by the Contractor for construction related activities throughout the life of the project. The Construction Plan should describe the Contractor's approach to construction activities and be all encompassing to apply to any construction activities throughout the contract. At a minimum the Construction Plan should include how the Contractor will address/manage the following issues:<br>• The process for developing designs, receiving A/E review and approval of designs, and building to designs, including the process for development and reviewing "as-builts;"<br>• Adequate site supervision;<br>• Quality assurance/quality control;<br>• Health and safety at site;<br>• Authorities and suspension of work;<br>• Constructions changes and claims;<br>• Custody of materials;<br>• Building standards/codes;<br>• Bonding and licensing of construction firm;<br>• Liabilities;<br>• Design defects and corrective measures;<br>• Construction management training for site supervisors;<br>• Inspection and acceptance of key construction phases, including final walk | Within 120 days of contract award and prior to any construction | Electronically to COR/ACOR; |

| | through, punch lists and final acceptance;<br>• Warranties of work, poor workmanship and retentions; and Maintenance and repairs. | | |
|---|---|---|---|
| Close-out Plan | This plan must describe all actions to be completed to demobilize the Contractor's operations, including steps taken to transfer capacity and knowledge to local stakeholders. The plan must provide dates for all actions, including inventory any commodities procured. | 90 days prior to contract end | Electronically to CO, COR/ACOR |
| Final Report | The final report will summarize the Contractor's assessment of implementation progress against all tasks, describing results achieved, shortfalls and problems, conclusions, recommendations, and detailed financial information for all activity objectives. Accomplishments must be documented with specific data and evidence. A simplified version must be prepared for Ukrainian government officials in Ukrainian. | A draft within 60 days of the end of the contract, with a final copy to be submitted prior to completion of contract. | Electronically to COR, ACOR, CO.<br><br>Uploaded to Development Experience Clearinghouse at http://dec.usaid.gov. |

**ONGOING DELIVERABLES**

| Deliverable | Description | Due Date | Distribution |
|---|---|---|---|
| Annual Implementation Plans | Annual Implementation Plan for subsequent years will be prepared on a U.S. Government fiscal year basis (October 1 – September 30) and submitted to the COR not later than 30 days before the close of each preceding fiscal year, e.g. August 31.<br><br>The COR will review the plan and provide comments and recommendations for changes no later than 30 days after receipt of the draft. The Contractor shall incorporate the COR's comments and recommendations into the final version of the Annual Work Plan, and submit it for the COR's written approval within 15 days.   All Annual Implementation Plans must be approved in writing by the COR.<br><br>Annual Implementation Plans should include all the sections as the Initial Implementation Work Plan discussed above.   In addition, all Annual Implementation Plans, except for the initial plan, shall:<br>   1.  review the activities that were implemented, the results achieved, and problems that existed and how these were resolved; and<br>   2.  propose program adjustments to reflect any lessons learned.<br><br>Annual Implementation Plans must describe activities to be conducted at a greater level of detail than the contract Scope of Work (SOW), but shall be | No later than August 31 every year (this does not include the first two 6-month initial implementation plans) | Electronically COR/ACOR |

|  | cross-referenced with the applicable sections in the contract SOW. All planned activities must be within the scope of the award. The Annual Implementation Plan shall not alter the contract SOW or terms and conditions in any way; such changes in the contract SOW may only be approved by the Contracting Officer, in advance and in writing. The Annual Implementation Plan shall also include an annual budget which includes budget information by objectives and milestones.<br><br>The Annual Implementation Plan must incorporate details of program scope, budget, schedule, approvals, relationships, control, and resource allocation. Elements will include the breakdown of activities; how gender integration will be handled and reported; identification of responsibilities; identification of critical completion milestones and project interfaces; inventory controls; financial, budget and administrative procedures; and close-out procedures. The Annual Implementation Plan will indicate the interdependence of a wide variety of activity functions including administrative, legal, financial, and management ability to facilitate the activity. The Annual Implementation Plan will allow USAID and the Contractor to monitor performance as appropriate. The Annual Implementation Plan also shall be subject to review at monthly USAID and Contractor activity review meetings. |  |  |
|---|---|---|---|
| Presentations to Award Fee Board | The Contractor must give a presentation to the Award Fee Board in accordance with the Award Fee plan. At this presentation, the Contractor will outline its performance during the Award Fee period to the Award Fee Board. This will constitute the Contractor's self-assessment of performance and progress toward achieving indicators and milestones. | Per the Award Fee plan or as agreed upon with USAID | Presentation must be sent electronically to CO and COR/ACOR and be presented in-person at Mission in front of the AFB |
| Participation in Initial Joint Planning Conference with other USAID Activities | The Contractor must participate in a Joint Planning Conference with other USAID activities in the region. For the first conference, the Contractor must coordinate with OTI on the agenda for the conference. The Contractor must coordinate with the COR on the agenda for these conferences. | As agreed upon with COR | In-person participation with COR/ACOR confirmation |
| Bullets Outlining Significant Developments | When there are significant developments either as a result of the activity or affecting activity implementation, the Contractor must immediately send a short 2-3 sentence update to the COR and ACOR. These must be submitted in a format to be determined by the COR. | At time of significant development | Electronically to COR/ACOR |
| Weekly Updates | Weekly email updates on achievements, challenges, | Weekly | Electronically |

| | and the context for internal USG communication. These must be submitted on a date to be determined by the COR. They must be short and in bullet form, with a focus on the 2-3 achievements each week accompanied by high-resolution photos when appropriate. | | to COR/ACOR |
|---|---|---|---|
| Monthly Activity Schedule | The Contractor must submit (electronically) to the COR by the 25th calendar day of each month, a calendar of anticipated activities for the coming month and associated budgets. USAID will use the monthly calendar to plan site visits in a timely manner. The Contractor will also work with the COR to develop a shared calendar of events in lieu of electronic submission. | Monthly | Electronically to COR/ACOR |
| Quarterly Reports | The Contractor must submit a concise Quarterly Progress Report in a format agreed upon with the COR.<br><br>The quarterly reports will include a data table for indicators and indicate progress achieved towards benchmarks, highlight tangible results and achievements, identify any problems encountered in implementation and propose remedial actions as appropriate.<br><br>The reports will include financial information on the expenses incurred, available funding for the remainder of the activity and any variances from planned expenditures. The reports must also discuss any potential constraints that might prevent the Contractor from meeting agreed upon targets and benchmarks and challenges that can impact overall implementation of the activity. Additionally, the reports will include budget expenditures by objectives and milestones.<br><br>The last quarterly report of the fiscal year (due September 30), will constitute an annual report. | Must be submitted within 30 days of the end of each USG fiscal year quarter (i.e., December 31, March 31, June 30, and September 30). | Electronically to COR/ACOR |
| Annual Reports | The Contractor must submit a concise Annual Progress Report in a format agreed upon with the COR.<br><br>The Annual Report shall be comprehensive and provide details, as described in the quarterly report, on accomplishments, results and activity as well as financial information for the previous year, and include monthly budget forecasts for the ensuing year. Annual Reports will also include data collected to measure progress against the MEL Monitoring and Evaluation Plan<br><br>The Annual report will take the place of the last | Within 30 days after September 30 | Electronically to COR/ACOR |

| | quarterly report. | | |
|---|---|---|---|
| Activity Update Presentations to Mission | From time-to-time, in case of significant developments in the implementing or program context, the COR may direct activity staff to update the Mission and other USG Staff via presentation or in writing. Presentations may take place within the U.S. Embassy or one of the activity offices. | Ongoing | Electronically to COR/ACOR; In-person presentations to Mission and USG Staff |
| Other deliverables | As directed by the COR and approved by the CO, as necessary, other deliverables agreed upon in SOWs and/or work plans. | As requested by COR | TBD |

## F.7    KEY PERSONNEL

The following positions have been designated as key personnel, and are essential to the work being performed under this contract: Chief of Party, Deputy Chief of Party, Grants Director, MEL Director and Objective 3 Manager. The Contractor must immediately notify the Contracting Officer and the COR of any key personnel's departure and the reasons therefore. Prior to replacing any of these individuals, the Contractor must notify both the Contracting Officer and the Contracting Officer's Representative (COR) reasonably in advance and must submit written justification (including proposed substitutions) in sufficient detail to permit evaluation of the impact on the project. No replacement can be made by the Contractor without the prior written consent of the Contracting Officer.

The following full-time positions are designated as Key Personnel, which the contractor shall furnish for the performance of this contract:

| Title | Name |
|---|---|
| Chief of Party | Michael Pillsbury |
| Deputy Chief of Party | Valerie Wright |
| Grants Director | Valeria Sorokina |
| MEL Director | Iryna Malysheva |
| Objective 3 Manager | Anatoliy Solovyov |

Key personnel must have the requisite skill set to implement the approach set forth in Section C, achieve sustainable results, and coordinate and cooperate with a wide range of stakeholders, including complementary USAID, international donor, and GOU-funded programming, and be flexible and adaptive. The key personnel team must complement each other as a management team. Fluent English is required for all key personnel, and at least one of the key personnel must speak Russian fluently.

**Chief of Party**

The COP shall act as the primary point of contact with USAID/Ukraine with regard to day-to-day implementation and management matters relating to the contract. The COP will also have overall responsibility for assuring that all assistance provided under the contract is technically sound and appropriate for the needs to be addressed. The COP is also responsible for facilitating communication and close coordination with all stakeholders of the activity. The COP is the final authority for the Contractor on management issues including staff, logistics, financial accounting, and security. The Contractor must delegate sufficient authority to the COP so that the COP can make decisions without

the need to revert back to or get approval from the Contractor's home office. Minimum COP qualifications include:

- An advanced degree (master's, PhD, JD) and five years of experience in managing large teams (at least 10 people), preferably in complex economic development initiatives in a European Union accession or pre-accession context; or a bachelor's degree and two additional years' experience managing large teams (at least 10 people);
- Demonstrated ability to be collaborative, flexible, adaptive, and creative;
- Demonstrated ability to work in a dynamic working environment;
- Demonstrated experience managing a large, multifaceted, complex project (or projects);
- Strong communications and interpersonal skills with evidence of ability to establish strong working relationships and interact with a wide range and levels of organizations, including governments, private sector stakeholders, local non-government organizations, universities, and research institutions.

**Deputy Chief of Party**

The Deputy Chief of Party (DCOP) shall be a member of the core team. The DCOP will support the COP in overseeing the quality, cost effectiveness, and timeliness of performance of all work to ensure that the activity meets its objectives and targets. The Deputy Chief of Party will support technical implementation, advise on developments in the local political economy, maintain communication and momentum among teams, and oversee activity operations.

The candidate must have:
- An advanced degree (master's, PhD, JD) and five years' experience in economic development, trade, and/or value chain competitiveness initiatives, or a bachelor's degree in a related field and two additional years' experience in economic development, trade, and/or value chain competitiveness initiatives;
- Demonstrated ability to create and maintain effective working relations with government officials, private sector stakeholders, universities, and local civil society organizations (CSOs);
- At least five years of experience working in Ukraine.

**Grants Director**

Minimum qualifications include:
- A bachelor's degree and 10 years of experience or a master's degree and seven years' experience.
- At least seven years of experience providing operational or technical assistance to development programming in Ukraine or similar country context.
- Demonstrated experience managing a large grants portfolio.
- Fluency in Russian and/or Ukrainian preferred.

**MEL Director**

Minimum qualifications include:
- A bachelor's degree and 10 years of experience or a master's degree and seven years' experience.
- At least seven years of experience providing operational or technical assistance to development programming in Ukraine or similar country context.

- Demonstrated monitoring and evaluation management experience.
- Fluency in Russian and/or Ukrainian strongly preferred.

**Objective 3 Manager**

Minimum qualifications include:
- A bachelor's degree and 10 years of experience or a master's degree and seven years' experience.
- At least seven years of experience providing operational or technical assistance to development programming in Ukraine or similar country context.
- Demonstrated experience management experience.
- Demonstrated experience convening key stakeholders to arrive at a consensus around economic data analysis and turning it into strategic plans
- Fluency in Russian and/or Ukrainian strongly preferred.

## F.8    AIDAR    752.7005    SUBMISSION    REQUIREMENTS    FOR    DEVELOPMENT EXPERIENCE DOCUMENTS (September 2013)

(a)    Contract Reports and Information/Intellectual Products.

(1) Within thirty (30) calendar days of obtaining the Contracting Officer Representative's approval, the contractor must submit to USAID's Development Experience Clearinghouse (DEC) one copy each of reports and information products which describe, communicate or organize program/project development assistance activities, methods, technologies, management, research, results and experience. These reports include: assessments, evaluations, studies, technical and periodic reports, annual and final reports, and development experience documents (defined as documents that (1) describe the planning, design, implementation, evaluation, and results of development assistance; and (2) are generated during the life cycle of development assistance programs or activities.)  The Contractor must also submit copies of information products including training materials, publications, databases, computer software programs, videos and other intellectual deliverable materials required under the Contract Schedule.  The following information is not to be submitted:

(i) Time-sensitive materials such as newsletters, brochures or bulletins.

(ii) The contractor's information that is incidental to award administration, such as financial, administrative, cost or pricing, or management information.

(2) Within thirty (30) calendar days after completion of the contract, the contractor must submit to the DEC any reports that have not been previously submitted and an index of all reports and information/intellectual products referenced in paragraph (a)(1) of this clause. (b) Submission requirements. The contractor must review the DEC Web site for the most up-to-date submission instructions, including the DEC address for paper submissions, the document formatting and the types of documents to be submitted.  The submission instructions can be found at: https://dec.usaid.gov.

(1) Standards.
(i) Material must not include financially sensitive information or personally identifiable information (PII) such as social security numbers, home addresses and dates of birth. Such information must be removed prior to submission.

(ii) All submissions must conform to current USAID branding requirements.

(iii) Contract reports and information/intellectual products can be submitted in either electronic (preferred) or paper form.  Electronic documentation must comply with Section 508 of the Rehabilitation Act of 1973.

(iv) The electronic submissions must consist of only one electronic file, which comprises the complete and final equivalent of the paper copy. In the case of databases and computer software the submissions must also include necessary descriptive information, e.g., special backup or data compression routines, software used for storing/retrieving submitted data, or program installation instructions.

(v)  Electronic documents must be in one of the National Archives and Records Administration (NARA)-approved formats as described in NARA guidelines related to the transfer of permanent E-records. (See http://www.archives.gov/records-mgmt/initiatives/transfer-to-nara.html).

(2) Essential bibliographic information.  Descriptive information is required for all Contractor products submitted. The title page of all reports and information products must include the contract number(s), contractor name(s), name of the USAID Contracting Officer's Representative, the publication or issuance date of the document, document title, (if non-English, provide an English translation of the title), author name(s), and development objective or activity title (if non-English, provide a translation) and associated number, and language of the document (if non-English). In addition, all hard copy materials submitted in accordance with this clause must have, attached as a separate cover sheet, the name, organization, address, telephone number, fax number, and Internet address of the submitting party.

## F.9    GEOSPATIAL REPORTING REQUIREMENTS

**Activity Location Data**
The Contractor must submit Activity Location Data to indicate the geographic location or locations where the activity is implemented according to the following requirements:

### I. Level of Geographic Detail
The activity location(s) must be recorded at the National: whole Ukraine; Sub-national: oblast, rayon; Local: municipal/ city or town, amalgamated communities; and Facility/ site level. When collected, latitude and longitude coordinates must be submitted in Decimal Degrees (hddd.ddddd) with at least five decimal places using the Geographic Coordinate System World Geodetic System 1984 (GCS WGS 1984) spatial reference.

### II. Data Submission Frequency
Activity Location Data must be submitted twice annually as part of the 2nd Quarterly Performance Report and the Annual Report. If the Activity Location Data has not changed since the previous data submission, it must be indicated when the data is submitted.

### III. Data Submission Method
Activity Location Data shall be compiled in the "General Info & Locations" worksheet in the Geographic Location Report Template (GLR) and submitted electronically. If Activity Location Data exists in a Geographic Information Systems (GIS) format: 1) it must also be submitted in a Shapefile (.shp) or GeoJSON (.geojson) file format; 2) use the Geographic Coordinate System World Geodetic System 1984 (GCS WGS 1984) spatial reference; and 3) include metadata ISO 19115 using the ISO 19139 XML implementation schema.

**[END OF SECTION F]**

## SECTION G – CONTRACT ADMINISTRATION DATA

### G.1    CONTRACTING OFFICER'S AUTHORITY

The Contracting Officer is the only person authorized to make or approve any changes in the requirements of this Contract and notwithstanding any provisions contained elsewhere in this Contract, the said authority remains solely in the Contracting Officer. In the event the Contractor makes any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and no adjustment must be made in the contract terms and conditions, including cost/price.

All questions concerning the administration of this award must be sent to the Contracting Officer. It is the responsibility of the Contractor to inform the Contracting Officer of requests that affect any and all sections of this award. The Contracting Officer is located at:

Regional Contracting Office (RCO)
USAID/Ukraine
4 Igor Sikorsky Street
04112 Kyiv, Ukraine
Email: mtelevantos@usaid.gov

### G.2    CONTRACTING OFFICER'S REPRESENTATIVE (COR)

The Contracting Officer's Representative is: Jacob Morrin jmorrin@usaid.gov.

### G.3    AIDAR 752.7003 DOCUMENTATION FOR PAYMENT (NOV 1998)

(a)    Claims for reimbursement or payment under this contract must be submitted to the Paying Office indicated in the schedule of this contract. The Contracting Officer's Representative (COR) is the authorized representative of the Government to approve vouchers under this contract. The Contractor must submit either paper or fax versions of the SF-1034--Public Voucher for Purchases and Services Other Than Personal. Each voucher shall be identified by the appropriate USAID contract number, in the amount of dollar expenditures made during the period covered.

(1)    The SF 1034 provides space to report by line item for products or services provided. The form provides for the information to be reported with the following elements:

TOTAL EXPENDITURES   (Document Number XXX-X-XX-XXXX-XX)

| TOTAL EXPENDITURES (Document Number: XXX-X-XX-XXXX) | | | |
|---|---|---|---|
| Line Item | Description | Amount Vouchered to Date | Amount Vouchered This Period |
| 0001 | Product/Service Desc. For Line Item 0001 | $XXXX.XX | $XXXX.XX |
| 0002 | Product/Service Desc. For Line Item 0002 | $XXXX.XX | $XXXX.XX |
| **TOTAL** | | **$XXXX.XX** | **$XXXX.XX** |

(2) The fiscal report shall include the following certification signed by an authorized representative of the Contractor:

"The undersigned hereby certifies to the best of my knowledge and belief that the fiscal report and any attachments have been prepared from the books and records of the Contractor in accordance with the terms of this contract and are correct: the sum claimed under this contract is proper and due, and all the costs of contract performance (except as herewith reported in writing) have been paid, or to the extent allowed under the applicable payment clause, will be paid currently by the Contractor when due in the ordinary course of business; the work reflected by these costs has been performed, and the quantities and amounts involved are consistent with the requirements of this Contract; all required Contracting Officer approvals have been obtained; and appropriate refund to USAID will be made promptly upon request in the event of disallowance of costs not reimbursable under the terms of this contract."

BY:    _____

TITLE:    _____

DATE:    _____

(b) Local currency payment. The Contractor is fully responsible for the proper expenditure and control of local currency, if any, provided under this contract. Local currency will be provided to the Contractor in accordance with written instructions provided by the Mission Director. The written instructions will also include accounting, vouchering, and reporting procedures. A copy of the instructions shall be provided to the Contractor's Chief of Party and to the Contracting Officer. The costs of bonding personnel responsible for local currency are reimbursable under this contract.

(c) Upon compliance by the Contractor with all the provisions of this contract, acceptance by the Government of the work and final report, and a satisfactory accounting by the Contractor of all Government-owned property for which the Contractor had custodial responsibility, the Government shall promptly pay to the Contractor any moneys (dollars or local currency) due under the completion voucher. The Government will make suitable reduction for any disallowance or indebtedness by the Contractor by applying the proceeds of the voucher first to such deductions and next to any unliquidated balance of advance remaining under this contract.

(d) The Contractor agrees that all approvals of the Mission Director and the Contracting Officer which are required by the provisions of this contract shall be preserved and made available as part of the Contractor's records which are required to be presented and made available by the clause of this contract entitled "Audit and Records--Negotiation".

## G.4    PAYING OFFICE

The Contractor must submit invoices to the payment office indicated on the Cover Page of the Contract. The USAID/Ukraine's Office of Financial Management (OFM) will serve as the paying office under this contract, with the following addresses:

| **Diplomatic Pouch Address** | **Physical Address** |
|---|---|
| USAID/Ukraine/RCO | USAID/Ukraine |
| Department of State | Office of Financial Management |
| 5850 Kyiv Pl. | 4 Igor Sikorsky Street |
| Washington D.C. 20521-5850 | 04112 Kyiv, Ukraine |

## G.5     INVOICING INSTRUCTIONS

Electronic invoice copies (SF-1034) will be sent to the email address voucher-kyv-ofm@usaid.gov with a copy to the COR's email address. No physical invoices are required nor will be accepted.

- Send via email, one invoice, all other required supporting documents, and SF-1034 Public Voucher for Purchases and Services Other Than Personal.
- The SF-1034 must be signed.
- The invoice must provide the bank account details, including the bank account number, the bank name and address, the SWIFT Code and the ABA number.

## G.6     ACCOUNTING AND APPROPRIATION DATA

| | |
|---|---|
| Distribution: | 121-M |
| Operating Unit: | E+E |
| Bureau: | UKRAINE |
| Program Area: | A15 |
| Program Element: | A063 |
| Fund Code: | EC |
| Fund Year: | 2016/2017 |
| EOCC: | 4100301 |
| Amount: | $1,471,061.00 |
| | |
| Distribution: | 121-M |
| Operating Unit: | E+E |
| Bureau: | UKRAINE |
| Program Area: | A15 |
| Program Element: | A064 |
| Fund Code: | EC |
| Fund Year: | 2016/2017 |
| EOCC: | 4100301 |
| Amount: | $495,017.00 |
| | |
| Distribution: | 121-M |
| Operating Unit: | E+E |
| Bureau: | UKRAINE |
| Program Area: | A19 |
| Program Element: | A076 |
| Fund Code: | EC |
| Fund Year: | 2016/2017 |
| EOCC: | 4100301 |
| Amount: | $2,245,804.00 |
| | |
| Distribution: | 121-M |
| Operating Unit: | E+E |
| Bureau: | UKRAINE |
| Program Area: | A15 |
| Program Element: | A064 |
| Fund Code: | EC-OCO |
| Fund Year: | 2016/2017 |

| EOCC: | 4100301 |
| Amount: | $973,800.00 |

## G.7    TECHNICAL DIRECTIONS/RELATIONSHIP WITH USAID

(a) Technical Directions is defined to include:

> (1) Written directions to the Contractor which fill in details, suggest possible lines of inquiry, or otherwise facilitate completion of work;
> (2) Provision of written information to the Contractor which assists in the interpretation of drawings, specifications, or technical portions of the work statement;
> (3) Review and, where required, provide written approval of technical reports, drawings, specifications, or technical information to be delivered. Technical directions must be in writing, and must be within the scope of the work as detailed in Section C.

(b) The COR is authorized by designation to take any or all action with respect to the following which could lawfully be taken by the Contracting Officer, except any action specifically prohibited by the terms of this Contract:

> (1) Assure that the Contractor performs the technical requirements of the contract in accordance with the contract terms, conditions, and specifications.
> (2) Perform or cause to be performed, inspections necessary in connection with (a) above and require the Contractor to correct all deficiencies; perform acceptance for the Government.
> (3) Maintain all liaison and direct communications with the Contractor. Written communications with the Contractor and documents shall be signed as "Contracting Officer's Representative" with a copy furnished to the Contracting Officer.
> (4) Issue written interpretations of technical requirements of Government drawings, designs, and specifications.
> (5) Monitor the Contractor's production or performance progress and notify the Contractor in writing of deficiencies observed during surveillance, and direct appropriate action to effect correction. Record and report to the Contracting Officer incidents of faulty or nonconforming work, delays or problems.
> (6) Obtain necessary security clearance and appropriate identification if access to Government facilities is required. If to be provided, ensure that Government furnished property is available when required.
> (7) Approve sub-grant selections by the Contractor.

Limitations: The COR is not empowered to award, agree to, or sign any contract (including delivery or purchase orders) or modifications thereto, or in any way to obligate the payment of money by the Government. The COR may not take any action which may impact on the contract schedule, funds, or scope. All contractual agreements, commitments, or modifications which involve prices, quantities, quality, and schedules shall be made only by the Contracting Officer.

(c) In the absence of the designated COR, the CO may designate someone to serve as COR in his/her place. However, such action to direct an individual to act in the COR's stead shall immediately be communicated to the Contractor.

(d) Contractual Problems - Contractual problems, of any nature, that may arise during the life of the contract must be handled in conformance with specific public laws and regulations (i.e. Federal Acquisition Regulation and Agency for International Development Acquisition Regulation). The Contractor and the COR shall bring all contracting problems to the immediate attention of the Contracting Officer. Only the Contracting Officer is authorized to formally resolve such problems. The Contracting Officer will be responsible for resolving legal issues, determining contract scope and

interpreting contract terms and conditions. The Contracting Officer is solely authorized to approve changes in any of the requirements under this contract. These changes include, but will not be limited to the following areas: scope of work, price, quantity, technical specifications, delivery schedules, and contract terms and conditions. In the event the Contractor effects any changes at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and at the Contractor's sole risk.

(e) Failure by the Contractor to report to the Contracting Officer, any action by the Government considered to be a change, within the specified number of days contained in FAR 52.243-7 (Notification of Changes), waives the Contractor's right to any claims for equitable adjustments.

## G.8    CONTRACTOR'S PRIMARY POINT OF CONTACT

The contractor's primary point of contact is:
Michael Pillsbury, Chief of Party

## G.9    AWARD FEE EVALUATION

Award Fee Determinations will be made by the designated Fee Determination Official (FDO), in accordance with an approved Award Fee Plan. The Contracting Officer will serve as the Fee Determination Official (FDO). In accordance with FAR 16.401(2), this determination and the methodology for determining the award fee are unilateral decisions made solely at the discretion of the Government.

Award fee determinations are not subject to the Disputes clause of the contract. The Contractor will not be paid any award fee for less than satisfactory overall performance.

## G.10    AIDAR 752.216-70 AWARD FEE (MAY 1997)

(a)  The Government shall pay the Contractor for performing this contract such base fee and such additional fee as may be awarded, as provided in the Schedule.

(b)  Payment of the base fee and award fee shall be made as specified in the Schedule; provided, that after payment of 85 percent of the base fee and potential award fee, the Contracting Officer may withhold further payment of the base fee and award fee until a reserve is set aside in an amount that the Contracting Officer considers necessary to protect the Government's interest. This reserve shall not exceed 15 percent of the total base fee and potential award fee or $100,000, whichever is less. The Contracting Officer shall release 75 percent of all fee withholds under this contract after receipt of the certified final indirect cost rate proposal covering the year of physical completion of this contract, provided the Contractor has satisfied all other contract terms and conditions, including the submission of the final patent and royalty reports, and is not delinquent in submitting final vouchers on prior years' settlements. The Contracting Officer may release up to 90 percent of the fee withholds under this contract based on the Contractor's past performance related to the submission and settlement of final indirect cost rate proposals.

**[END OF SECTION G]**

## SECTION H – SPECIAL CONTRACT REQUIREMENTS

### H.1     NOTICE LISTING CONTRACT CLAUSES INCORPORATED BY REFERENCE

The following contract clauses pertinent to this section are hereby incorporated by reference (by Citation Number, Title, and Date) in accordance with the clause at FAR "52.252-2 CLAUSES INCORPORATED BY REFERENCE" in Section I of this contract.  The full text of a clause may be accessed electronically at these addresses:
AIDAR:        http://www.usaid.gov/policy/ads/300/aidar.pdf
FAR:          http://www.acquisition.gov

### USAID ACQUISITION REGULATION - AIDAR (48 CFR Chapter 7)

| AIDAR NUMBER | TITLE | DATE |
|---|---|---|
| 752.245-71 | TITLE TO AND CARE OF PROPERTY | APR 1984 |
| 752.7027 | PERSONNEL | DEC 1990 |

### H.2     AIDAR 752.225-70 SOURCE AND NATIONALITY REQUIREMENTS (FEB 2012)

(a) Except as may be specifically approved by the Contracting Officer, the Contractor must procure all commodities (e.g., equipment, materials, vehicles, supplies) and services (including commodity transportation services) in accordance with the requirements at 22 CFR Part 228 "Rules on Procurement of Commodities and Services Financed by USAID Federal Program Funds." The authorized source for procurement is Geographic Code 937 unless otherwise specified in the schedule of this contract. Guidance on eligibility of specific goods or services may be obtained from the Contracting Officer.

(b) Ineligible goods and services. The Contractor must not procure any of the following goods or services under this contract:

> (1) Military equipment
> (2) Surveillance equipment
> (3) Commodities and services for support of police and other law enforcement activities
> (4) Abortion equipment and services
> (5) Luxury goods and gambling equipment, or
> (6) Weather modification equipment.

(c) Restricted goods. The Contractor must obtain prior written approval of the Contracting Officer or comply with required procedures under an applicable waiver when procuring any of the following goods or services:

> (1) Agricultural commodities,
> (2) Motor vehicles,
> (3) Pharmaceuticals and contraceptive items
> (4) Pesticides,
> (5) Fertilizer,
> (6) Used equipment, or
> (7) U.S. government-owned excess property.

If USAID determines that the Contractor has procured any of these specific restricted goods under this contract without the prior written authorization of the Contracting Officer or fails to comply with required procedures under an applicable waiver as provided by the Contracting Officer, and has received

payment for such purposes, the Contracting Officer may require the contractor to refund the entire amount of the purchase.

## H.3     ADS 302.3.5.19 USAID-FINANCED THIRD-PARTY WEB SITES (NOV 2017)

(a) Definitions:

**"Third-party web sites"**
Sites hosted on environments external to USAID boundaries and not directly controlled by USAID policies and staff, except through the terms and conditions of a contract. Third-party Web sites include project sites.

(b) The contractor must adhere to the following requirements when developing, launching, and maintaining a third-party Web site funded by USAID for the purpose of meeting the project implementation goals:

(1) Working through the COR, the contractor must notify the USAID Bureau for Legislative and Public Affairs/Public Information, Production and Online Services (LPA/PIPOS) of the Web site URL as far in advance of the site's launch as possible.

(2) The contractor must comply with Agency branding and marking requirements comprised of the USAID logo and brandmark with the tagline "from the American people," located on the USAID Web site at www.usaid.gov/branding, and USAID Graphics Standards manual at http://www.usaid.gov.

(3) The Web site must be marked on the index page of the site and every major entry point to the Web site with a disclaimer that states: "The information provided on this Web site is not official U.S. Government information and does not represent the views or positions of the U.S. Agency for International Development or the U.S. Government."

(4) The Web site must provide persons with disabilities access to information that is comparable to the access available to others. As such, all site content must be compliant with the requirements of the Section 508 amendments to the Rehabilitation Act.

(5) The contractor must identify and provide to the COR, in writing, the contact information for the information security point of contact. The contractor is responsible for updating the contact information whenever there is a change in personnel assigned to this role.

(6) The contractor must provide adequate protection from unauthorized access, alteration, disclosure, or misuse of information processed, stored, or transmitted on the Web sites. To minimize security risks and ensure the integrity and availability of information, the contractor must use sound: system/software management; engineering and development; and securecoding practices consistent with USAID standards and information security best practices. Rigorous security safeguards, including but not limited to, virus protection; network intrusion detection and prevention programs; and vulnerability management systems must be implemented and critical security issues must be resolved as quickly as possible or within 30 days. Contact the USAID Chief Information Security Officer (CISO) at ISSO@usaid.gov for specific standards and guidance.

(7) The contractor must conduct periodic vulnerability scans, mitigate all security risks identified during such scans, and report subsequent remediation actions to CISO at ISSO@usaid.gov and COR within 30 workdays from the date vulnerabilities are identified. The report must include disclosure of the tools used to conduct the scans. Alternatively, the contractor may authorize USAID CISO at ISSO@usaid.gov to conduct periodic vulnerability scans via its Web-scanning program. The sole purpose of USAID scanning will be to minimize security risks. The contractor will be responsible for taking the necessary remediation action and reporting to USAID as specified above.

(c) For general information, agency graphics, metadata, privacy policy, and 508 compliance requirements, refer to http://www.usaid.gov

**H.4     ADS 302.3.5.22 SUBMISSION OF DATASETS TO THE DEVELOPMENT DATA LIBRARY (DDL) (OCT 2014)**

(a)  Definitions. For the purpose of submissions to the DDL:

(1) "Dataset" is an organized collection of structured data, including data contained in spreadsheets, whether presented in tabular or non-tabular form. For example, a Dataset may represent a single spreadsheet, an extensible mark-up language (XML) file, a geospatial data file, or an organized collection of these. This requirement does not apply to aggregated performance reporting data that the contractor submits directly to a USAID portfolio management system or to unstructured data, such as email messages, PDF files, PowerPoint presentations, word processing documents, photos and graphic images, audio files, collaboration software, and instant messages. Neither does the requirement apply to the contractor's information that is incidental to award administration, such as financial, administrative, cost or pricing, or management information.

Datasets submitted to the DDL will generally be those generated with USAID resources and created in support of Intellectual Work that is uploaded to the Development Experience Clearinghouse (DEC) (see AIDAR 752.7005 "Submission Requirements for Development Experience Documents").

(2) "Intellectual Work" includes all works that document the implementation, monitoring, evaluation, and results of international development assistance activities developed or acquired under this award, which may include program and communications materials, evaluations and assessments, information products, research and technical reports, progress and performance reports required under this award (excluding administrative financial information), and other reports, articles and papers prepared by the contractor under the award, whether published or not.
The term does not include the contractor's information that is incidental to award administration, such as financial, administrative, cost or pricing, or management information.

(b)  Submissions to the Development Data Library (DDL)

(1)  The Contractor must submit to the Development Data Library (DDL), at www.usaid.gov/data, in a machine-readable, non-proprietary format, a copy of any Dataset created or obtained in performance of this award, including Datasets produced by a subcontractor at any tier. The submission must include supporting documentation describing the Dataset, such as code books, data dictionaries, data gathering tools, notes on data quality, and explanations of redactions.

(2)  Unless otherwise directed by the Contracting Officer (CO) or the Contracting Officer Representative (COR), the contractor must submit the Dataset and supporting documentation within thirty (30) calendar days after the Dataset is first used to produce an Intellectual Work or is of sufficient quality to produce an Intellectual Work. Within thirty (30) calendar days after award completion, the contractor must submit to the DDL any Datasets and supporting documentation that have not previously been submitted to the DDL, along with an index of all Datasets and Intellectual Work created or obtained under the award. The contractor must also provide to the COR an itemized list of any and all DDL submissions.

The contractor is not required to submit the data to the DDL, when, in accordance with the terms and conditions of this award, Datasets containing results of federally funded scientific research are submitted to a publicly accessible research database. However, the contractor must submit a notice to the DDL by following the instructions at www.usaid.gov/data, with a copy to the COR, providing details on where and how to access the data. The direct results of federally funded scientific research must be reported no later than when the data are ready to be submitted to a peer-reviewed journal for publication, or no later than five calendar days prior to the conclusion of the award, whichever occurs earlier.

(3) The contractor must submit the Datasets following the submission instructions and acceptable formats found at www.usaid.gov/data.

(4) The contractor must ensure that any Dataset submitted to the DDL does not contain any proprietary or personally identifiable information, such as social security numbers, home addresses, and dates of birth. Such information must be removed prior to submission.

(5) The contractor must not submit classified data to the DDL.

## H.5    AIDAR 752.7004 EMERGENCY LOCATOR INFORMATION (JUL 1997)

The Contractor agrees to provide the following information to the Mission Administrative Officer on or before the arrival in the host country of every contract employee or dependent:

(1) The individual's full name, home address, and telephone number.

(2) The name and number of the contract, and whether the individual is an employee or dependent.

(3) The contractor's name, home office address, and telephone number, including any after-hours emergency number(s), and the name of the contractor's home office staff member having administrative responsibility for the contract.

(4) The name, address, and telephone number(s) of each individual's next of kin.

(5) Any special instructions pertaining to emergency situations such as power of attorney designees or alternate contact persons.

## H.6    AIDAR 752.7007 PERSONNEL COMPENSATION (JULY 2007)

(a) Direct compensation of the Contractor's personnel will be in accordance with the Contractor's established policies, procedures, and practices, and the cost principles applicable to this contract.

(b) Reimbursement of the employee's base annual salary plus overseas recruitment incentive, if any, which exceed the USAID Contractor Salary Threshold (USAID CST) stated in USAID Automated Directives System (ADS) Chapter 302 USAID Direct Contracting, must be approved in writing by the Contracting Officer, as prescribed in 731.205-6(b) or 731.371(b), as applicable.

## H.7    ADDITIONAL REQUIREMENTS FOR PERSONNEL COMPENSATION

a.  Limitations:

1.  If, during contract performance, the contractor proposes salary or wages for a new individual(s) that exceeds **10%** of the individual's current salary or wage or the highest rate of annual salary or wage received during any full year of the immediately preceding three (3) years, the Cognizant Contracting Officer's approval is required.

2.  In addition, there is a ceiling on the reimbursable base salary or wage paid to personnel under the Contract equivalent to the maximum annual salary rate specified in section H.6 above unless an advance written waiver is granted by the USAID Procurement Executive.

b.  Salaries during Travel

Salaries and wages paid while in travel status will not be reimbursed for a travel period greater than the time required for travel by the most direct and expeditious air route.

c.  Return of Overseas Employees

Salaries and wages paid to an employee serving overseas who is discharged by the Contractor for misconduct, inexcusable nonperformance, or security reasons will in no event be reimbursed for a period

which extends beyond the time required to return him/her promptly to his/her point of origin by the most direct and expeditious air route.

d.  Annual Salary Increases

Annual salary increases (e.g. cost of living and merit increases and other) may be granted once a year and cannot exceed 5%. Annual salary increases of any kind exceeding this limitation or exceeding the USAID Contractor Salary Threshold (CST) may be granted only with the advance written approval of the Contracting Officer.

e.  Consultants

Any consultant's daily or hourly compensation shall be negotiated with due regard for prevailing compensation levels for similar consulting services, and shall not exceed the highest rate of compensation received by the consultant during immediately preceding three years. Annual increases are not authorized for consultants.

f.  Definitions

As used herein, the terms "Salaries," "Wages," and "Compensation" mean the periodic remuneration received for professional or technical services rendered, exclusive of any of the differentials or allowances defined in the clause of this contract entitled "Differentials and Allowances" (AIDAR 752.7028), unless otherwise stated. The term "compensation" includes payments for personal services (including fees and honoraria). It excludes earnings from sources other than the individual's professional or technical work, overhead, or other charges under the contract."

## H.8    AIDAR 752.228-70 MEDICAL EVACUATION (MEDEVAC) SERVICES (JUL 2007)

(a) Contractor must provide MEDEVAC service coverage to all U.S. citizen, U.S. resident alien, and Third Country National employees and their authorized dependents (hereinafter "individual") while overseas under a USAID-financed direct contract. USAID will reimburse reasonable, allowable, and allocable costs for MEDEVAC service coverage incurred under the contract. The Contracting Officer will determine the reasonableness, allowability, and allocability of the costs based on the applicable cost principles and in accordance with cost accounting standards.

(b) Exceptions.
> (i) The Contractor is not required to provide MEDEVAC insurance to eligible employees and their dependents with a health program that includes sufficient MEDEVAC coverage as approved by the Contracting Officer.
> (ii) The Mission Director may make a written determination to waive the requirement for such coverage. The determination must be based on findings that the quality of local medical services or other circumstances obviate the need for such coverage for eligible employees and their dependents located at post.

(c) Contractor must insert a clause similar to this clause in all subcontracts that require performance by contractor employees overseas.

## H.9    AIDAR 752.222-70 USAID DISABILITY POLICY (DEC 2004)

(a) The objectives of the USAID Disability Policy are (1) to enhance the attainment of United States foreign assistance program goals by promoting the participation and equalization of opportunities of individuals with disabilities in USAID policy, country and sector strategies, activity designs and implementation; (2) to increase awareness of issues of people with disabilities both within USAID programs and in host countries; (3) to engage other U.S. government agencies, host country counterparts, governments, implementing organizations and other donors in fostering a climate of nondiscrimination against people with disabilities; and (4) to support international advocacy for people with disabilities. The

full text of the policy paper can be found at the following website: http://pdf.usaid.gov/pdf_docs/PDABQ631.pdf.

(b) USAID therefore requires that the contractor not discriminate against people with disabilities in the implementation of USAID programs and that it make every effort to comply with the objectives of the USAID Disability Policy in performing this contract. To that end and within the scope of the contract, the contractor's actions must demonstrate a comprehensive and consistent approach for including men, women and children with disabilities.

## H.10    AUTHORIZED GEOGRAPHIC CODE

The authorized geographic codes for procurement of goods and services under this Contract is 110 and 937 defined as the United States, the independent states of the former Soviet Union, or a developing country, but excluding any country that is a prohibited source and the United States, the Cooperating Country, and developing countries other than advanced developing countries, but excluding any country that is a prohibited source. For accurate identification of developing countries, advanced developing countries, and prohibited sources, please refer to Automated Directives System (ADS) Chapter 310 entitled "Source and Nationality Requirements for Procurement of Commodities and Services Financed by USAID."

## H.11    EXECUTIVE ORDERS ON TERRORISM FINANCING

The Contractor is reminded that U.S. Executive Orders (including E.O. 13224) and U.S. law prohibit transactions with, and the provision of resources and support to, individuals and organizations associated with terrorism. It is the legal responsibility of the contractor to ensure compliance with these Executive Orders and laws.

FAR 25.701 prohibits agencies and their contractors and subcontractors from acquiring any supplies or services from individuals or organizations, if any proclamation, Executive Order, Office of Foreign Assets Control (OFAC) regulations, or statute administered by OFAC would prohibit such a transaction. Accordingly, the Contracting Officer must check the U.S. Department of the Treasury's OFAC List to ensure that the names of the Contractor and proposed subcontractors (and individuals from those organizations who have been made known to them), are not on the list. Mandatory FAR clause 52.225-13 "Restrictions on Certain Foreign Purchases" is included by reference in Section I.1 of this contract. By accepting this contract, the Contractor acknowledges and agrees that it is aware of the list as part of its compliance with the requirements of that clause. This clause must be included in all subcontracts/sub-awards issued under this contract.

## H.12    COMMUNICATIONS AND OUTREACH APPROVAL REQUIREMENTS

1. In addition to the requirements of AIDAR 752.7035 "Public Notices," the Contractor will obtain prior COR and USAID Development Outreach and Communication Specialist authorization for all public notices, press releases, interviews and other media contacts.

2. If the Contractor would like to arrange a meeting with ministerial-level host government officials, it shall obtain permission from the COR and/or alternate COR for such a meeting at least one week before any such meeting is likely to be scheduled.

3. The Contractor must coordinate all press inquiries and statements with USAID's COR. Contractor must seek approval from COR before agreeing to or allowing staff to conduct interviews with the press. The Contractor must not speak on behalf of USAID but will refer all requests for USAID information to the USAID COR/Communication/press officer.

4. No news release pertaining to this contract will be made without prior USAID approval, as appropriate, and then only in coordination with the COR.

## H.13    GOVERNMENT FURNISHED FACILITIES OR PROPERTY

(a) The Contractor and any employee or consultant of the Contractor is prohibited from using U.S. Government facilities (such as office space or equipment) or U.S. Government clerical or technical personnel in the performance of the services specified in the Contract unless the use of Government facilities or personnel is specifically authorized in the Contract or is authorized in advance, in writing, by the CO.

(b) If at any time it is determined that the Contractor, or any of its employees or consultants, have used U.S. Government facilities or personnel either in performance of the Contract itself, or in advance, without authorization in writing, by the Contracting Officer, then the amount payable under the Contract will be reduced by an amount equal to the value of the U.S. Government facilities or personnel used by the Contractor, as determined by the Contracting officer.

(c) If the parties fail to agree on an adjustment made pursuant to this clause it will be considered a "dispute" and will be dealt with under the terms of the "Disputes" clauses of the Contract.

## H.14    FOREIGN    GOVERNMENT    DELEGATIONS    TO    INTERNATIONAL CONFERENCES

Funds in this contract may not be used to finance the travel, per diem, hotel expenses, meals, conference fees or other conference costs for any member of a foreign government's delegation to an international conference sponsored by a public international organization, except as provided in ADS Mandatory Reference "Guidance on Funding Foreign Government Delegations to International Conferences" found at http://www.usaid.gov/sites/default/files/documents/1868/350maa.pdf or as approved by the CO/COR.

## H.15    LOGISTICAL SUPPORT

The Contractor shall be responsible for furnishing all logistic support in the United States and overseas unless otherwise specified in the contract.

The USAID/Ukraine Contractors Support Unit (CSU) will assist the Contractor with project registration, accreditation, customs and tax exemption issues, property transfers at contract closeout, etc. The contact person is Ms. Tatiana Kistanova, CSU Assistant, tel: (380-44) 525-5736, e-mail: tkistanova@usaid.gov.

The Contractor shall address all requirements under U.S. and local law for the transfer of property and shall provide the inventory schedule required by FAR 52.245-1. The proposed property disposition must be approved in writing by the Contracting Officer.

## H.16    LANGUAGE REQUIREMENTS

All deliverables must be produced in English.

## H.17    AIDAR 752.7032 INTERNATIONAL TRAVEL APPROVAL AND NOTIFICATION REQUIREMENTS (APR 2014)

Prior written approval by the contracting officer, or the contracting officer's representative (COR) if delegated in the Contracting Officer's Representative Designation Letter, is required for all international travel directly and identifiably funded by USAID under this contract. The Contractor must therefore

present to the contracting officer or the contracting officer's representative, an itinerary for each planned international trip, showing the name of the traveler, purpose of the trip, origin/destination (and intervening stops), and dates of travel, as far in advanced of the proposed travel as possible, but in no event less than three weeks before travel is planned to commence. The contracting officer's or contracting officer's representative's (if delegated by the contracting officer) prior written approval may be in the form of a letter or telegram or similar device or may be specifically incorporated into the schedule of the contract. At least one week prior to commencement of approved international travel, the Contractor must notify the cognizant Mission, with a copy to the contracting officer or contracting officer's representative, of planned travel, identifying the travelers and the dates and times of arrival.

## H.18    FRAUD REPORTING

The Contractor is required to report on indications of fraud in host-country institutions or other matters that could reasonably be expected to be of foreign policy interest to the U.S. Government's development and stabilization efforts. Corruption, real or perceived, may critically impact USAID programming objectives as might other knowledge the Contractor acquires in its normal course of business. This clause must not be construed to require the Contractor to conduct investigation for such information outside of its normal business practices or to report on matters not directly or indirectly related to USAID programming or the proper use of U.S. Government funds. In the event awardee has special non-disclosure requirements or confidentiality requirements (such as prevalent in the legal and banking industries), or Contractor determines such reporting would conflict with applicable laws, Contractor must include a proposal to obtain any necessary waivers from the applicable host-country institution allowing such reporting to the maximum extent possible. Reports under this requirement must be submitted as a deliverable under the award.

## H.19    ENVIRONMENTAL COMPLIANCE

The Contract will be covered by the following approved Initial Environmental Examination (IEE, Number: 2018-URK-031). Attachment J.2 of the Contract.

1)      The Foreign Assistance Act of 1961, as amended, Section 117 requires that the impact of USAID's activities on the environment be considered and that USAID include environmental sustainability as a central consideration in designing and carrying out its development programs. This mandate is codified in Federal Regulations (22 CFR 216) and in USAID's Automated Directives System (ADS) ADS 201 and ADS 204, which, in part, require that the potential environmental impacts of USAID-financed activities are identified prior to a final decision to proceed and that appropriate environmental safeguards are adopted for all activities. Applicant's environmental compliance obligations under these regulations and procedures are specified in the following paragraphs of this Contract.

2)      In addition, the Contractor must comply with host country environmental regulations unless otherwise directed in writing by USAID.  In case of conflict between host country and USAID regulations, the latter shall govern.

3)      No activity funded under this Contract will be implemented unless an environmental threshold determination, as defined by 22 CFR 216, has been reached for that activity, as documented in a Request for Categorical Exclusion (RCE), Initial Environmental Examination (IEE), or Environmental Assessment (EA) duly signed by the Bureau Environmental Officer (BEO). (Hereinafter, such documents are described as "approved Regulation 216 environmental documentation.")

4)      The Initial Environmental Examination (IEE, Number 2018-UKR-031) has been approved for the Activity funding this Contract.  It will cover program activities discussed in the Section C, Statement of Work, of this Contract.  USAID has determined that a Negative Determination with conditions applies to one or more of the proposed activities discussed in the Section C, SOW, of this award.  This indicates

that if these activities are implemented subject to the specified conditions, they are expected to have no significant adverse effect on the environment. The Contractor shall be responsible for implementing all IEE conditions pertaining to activities to be funded under this award.

5)      As part of its initial Implementation Plan, and all Annual Implementation Plans thereafter, the Contractor, in collaboration with the USAID Contracting Officer's Representative (COR) and Mission Environmental Officer or Bureau Environmental Officer, as appropriate, shall review all ongoing and planned activities under this award to determine if they are within the scope of the approved Regulation 216 environmental documentation.

6)      If the Contractor plans any new activities outside the scope of the approved Regulation 216 environmental documentation, it shall prepare an amendment to the documentation for USAID review and approval. No such new activities shall be undertaken prior to receiving written USAID approval of environmental documentation amendments.

7) Any ongoing activities found to be outside the scope of the approved Regulation 216 environmental documentation shall be halted until an amendment to the documentation is submitted and written approval is received from USAID.

## H.20    DISCLOSURE OF INFORMATION

(a)      Contractors are reminded that information furnished under this solicitation/contract may be subject to disclosure under the Freedom of Information Act (FOIA). Therefore, all items that are confidential to business, or contain trade secrets, proprietary, or personnel information must be clearly marked. Marking of items will not necessarily preclude disclosure when the U.S. Office of Personnel Management (OPM or the U.S. Government) determines disclosure is warranted by FOIA. However, if such items are not marked, all information contained within the submitted documents will be deemed to be releasable.

(b)      Any information made available to the contractor by the U.S. Government must be used only for the purpose of carrying out the provisions of this contract and must not be divulged or made known in any manner to any person except as may be necessary in the performance of the contract.

(c)      In performance of this contract, the contractor assumes responsibility for protection of the confidentiality of U.S. Government records and must ensure that all work performed by its subcontractors must be under the supervision of the contractor or the contractor's responsible employees.

(d)      Each officer or employee of the contractor or any of its subcontractors to whom any U.S. Government record may be made available or disclosed must be notified in writing by the contractor that information disclosed to such officer or employee can be used only for a purpose and to the extent authorized herein, and that further disclosure of any such information, by any means, for a purpose or to an extent unauthorized herein, may subject the offender to criminal sanctions imposed by 19 U.S.C. § 641. That section provides, in pertinent part, that whoever knowingly converts to their use or the use of another, or without authority, sells, conveys, or disposes of any record of the United States or whoever receives the same with intent to convert it to their use or gain, knowing it to have been converted, must be guilty of a crime punishable by a fine of up to $10,000, or imprisoned up to ten years, or both.

## H.21    FACILITIES USED FOR RELIGIOUS ACTIVITIES

Unless otherwise authorized in writing by the Contracting Officer, Contractor shall not use Contract funds for any work related to facilities of any type where the intended use of such a facility is for

inherently religious activities. In cases where work addressed by this provision is authorized by the Contracting Officer, such authorization will be limited and explicit.

## H.22    GRANTS UNDER CONTRACT

Under this contract, the contractor may execute grants on behalf of USAID. If the Contractor awards grants under this contract, the contractor must comply in all material respects with USAID's Automated Directives System (ADS) Chapter 302 and 303 (including mandatory and supplementary references) in awarding and administering grants, as well as the Code of Federal Regulations 2 CFR 200.

In addition, the following requirements shall apply to the grants awarded by the Contractor under this contract:

a.  The total value of any individual grant to US organizations must not exceed $100,000.00. This limitation does not apply to grant awards to non-US organizations.
b.  The Contractor shall only execute grants under the contract when it is not feasible to accomplish USAID objectives through normal contracts and grants awards executed by USAID because either the burden of executing a number of small grant activities is particularly difficult for the responsible USAID Mission or office, or the grant program is incidental and relatively small in comparison to other technical assistance of the Contractor.
c.  USAID must be substantially involved in establishing selection criteria and must approve the recipients.
d.  Requirements which apply to USAID-executed grants must also apply to grants executed by the Contractor.
e.  USAID retains the right to terminate the grant activity (activities) unilaterally in extraordinary circumstances.
f.  The Contractor must not execute or administer Cooperative Agreements on USAID's behalf.
g.  Prior to execution of grants, the Contractor must submit a Grants Manual for CO approval in accordance with Section F.6.
h.  The Contractor must close out all grants prior to the estimated completion date of this contract.
i.  The contractor must not disclaim liability for any GUCs it awards on USAID's behalf.
j.  The contractor must follow the requirements of FAR 52.203-16, Preventing Personal Conflicts of Interest, in the selection and award of GUCs.
k.  The contractor is not authorized to issue GUCs to partner government entities (excluding in-kind grants).

## H.23    INSURANCE AND SERVICES

Pursuant to AIDAR 752.228-3 Worker's Compensation Insurance (Defense Base Act), USAID's DBA insurance carrier is: Allied World Assurance Company (AWAC) under USAID contract number AID-OAA-C-16-00015.

A.  RATES

| Contract Year | Period of Performance | Services | Construction | Security |
|---|---|---|---|---|
| Base Period | 12/1/15 - 11/30/17 | $2.00 | $4.50 | $7.50 |
| Option 1 | 12/1/17 - 11/30/18 | $2.00 | $4.50 | $7.50/$10.00/$12.50 (see Notes) |
| Option 2 | 12/1/18 - 11/30/19 | $2.00 | $4.50 | $7.50/$10.00/$12.50 (see Notes) |

| Option 3 | 12/1/19 - 11/30/20 | $2.00 | $4.50 | $7.50/$10.00/$12.50 (see Notes) |

Notes:

For Option Periods 1, 2 and 3, the percentage of USAID security payroll would be measured as of the last day of the preceding period (i.e. the base period or the immediately preceding option period), which is referred to as the "measurement date".

1) If at the measurement date, the percentage of USAID security payroll remains between 0-10.0% of total payroll, the security rate in the next option period will be $7.50/$100 employee remuneration.

2) If at the measurement date, the percentage of USAID security payroll is above 10.0% to 25.0% of total payroll, the security rate in the next option period will be $10.00/$100 employee remuneration.

3) If at the measurement date, the percentage of USAID security payroll exceeds 25.0% of total payroll, the security rate in the next option period will be $12.50/$100 employee remuneration.

4) The term "wages" means the money rate at which the service rendered by an employee is compensated by an employer under the contract of hiring in force at the time of the injury, including the reasonable value of any advantage which is received from the employer and included for purposes of any withholding of tax under subtitle C of the Internal Revenue Code of 1954 [26 USC §§ 3101 et seq.] (relating to employee taxes). The term wages does not include fringe benefits, including (but not limited to) employer payments for or contribution to a retirement, pension, health and welfare, life insurance, training, social security or other employee or dependent benefit plan for the employee's or dependent's benefit, or any other employee's dependent entitlement.

Maximum rate of compensation shall not exceed 200 per centum of the applicable national average weekly wage (NAWW) as calculated by the Secretary of Labor. The current NAWW can be found at http://www.dol.gov/owcp/dlhwc/nawwinfo.htm.

5) The new rate structure aligns DBA rates to the likelihood that specific types of contracts will incur different frequency of DBA payouts and of differing dollar amounts. Those having greater risk pay greater premiums. Those with anticipated lower risk pay lesser premiums. The concept is to associate specific costs to a contract predicated upon the potential DBA risks under the same contract. The risk is predicated on the nature and inherent danger of certain categories of contracts (and performance under those awards).

6) For contracts that include Aviation, ground crews shall be categorized as Construction, and flight crew shall be categorized as Security.

Upon the Option Year being exercised, the contractor must confirm in writing, the security payroll percentage as of the measurement date of the preceding period of performance to the CO.

This AAPD will be amended within thirty (30) calendar days of the exercise of an option to provide the new "Security" rate as determined in accordance with Notes 1 through 3 above. In the interim between exercise of an option and the amendment to the AAPD, COs may obtain the rate from the agent listed in Section B below.

B.   OBTAINING DBA COVERAGE

Contractors must apply for coverage directly to AON Risk Insurance Services Inc., the agent for AWAC DBA Insurance. For instructions on the required application form and submission requirements, contact the following office:

> AON Risk Insurance Services West, Inc.
> 2033 N. Main St., Suite 760
> Walnut Creek, CA 94596-3722
>
> Hours: 8:30 A.M. to 5:00 PM, Pacific Time
>
> Primary Contact: Fred Robinson
> Phone: (925) 951-1856
> Fax: (925) 951-1890
> Email: Fred.Robinson@aon.com

## C.  NOTICE OF EXCLUSION OF MEDICAL EVACUATION COVERAGE

Pursuant to AIDAR 752.228-70, medical evacuation insurance is a separate insurance requirement for overseas performance of USAID contracts; the Defense Base Act insurance does not provide coverage for medical evacuation.

## D.  WAIVERS FOR THIRD COUNTRY AND LOCAL NATIONALS

The list of countries with active DBA waivers is available at http://www.dol.gov/owcp/dlhwc/dbawaivers/dbawaivers.htm. In accordance with ADS 302, Missions may obtain a country-based waiver by sending a request to M/OAA Evaluation Division at dbawaiverrequests@usaid.gov.

## H.24  CONSENT TO SUBCONTRACT

No proposed subcontractors, whether or not discussed in the Cost Proposal or Technical Proposal, dated May 18, 2018, are approved. The Contractor is authorized to enter into subcontracts only upon receiving written consent from the Contracting Officer pursuant to FAR 52.244-2, "Subcontracts."

## H.25  CLOUD COMPUTING (APRIL 2018)

(a)     *Definitions*. As used in this special contract requirement-

"Cloud computing" means a model for enabling ubiquitous, convenient, on-demand network access to a shared pool of configurable computing resources (e.g., networks, servers, storage, applications, and services) that can be rapidly provisioned and released with minimal management effort or service provider interaction. This includes other commercial terms, such as on-demand self-service, broad network access, resource pooling, rapid elasticity, and measured service. It also includes commercial offerings for software-as-a-service, infrastructure-as-a-service, and platform-as-a-service.

"Federal information" means information created, collected, processed, disseminated, or disposed of by or for the Federal Government, in any medium or form. (OMB A-130)

"Information" means any communication or representation of knowledge such as facts, data, or opinions in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

"Information Security Incident" means an occurrence that (1) actually or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or (2) constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.

"Privacy Incident means a violation or imminent threat of violation of security policies, acceptable use policies, or standard security practices, involving the breach of Personally Identifiable Information (PII), whether in electronic or paper format.

"Spillage" means a security incident that results in the transfer of classified or other sensitive or sensitive but unclassified information to an information system that is not accredited,(i.e., authorized) for the applicable security level of the data or information. "Cloud Service Provider" or CSP means a company or organization that offers some component of cloud computing – typically Infrastructure as a Service (IaaS), Software as a Service (SaaS) or Platform as a Service (PaaS) – to other businesses, organizations or individuals.

"Penetration Testing" means security testing in which assessors mimic real-world attacks to identify methods for circumventing the security features of an application, system, or network. (NIST SP 800-115)

"Third Party Assessment Organizations" means an organization independent of the organization whose IT system is being assessed. They are required to meet the ISO/IEC 17020:1998 standards for independence and managerial competence and meet program requirements for technical FISMA competence through demonstrated expertise in assessing cloud-based solutions.

"Personally Identifiable Information (PII)" means information that can be used to distinguish or trace an individual's identity, such as their name, Social Security Number (SSN), biometric records, etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name, etc. The definition of PII is not anchored to any single category of information or technology. Rather, it requires a case-by-case assessment of the specific risk that an individual can be identified. In performing this assessment, it is important to recognize that non-PII can become PII whenever additional information is made publicly available — in any medium and from any source — that, when combined with other available information, could be used to identify an individual. PII examples include name, address, SSN, or other identifying number or code, telephone number, and e-mail address. PII can also consist of a combination of indirect data elements such as gender, race, birth date, geographic indicator (e.g., zip code), and other descriptors used to identify specific individuals. When defining PII for USAID purposes, the term "individual" refers to a citizen of the United States or an alien lawfully admitted for permanent residence.

(b)  Applicability

This special contract requirement applies to the Contractor and all personnel providing support under this contract (hereafter referred to collectively as "Contractor") and addresses specific USAID requirements in addition to those included in the Federal Acquisition Regulation (FAR), Privacy Act of 1974 (5 U.S.C. 552a - the Act), E-Government Act of 2002 - Section 208 and Title III, Federal Information Security Management Act (FISMA), the Health Insurance Portability and Accountability Act of 1996 (HIPAA, Pub. L. 104-191, 110 Stat. 1936), the Sarbanes-Oxley Act of 2002 (SOX, Pub. L. 107-204, 116 Stat 745), National Institute of Standards and Technology (NIST), Federal Information Processing Standards (FIPS) and the 800-Series Special Publications (SP), Office of Management and

Budget (OMB) memorandums, and other laws, mandates, or executive orders pertaining to the development and operations of information systems and the protection of sensitive information and data.

(c) Limitations on access to, use and disclosure of, Federal information.

(1) The Contractor shall not access, use, or disclose Government data unless specifically authorized by the terms of this contract issued hereunder.

 (i) If authorized by the terms of this contract issued hereunder, any access to, or use or disclosure of, Federal information shall only be for purposes specified in this contract.

(ii) The Contractor shall ensure that its employees are subject to all such access, use, and disclosure prohibitions and obligations.

(iii) These access, use, and disclosure prohibitions and obligations shall remain effective beyond the expiration or termination of this contract.

(2) The Contractor shall use related Federal information only to manage the operational environment that supports the Federal information and for no other purpose unless otherwise permitted with the prior written approval of the Contracting Officer.

(d) Records Management and Access to Information

(1) The Contractor shall support a system in accordance with the requirement for Federal agencies to manage their electronic records in accordance with capabilities such as those identified in the provisions of this contract and National Archives and Records Administration (NARA) retention policies.

(2) Upon request by the government, the Contractor shall deliver to the Contracting Officer all Federal information, including data schemas, metadata, and other associated data artifacts, in the format specified in the schedule or by the Contracting Officer in support of government compliance requirements to include but not limited to Freedom of Information Act, Privacy Act, e-Discovery, e- Records and legal or security investigations.

(3) The Contractor shall retain and maintain all Federal information in accordance with records retention provisions negotiated by the terms of the contract and in accordance with USAID records retention policies.

(4) The Contractor shall dispose of Federal information in accordance with the terms of the contract and provide the confirmation of disposition to the Contracting Officer in accordance with contract closeout procedures.

(e) Notification of third party access to Federal information : The Contractor shall notify the Government immediately of any requests from a third party for access to Federal information or, including any warrants, seizures, or subpoenas it receives, including those from another Federal, State, or Local agency, that could result in the disclosure of any Federal information to a third party. The Contractor shall cooperate with the Government to take all measures to protect Federal information from any loss or unauthorized disclosure that might reasonably result from the execution of any such request, warrant, seizure, subpoena, or similar legal process.

(f) Spillage and Information Security Incidents: Upon written notification by the Government of a spillage or information security incident involving classified information, or the Contractor's discovery of a spillage or security incident involving classified information, the Contractor shall immediately (within 30 minutes) notify CIO-HELPDESK@usaid.gov and the Office of Security at

SECinformationsecurity@usaid.gov to correct the spillage or information security incident in compliance with agency-specific instructions. The Contractor will also notify the Contracting Officer or Contracting Officer's Representative and the Contractor Facilities Security Officer. The Contractor will abide by USAID instructions on correcting such a spill or information security incident. For all spills and information security incidents involving unclassified and/or SBU information, the protocols outlined above in section (g) and (h) below shall apply.

(g) Information Security Incidents

(1) Security Incident Reporting Requirements: All Information Security Incidents involving USAID data or systems must be reported in accordance with the requirements below, even if it is believed that the information security incident may be limited, small, or insignificant. USAID will determine the magnitude and resulting actions.

(i) Contractor employees must report via e-mail all Information Security Incidents to the USAID Service Desk immediately, but not later than 30 minutes, after becoming aware of the Incident, at: CIOHELPDESK@usaid.gov, regardless of day or time, as well as the Contracting Officer and Contracting Officer's representative and the Contractor Facilities Security Officer.

Contractor employees are strictly prohibited from including any Sensitive Information in the subject or body of any e-mail concerning information security incident reports. To transmit Sensitive Information, Contractor employees must use FIPS 140-2 compliant encryption methods to protect Sensitive Information in attachments to email. Passwords must not be communicated in the same email as the attachment.

(ii) The Contractor must provide any supplementary information or reports related to a previously reported information security incident directly to CIO-HELPDESK@usaid.gov, upon request. Correspondence must include related ticket number(s) as provided by the USAID Service Desk with the subject line "Action Required: Potential Security Incident".

(h) Privacy Incidents Reporting Requirements: Privacy Incidents may result in the unauthorized use, disclosure, or loss of personally identifiable information, and can result in the loss of the public's trust and confidence in the Agency's ability to safeguard personally identifiable information. PII breaches may impact individuals whose PII is compromised, including potential identity theft resulting in financial loss and/or personal hardship experienced by the individual. Contractor employees must report by e-mail all Privacy Incidents to the USAID Service Desk immediately (within 30 minutes), after becoming aware of the Incident, at: CIO-HELPDESK@usaid.gov, regardless of day or time, as well as the USAID Contracting Officer or Contracting Officer's representative and the Contractor Facilities Security Officer. If known, the report must include information on the format of the PII (oral, paper, or electronic.) The subject line shall read "Action Required: Potential Privacy Incident".

(i) Information Ownership and Rights: USAID information stored in a cloud environment remains the property of USAID, not the Contractor or cloud service provider (CSP). USAID retains ownership of the information and any media type that stores Federal information . The CSP shall only use the Federal information for purposes explicitly stated in the contract. Further, the cloud service provider shall export Federal information in a machine-readable and non-proprietary format that USAID requests at the time of production, unless the parties agree otherwise.

(j) Security Requirements:

(1) The Contractor shall adopt and maintain administrative, technical, operational, and physical safeguards and controls that meet or exceed requirements contained within the Federal Risk and Authorization Management Program (FedRAMP) Cloud Computing Security Requirements Baseline, current standard

for NIST 800-53 (Security and Privacy Controls for Federal Information Systems) and Organizations, including Appendix J, and FedRAMP Continuous Monitoring Requirements for the security level and services being provided, in accordance with the security categorization or impact level as defined by the government based on the Federal Information Processing Standard (FIPS) Publication 199 (FIPS-199).

(2) The Contractor shall comply with FedRAMP requirements as mandated by Federal laws and policies, including making available any documentation, physical access, and logical access needed to support this requirement. The Level of Effort for the security assessment and authorization (SA&A) is based on the system's complexity and security categorization. The Contractor shall create, maintain and update the following documentation using FedRAMP requirements and templates, which are available at https://www.FedRAMP.gov.

(3) The Contractor must support SA&A activities to include assessment by an accredited Third Party Assessment Organization (3PAO) initially and whenever there is a significant change to the system's security posture in accordance with the FedRAMP Continuous Monitoring Plan. The Contractor must make available to the Contracting Officer, the most current, and any other, Security Assessment Reports for consideration as part of the Contractor's overall Systems Security Plan.

(4) The Government reserves the right to perform penetration testing or request Penetration Testing by an independent source. If the Government exercises this right, the Contractor shall allow Government employees (or designated third parties) to conduct Security Assessment activities to include control reviews in accordance with FedRAMP requirements. Review activities include but are not limited to scanning operating systems, web applications, databases, wireless scanning; network device scanning to include routers, switches, and firewall, and IDS/IPS; databases and other applicable systems, including general support structure, that support the processing, transportation, storage, or security of Federal information for vulnerabilities.

(5) Identified gaps between required FedRAMP Security Control Baselines and Continuous Monitoring controls and the Contractor's implementation as documented in the Security Assessment Report must be tracked by the Contractor for mitigation in a Plan of Action and Milestones (POA&M) document.

Depending on the severity of the gaps, the Government may require them to be remediated before any restricted authorization is issued.

(6) The Contractor is responsible for mitigating all security risks found during SA&A and continuous monitoring activities. All high-risk vulnerabilities must be mitigated within thirty (30) calendar days and all moderate risk vulnerabilities must be mitigated within sixty (60) calendar days from the date vulnerabilities are formally identified. USAID may revoke an ATO for any system if it is determined that the system does not comply with USAID standards or presents an unacceptable risk to the Agency. The Government will determine the risk rating of vulnerabilities.

(7) The Contractor shall provide access to the Federal Government, or their designee acting as their agent, when requested, in order to verify compliance with the requirements and to allow for appropriate risk decisions for an Information Technology security program. The Government reserves the right to conduct onsite inspections. The Contractor must make appropriate personnel available for interviews and provide all necessary documentation during this review and as necessary for continuous monitoring activities.

(k) Privacy Requirements: Cloud Service Provider (CSP) must understand and adhere to applicable federal Privacy laws, standards, and guidance to protect Personally Identifiable Information (PII) about individuals that will be collected and maintained by the Contractor solution. The Contractor responsibilities include full cooperation for any request for disclosure, subpoena, or other judicial process seeking access to records subject to the Privacy Act of 1974.

(l) Data Location: The Contractor must disclose the data server locations where the Agency data will be stored as well as the redundant server locations. The Contractor must have prior Agency approval to store Agency data in locations outside of the United States.

(m) Terms of Service (ToS): The Contractor must disclose any requirements for terms of service agreements and clearly define such terms prior to contract award. All ToS provisions regarding controlling law, jurisdiction, and indemnification must align with Federal statutes, policies, and regulations.

(n) Service Level Agreements (SLAs): The Contractor must be willing to negotiate service levels with USAID; clearly define how performance is guaranteed (such as response time resolution/mitigation time, availability, etc.); monitor their service levels; provide timely notification of a failure to meet the SLAs; and evidence that problems have been resolved or mitigated. Additionally, at USAID's request, the Contractor must submit reports or provide a dashboard where USAID can continuously verify that service levels are being met. Where SLAs fail to be met, USAID may assess monetary penalties or service credit.

(o) Trusted Internet Connection (TIC): The Contractor must route all USAID traffic through the TIC.

(p) Forensics, Freedom of Information Act (FOIA), Electronic Discovery, or additional Information Requests: The Contractor must allow USAID access required to retrieve information necessary for FOIA and Electronic Discovery activities, as well as, forensic investigations for both criminal and noncriminal purposes without their interference in these activities. USAID may negotiate roles and responsibilities for conducting these activities in agreements outside of this contract.

(1) The Contractor must ensure appropriate forensic tools can reach all devices based on an approved timetable.

(2) The Contractor must not install forensic software or tools without the permission of USAID.

(3) The Contractor, in coordination with USAID Bureau for Management, Office of The Chief Information Officer (M/CIO)/ Information Assurance Division (IA), must document and preserve data required for these activities in accordance with the terms and conditions of the contract.

(4) The Contractor, in coordination with USAID M/CIO/IA, must clearly define capabilities, procedures, roles and responsibilities and tools and methodologies for these activities.

(q) The Contractor shall include the substance of this special contract requirement, including this paragraph (p), in all subcontracts, including subcontracts for commercial items.

## H.26    ORGANIZATIONAL CONFLICT OF INTEREST

Any concerns/issues related to Organizational Conflict of Interest MUST be brought to the attention of the Cognizant Contracting Officer as soon as it appears. See CIB 99-17: http://www.usaid.gov/sites/default/files/documents/1868/cib9917.pdf.

## H.27    CONFLICT OF INTEREST

(a) It is understood and agreed that some of the work required hereunder may place the contractor, or its personnel or its subcontractors or their personnel (hereinafter referred to collectively as "contractor"), in the position of having a potential personal or organizational conflict of interest (OCI), i.e., because of

other activities or relationships with other persons, (1) the contractor is unable or potentially unable to render impartial assistance or advice; or (2) the contractor's objectivity in performing the contract is or might be impaired; or (3) the contractor may receive an unfair competitive advantage; or (4) the contractor may have a financial or other personal interest which would or potentially would impair his/her objectivity and/or from which he/she would improperly benefit. Further discussion of OCIs may be found in FAR 9.5, Organizational and Consultant Conflicts of Interest.

(b) The performance/actions of personnel under this contract will be imputed to the contractor (or subcontractor(s) by whom they are employed or retained, and the performance/actions of any subcontractor will be imputed to the contractor, unless the contractor, on a case‑by‑case basis, can demonstrate otherwise and satisfy the contracting Officer that such imputation is unreasonable.

(c) In accordance with the clause of this contract entitled "Organizational Conflicts of Interest Discovered After Award" (AIDAR 752.209‑71), the Contractor agrees not to undertake any activity which may involve a personal conflict of interest or an OCI without first notifying the contracting officer of such potential conflict and receiving the contracting officer's authorization to undertake that activity.

(d) If the potential conflict relates to performance of the work hereunder (e.g., where the contractor is to evaluate an activity in which the contractor had some previous involvement, thereby rendering the contractor unable or potentially unable to provide impartial assistance or advice, or impairing or potentially impairing the contractor's objectivity), and the contracting officer cannot neutralize, mitigate, or avoid the conflict, the contracting officer may decline to authorize performance of that work by the contractor.

(e) If the potential conflict relates to future activities (e.g., where the contractor is to perform a needs assessment, feasibility study, or design/development of a project or activity to be procured under another contract for which the contractor will or might compete or which may be awarded noncompetitively to the contractor, thereby potentially providing an unfair competitive advantage to the contractor, and/or rendering the contractor unable or potentially unable to provide impartial assistance or advice, or impairing or potentially impairing the contractor's objectivity; or where the work under this contract might affect the personal or financial interests of the contractor), the contracting officer may decline to authorize performance of that work by the contractor or, if such work is authorized, the contracting officer may place restrictions on the contractor's future activities, as permitted by FAR 9.5, and as necessary to neutralize, mitigate, or avoid the potential conflict.

(f) The contracting officer's approval to undertake such activities, if given, may be based on the contracting officer's determination that a significant potential conflict does not exist or does not appear to exist, or may be conditioned on the acceptance by the contractor of restrictions on the contractor's future activities. If restrictions are to be placed on future activities, the contractor may decline to perform the work.

(g) If it is discovered that the contractor engaged in any activities which constitute a potential or actual conflict without having first obtained the contracting officer's approval to undertake such activities; or if it is subsequently discovered that, notwithstanding the contracting officer's authorization to undertake the activity based on his/her initial determination that no significant potential conflict existed or appeared to exist, a conflict did, in fact exist or arise, restrictions, as permitted by FAR 9.5, on the contractor's future activities may be placed unilaterally by the contracting officer for this contract or the contracting officer for such other contract as may be involved in the conflict, and other remedies (including termination of this contract for default, debarment or suspension, and those permitted by the clauses of this contract entitled "Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity" (FAR 52.203‑8 JAN 1997) and "Price or Fee Adjustment for Illegal or Improper Activity" (FAR 52.203‑10 JAN 1997), may be taken by USAID.

(h) If it is discovered that the contractor engaged in any activities in violation of the restrictions placed by a contracting Officer on the contractor's future activities, other remedies (including termination of this contract for default, debarment or suspension, and those permitted by the clauses of this contract entitled "Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity" (FAR 52.203-8) and "Price or Fee Adjustment for Illegal or Improper Activity" [FAR 52.203-10]), may be taken by USAID.

(i) Nothing in this provision precludes the application of any other remedies available to USAID by law, regulation, or other provisions of this contract.

## H.28   ELECTRONIC PAYMENT SYSTEM

1.      Definitions:

a.      "Cash Payment System" means a payment system that generates any transfer of funds through a transaction originated by cash, check, or similar paper instrument. This includes electronic payments to a financial institution or clearing house that subsequently issues cash, check, or similar paper instrument to the designated payee.

b.      "Electronic Payment System" means a payment system that generates any transfer of funds, other than a transaction originated by cash, check, or similar paper instrument, which is initiated through an electronic terminal, telephone, mobile phone, computer, or magnetic tape, for the purpose of ordering, instructing or authorizing a financial institution to debit or credit an account. The term includes debit cards, wire transfers, transfers made at automatic teller machines, and point-of-sale terminals.

2.      The contractor agrees to use an electronic payment system for any payments under this award to beneficiaries, subcontractors, or grants under contracts, where applicable.

3.      Exceptions. The contractor is allowed the following exceptions, provided the contractor documents its contract file with the appropriate justification:

a.      Cash payments made while establishing electronic payment systems, provided that this exception is not used for more than six months from the effective date of this award.

b.      Cash payments made to payees where the contractor does not expect to make payments to the same payee on a regular, recurring basis, and payment through an electronic payment system is not reasonably available.

c.      Cash payments to vendors below the micro purchase level as defined by FAR 2.101, or for Grants Under Contracts for less than $3000, when payment through an electronic payment system is not reasonably available.

d.      The contractor has received a specific written exception from the Contracting Officer that a specific payment or all cash payments are authorized, based on the contractor's written justification, which provides a basis and cost analysis for the requested exception.

4.      More information about how to establish, implement, and manage electronic payment methods is available to contractors at http://solutionscenter.nethope.org/programs/c2e-toolkit."

## H.29   AIDAR 752.204-72 ACCESS TO USAID FACILITIES AND USAID'S INFORMATION SYSTEMS (APRIL 2018) (DEVIATION NO. M/OAA-DEV-AIDAR-18-2c))

(a) HSPD-12 and Personal Identity Verification (PIV). Individuals engaged in the performance of this award as employees, consultants, or volunteers of the contractor must comply with all

applicable Homeland Security Presidential Directive-12 (HSPD-12) and Personal Identity Verification (PIV) procedures, as described below, and any subsequent USAID or Government-wide HSPD-12 and PIV procedures/policies.

(b) A U.S. citizen or resident alien engaged in the performance of this award as an employee, consultant, or volunteer of a U.S firm may obtain access to USAID facilities or logical access to USAID's information systems only when and to the extent necessary to carry out this award and in accordance with this clause. The contractor's employees, consultants, or volunteers who are not U.S. citizens or resident aliens as well as employees, consultants, or volunteers of non-U.S. firms, irrespective of their citizenship, will not be granted logical access to U.S. Government information technology systems (such as Phoenix, GLAAS, etc.) and must be escorted to use U.S. Government facilities (such as office space).

(c) (1) No later than five business days after award, the Contractor must provide to the Contracting Officer's Representative (COR) a complete list of employees that require access to USAID facilities or information systems. (2) Before a contractor (or a contractor employee, consultant, or volunteer) or subcontractor at any tier may obtain a USAID ID (new or replacement) authorizing the individual routine access to USAID facilities in the United States, or logical access to USAID's information systems, the individual must provide two forms of identity source documents in original form to the Enrollment Office personnel when undergoing processing. One identity source document must be a valid Federal or State Government-issued picture ID. Contractors may contact the USAID Security Office to obtain the list of AAPD 16-02 Special Requirements for Information Technology (IT) 2 acceptable forms of documentation. Submission of these documents, to include documentation of security background investigations, is mandatory in order for the contractor to receive a PIV/Facilities Access Card (FAC) card and be granted access to any of USAID's information systems. All such individuals must physically present these two source documents for identity proofing at their enrollment.

(d) The Contractor must send a staffing report to the COR by the fifth day of each month. The report must contain the listing of all staff members with access that separated or were hired under this contract in the past sixty (60) calendar days. This report must be submitted even if no separations or hiring occurred during the reporting period. Failure to submit the 'Contractor Staffing Change Report' each month may, at USAID's discretion, result in the suspension of all logical access to USAID information systems and/or facilities access associated with this contract. USAID will establish the format for this report.

(e) Contractor employees are strictly prohibited from sharing logical access to USAID information systems and Sensitive Information. USAID will disable accounts and revoke logical access to USAID IT systems if Contractor employees share accounts.

(f) USAID, at its discretion, may suspend or terminate the access to any systems and/or facilities when a potential Information Security Incident or other electronic access violation, use, or misuse incident gives cause for such action. The suspension or termination may last until such time as USAID determines that the situation has been corrected or no longer exists.

(g) The Contractor must notify the COR and the USAID Service Desk at least five business days prior to the Contractor employee's removal from the contract. For unplanned terminations of Contractor employees, the Contractor must immediately notify the COR and the USAID Service Desk (CIOHELPDESK@usaid.gov or (202) 712-1234). The Contractor or its Facilities Security Officer must return USAID PIV/FAC cards and remote authentication tokens issued to Contractor employees to the COR prior to departure of the employee or upon completion or termination of the contract, whichever occurs first.

(h) The contractor is required to insert this clause including this paragraph (h) in any subcontracts that require the subcontractor, subcontractor employee, or consultant to have routine physical access to USAID space or logical access to USAID's information systems.

## H. 30  ELECTRONIC AND INFORMATION TECHNOLOGY ACCESSIBILITY (APRIL 2018)

(a) Definitions
"Information and Communication Technology (ICT) means information technology and other equipment, systems, technologies, or processes, for which the principal function is the creation, manipulation, storage, display, receipt, or transmission of electronic data and information, as well as any associated content. Examples of ICT include, but are not limited to: computers and peripheral equipment; information kiosks and transaction machines; telecommunications equipment; customer premises equipment; multifunction office machines; software; applications; Web sites; videos; and, electronic documents. (Appendix A to Part 1194 – Section 508 of the Rehabilitation Act).

(b) Federal agencies are required by Section 508 of the Rehabilitation Act of 1973, as amended (29 U.S.C. 794d), to offer access to information and communication technology for disabled individuals within its employment, and for disabled members of the public seeking information and services. This access must be comparable to that which is offered to similar individuals who do not have disabilities. Standards for complying with this law are prescribed by the Architectural and Transportation Barriers Compliance Board ("The Access Board"). The contractor must comply with any future updates of standards by the Access Board.
36 CFR 1194 implements Section 508 of the Rehabilitation Act of 1973, as amended, and is viewable at http://www.access-board.gov/sec508/508standards.htm.

(c) Except as indicated elsewhere in the contract, all electronic and information technology (EIT) procured through this contract must meet the applicable accessibility standards at 36 CFR 1194 as follows:
1194.21 Software applications and operating systems
1194.22 Web-based intranet and Internet information and applications
1194.23 Telecommunications products
1194.24 Video and multimedia products
1194.25 Self-contained, closed products
1194.26 Desktop and portable computers
1194.31 Functional performance criteria
1194.41 Information, documentation, and support

(d) Deliverable(s) must incorporate these standards as well.

(e) The final work product must include documentation that the deliverable conforms with the Section 508 Standards promulgated by the US Access Board.

(f) The Contractor must comply with 508 standards, and any changes needed to conform to the standards will be at no additional charge to USAID.

## H.31  LIMITATION ON ACQUISITION OF INFORMATION TECHNOLOGY (DEVIATION NOs. M/OAA-DEV-FAR-18-2c and M/OAA-DEV-AIDAR-18-2c) (APRIL 2018)

(a) Definitions. As used in this contract -- "Information Technology" means

(1) Any services or equipment, or interconnected system(s) or subsystem(s) of equipment, that are used in the automatic acquisition, storage, analysis, evaluation, manipulation, management, movement, control, display, switching, interchange, transmission, or reception of data or information by the agency; where

(2) such services or equipment are ' used by an agency' if used by the agency directly or if used by a contractor under a contract with the agency that requires either use of the services or equipment or requires use of the services or equipment to a significant extent in the performance of a service or the furnishing of a product.

(3) The term " information technology" includes computers, ancillary equipment (including imaging peripherals, input, output, and storage devices necessary for security and surveillance), peripheral equipment designed to be controlled by the central processing unit of a computer, software, firmware and similar procedures, services (including provisioned services such as cloud computing and support services that support any point of the lifecycle of the equipment or service), and related resources.

(4) The term "information technology" does not include any equipment that is acquired by a contractor incidental to a contract that does not require use of the equipment.

(b) The Federal Information Technology Acquisition Reform Act (FITARA) requires Agency Chief Information Officer (CIO) review and approval of contracts that include information technology or information technology services.

(c) The Contractor must not acquire information technology as defined in this clause without the prior written approval by the contracting officer as specified in this clause.

(d) Request for Approval Requirements: Clauses And Special Contract Requirements For Facilities Access, Security, and Information Technology (IT) (Class Deviations M/OAA-DEV-FAR-18-2c, and M/OAA-DEV-AIDAR-18-2c) 8 (1) If the Contractor determines that any information technology will be necessary to meet the Government's requirements or to facilitate activities in the Government's statement of work, the Contractor must request prior written approval from the Contracting Officer. (2) As part of the request, the Contractor must provide the Contracting Officer a description and an estimate of the total cost of the information technology equipment, software, or services to be procured under this contract. The Contractor must simultaneously notify the Contracting Officer's Representative (COR) and the Office of the Chief Information Office at ITAuthorization@usaid.gov.

(e) The Contracting Officer will provide written approval to the Contractor through modification to the contract expressly specifying the information technology equipment, software, or services approved for purchase by the COR and the Agency CIO. The Contracting Officer will include the applicable clauses and special contract requirements in the modification.

(f) Except as specified in the contracting officer's written approval, the Government is not obligated to reimburse the Contractor for any costs incurred for information technology as defined in this clause. (g) The Contractor must insert the substance of this clause, including this paragraph (g), in all subcontracts. (End of Clause)

**[END OF SECTION H]**

**PART II – CONTRACT CLAUSES**
**SECTION I – CONTRACT CLAUSES**

**I.1    52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

FAR: http://acquisition.gov/far/index.html
AIDAR: http://www.usaid.gov/sites/default/files/documents/1868/aidar_0.pdf

**FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1)**

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.202-1 | DEFINITIONS | NOV 2013 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | MAY 2014 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | SEP 2006 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | MAY 2014 |
| 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY | MAY 2014 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | MAY 2014 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | OCT 2010 |
| 52.203-16 | PREVENTING PERSONAL CONFLICTS OF INTEREST | DEC 2011 |
| 52.203-17 | CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS | APR 2014 |
| 52.204-4 | PRINTED OR COPIED DOUBLE-SIDED ON RECYCLED PAPER | MAY 2011 |
| 52.204-10 | REPORTING EXECUTIVE COMPENSATION AND FIRST-TIER SUBCONTRACT AWARDS | OCT 2016 |
| 52.204-13 | SYSTEM FOR AWARD MANAGEMENT MAINTENANCE | OCT 2016 |
| 52.204-14 | SERVICE CONTRACT REPORTING REQUIREMENTS | OCT 2016 |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | OCT 2015 |
| 52.209-9 | UPDATES OF PUBLICLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS | JUL 2013 |
| 52.209-10 | PROHIBITION ON CONTRACTING WITH INVERTED DOMESTIC CORPORATIONS | NOV 2015 |
| 52.215-2 | AUDIT AND RECORDS – NEGOTIATION | OCT 2010 |
| 52.215-8 | ORDER OF PRECEDENCE - UNIFORM CONTRACT FORMAT | OCT 1997 |
| 52.215-14 | INTEGRITY OF UNIT PRICES | OCT 2010 |
| 52.215-19 | NOTIFICATION OF OWNERSHIP CHANGES | OCT 1997 |
| 52.215-23 | LIMITATIONS ON PASS-THROUGH CHARGES | OCT 2009 |

| 52.216-7 | ALLOWABLE COST AND PAYMENT | JUN 2013 |
|----------|----------------------------|----------|
| 52.222-2 | PAYMENT FOR OVERTIME PREMIUMS | JUL 1990 |
| 52.222-3 | CONVICT LABOR | JUN 2003 |
| 52.222-21 | PROHIBITION OF SEGREGATED FACILITIES | APR 2015 |
| 52.222-26 | EQUAL OPPORTUNITY | SEP 2016 |
| 52.222-29 | NOTIFICATION OF VISA DENIAL | APR 2015 |
| 52.222-35 | EQUAL OPPORTUNITY FOR VETERANS | OCT 2015 |
| 52.222-36 | EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES | JUL 2014 |
| 52.222-37 | EMPLOYMENT REPORTS ON VETERANS | FEB 2016 |
| 52.222-38 | COMPLIANCE WITH VETERANS' EMPLOYMENT REPORTING REQUIREMENTS | FEB 2016 |
| 52.222-40 | NOTIFICATION OF EMPLOYEE RIGHTS UNDER THE NATIONAL LABOR RELATIONS ACT | DEC 2010 |
| 52.223-6 | DRUG-FREE WORKPLACE | MAY 2001 |
| 52.223-18 | ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING | AUG 2011 |
| 52.225-13 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | JUN 2008 |
| 52.227-14 | RIGHTS IN DATA – GENERAL | MAY 2014 |
| 52.228-3 | WORKER'S COMPENSATION INSURANCE (DEFENSE BASE ACT) | JUL 2014 |
| 52.228-7 | INSURANCE - LIABILITY TO THIRD PERSONS | MAR 1996 |
| 52.230-2 | COST ACCOUNTING STANDARDS | OCT 2015 |
| 52.230-3 | DISCLOSURE AND CONSISTENCY OF COST ACCOUNTING PRACTICES | OCT 2015 |
| 52.230-6 | ADMINISTRATION OF COST ACCOUNTING STANDARDS | JUN 2010 |
| 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS | APR 1984 |
| 52.232-17 | INTEREST | MAY 2014 |
| 52.232-18 | AVAILABILITY OF FUNDS | APR 1984 |
| 52.232-22 | LIMITATION OF FUNDS | APR 1984 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | MAY 2014 |
| 52.232-25 | PROMPT PAYMENT | JAN 2017 |
| 52.232-33 | PAYMENT BY ELECTRONIC FUNDS TRANSFER - SYSTEM FOR AWARD MANAGEMENT | JUL 2013 |
| 52.232-39 | UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS | JUN 2013 |
| 52.232-40 | PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS | DEC 2013 |
| 52.233-1 | DISPUTES | MAY 2014 |
| 52.233-3 | PROTEST AFTER AWARD (AUG 1996) ALTERNATE I | AUG 1996 |
| 52.233-4 | APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM | OCT 2004 |
| 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS | APR 1984 |
| 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTIONS | FEB 1997 |
| 52.236-23 | RESPONSIBILITY OF THE ARCHITECT-ENGINEER CONTRACTOR | APR 1984 |
| 52.236-27 | SITE VISIT (CONSTRUCTION) | FEB 1995 |
| 52.242-1 | NOTICE OF INTENT TO DISALLOW COSTS | APR 1984 |

| 52.242-3 | PENALTIES FOR UNALLOWABLE COSTS | MAY 2014 |
| 52.242-4 | CERTIFICATION OF FINAL INDIRECT COSTS | JAN 1997 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-2 | CHANGES - COST-REIMBURSEMENT (AUG 1987) ALT I | AUG 1987 APR 1984 |
| 52.243-7 | NOTIFICATION OF CHANGES | JAN 2017 |
| 52.244-5 | COMPETITION IN SUBCONTRACTING | DEC 1996 |
| 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS | JUL 2018 |
| 52.245-1 | GOVERNMENT PROPERTY | JAN 2017 |
| 52.245-9 | USE AND CHARGES | APR 2012 |
| 52.246-25 | LIMITATION OF LIABILITY – SERVICES | FEB 1997 |
| 52.247-63 | PREFERENCE FOR U.S. FLAG AIR CARRIERS | JUN 2003 |
| 52.247-67 | SUBMISSION OF TRANSPORTATION DOCUMENTS FOR AUDIT | FEB 2006 |
| 52.249-6 | TERMINATION (COST REIMBURSEMENT) | MAY 2004 |
| 52.249-14 | EXCUSABLE DELAYS | APR 1984 |
| 52.253-1 | COMPUTER GENERATED FORMS | JAN 1991 |

## I.2    AIDAR 752.252-1 AIDAR SOLICITATION PROVISIONS INCORPORATED BY REFERENCE (MAR 2015)

This solicitation incorporates one or more provisions by reference, with the same force and effect as if they were given in full text. Upon request, the contracting officer will make their full text available. Also, the full text of all AIDAR solicitation provisions is contained in the Code of Federal Regulations (CFR) located at 48 CFR Chapter 7.

| 752.202-1(B) | USAID DEFINITIONS CLAUSE – GENERAL SUPPLEMENT FOR USE IN ALL USAID CONTRACTS (ALTERNATE 70) | JAN 1990 |
| 752.202-1(D) | USAID DEFINITIONS CLAUSE – SUPPLEMENT FOR USAID CONTRACTS INVOLVING PERFORMANCE OVERSEAS (ALTERNATE 72) | JUN 2009 |
| 752.204-2 | SECURITY REQUIREMENTS | FEB 1999 |
| 752.209-71 | ORGANIZATIONAL CONFLICTS OF INTEREST DISCOVERED AFTER AWARD | (JUN 1993) |
| 752.211-70 | LANGUAGE AND MEASUREMENT | JUN 1992 |
| 752.219-70 | USAID MENTOR-PROTÉGÉ PROGRAM | JUL 2007 |
| 752.225-70 | SOURCE AND NATIONALITY REQUIREMENTS | FEB 2012 |
| 752.227-14 | RIGHTS IN DATA – GENERAL | OCT 2007 |
| 752.228-3 | WORKER'S COMPENSATION INSURANCE (DEFENSE BASE ACT) | DEC 1991 |
| 752.228-7 | INSURANCE—LIABILITY TO THIRD PERSONS | JUL 1997 |
| 752.228-9 | CARGO INSURANCE | DEC 1998 |
| 752.231-71 | SALARY SUPPLEMENTS FOR HG EMPLOYEES | MAR 2015 |
| 752.242-70 | PERIODIC PROGRESS REPORTS | OCT 2007 |
| 752.245-71 | TITLE TO AND CARE OF PROPERTY | APR 1984 |
| 752.247-70 | PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS | OCT 1996 |

| 752.7001 | BIOGRAPHICAL DATA | JUL 1997 |
| 752.7002 | TRAVEL AND TRANSPORTATION | JAN 1990 |
| 752.7006 | NOTICES | APR 1984 |
| 752.7008 | USE OF GOVERNMENT FACILITIES OR PERSONNEL | APR 1984 |
| 752.7009 | MARKING | JAN 1993 |
| 752.7010 | CONVERSION OF US DOLLARS TO LOCAL CURRENCY | APR 1984 |
| 752.7011 | ORIENTATION AND LANGUAGE TRAINING | APR 1984 |
| | | |
| 752.7014 | NOTICE OF CHANGES IN TRAVEL REGULATIONS | JAN 1990 |
| 752.7015 | USE OF POUCH FACILITIES | JUL 1997 |
| 752.7018 | HEALTH AND ACCIDENT COVERAGE FOR USAID PARTICIPANT TRAINEES | JAN 1999 |
| 752.7019 | PARTICIPANT TRAINING | JAN 1999 |
| 752.7023 | REQUIRED VISA FORM FOR USAID PARTICIPANTS | APR 1984 |
| 752.7027 | PERSONNEL | DEC 1990 |
| 752.7028 | DIFFERENTIAL AND ALLOWANCES | JUL 1996 |
| 752.2029 | POST PRIVILEGES | JUL 1993 |
| 752.7031 | LEAVE AND HOLIDAYS | OCT 1989 |
| 752.7033 | PHYSICAL FITNESS | JUL 1997 |
| 752.7034 | ACKNOWLEDGEMENT AND DISCLAIMER | DEC 1991 |
| 752.7035 | PUBLIC NOTICES | DEC 1991 |
| 752.7037 | CHILD SAFEGUARDING STANDARDS | AUG 2016 |
| 752.7038 | NONDISCRIMINATION AGAINST END-USERS OF SUPPLIES AND SERVICES | OCT 2016 |

### I.3    FAR 52.204-1 APPROVAL OF CONTRACT (DEC 1989)

This contract is subject to the written approval of the Contracting Officer and shall not be binding until so approved.

### I.4    FAR 52.229-8 TAXES – FOREIGN COST-REIMBURSEMENT CONTRACTS (MAR 1990)

(a) Any tax or duty from which the United States Government is exempt by agreement with the Government of Ukraine, or from which the Contractor or any subcontractor under this contract is exempt under the laws of Ukraine, must not constitute an allowable cost under this contract.

(b) If the Contractor or subcontractor under this contract obtains a foreign tax credit that reduces its Federal income tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that was reimbursed under this contract, the amount of the reduction must be paid or credited at the time of such offset to the Government of the United States as the Contracting Officer directs.

(End of clause)

### I.5    AIDAR 752.7025 APPROVALS (APR 1984)

All approvals required to be given under the contract by the Contracting Officer or the Mission Director shall be in writing and, except when extraordinary circumstances make it impracticable, shall be requested by the Contractor sufficiently in advance of the contemplated action to permit approval, disapproval or other disposition prior to that action. If, because of existing conditions, it is impossible to obtain prior written approval, the approving official may, at his discretion, ratify the action after the fact.

(End of clause)

## I.6    AIDAR 752.7101 VOLUNTARY POPULATION PLANNING ACTIVITIES (JUNE 2008)

a) *Requirements for Voluntary Sterilization Program*. None of the funds made available under this Contract shall be used to pay for the performance of involuntary sterilization as a method of family planning or to coerce or provide any financial incentive to any individual to practice sterilization.

  c)  *Prohibition on Abortion-Related Activities*.

  1) No funds made available under this Contract will be used to finance, support, or be attributed to the following activities: (i) procurement or distribution of equipment intended to be used for the purpose of inducing abortions as a method of family planning; (ii) special fees or incentives to any person to coerce or motivate them to have abortions; (iii) payments to persons to perform abortions or to solicit persons to undergo abortions; (iv) information, education, training, or communication programs that seek to promote abortion as a method of family Planning ; and (v) lobbying for or against abortion. The term "motivate", as it relates to family planning assistance, shall not be construed to prohibit the provision, consistent with local law, of information or counseling about all pregnancy options.

  2) No funds made available under this Contract will be used to pay for any biomedical research which relates, in whole or in part, to methods of, or the performance of, abortions or involuntary sterilizations as a means of family planning. Epidemiologic or descriptive research to assess the incidence, extent or consequences of abortions is not precluded.

c) The Contractor shall insert this provision in all subcontracts.

(End of clause)

## I.7    AIDAR 752.229-71 REPORTING OF FOREIGN TAXES (JULY 2007)

(a) The contractor must annually submit a report by April 16 of the next year.

(b) Contents of report. The report must contain:
      (1) Contractor name.
      (2) Contact name with phone, fax number and email address.
      (3) Contract number(s).
      (4) Amount of foreign taxes assessed by a foreign government [each foreign government must be listed separately] on commodity purchase transactions valued at $500 or more financed with U.S. foreign assistance funds under this agreement during the prior U.S. fiscal year.
      (5) Only foreign taxes assessed by the foreign government in the country receiving U.S. assistance are to be reported. Foreign taxes by a third party foreign government are not to be reported. For example, if a contractor performing in Lesotho using foreign assistance funds should purchase commodities in South Africa, any taxes imposed by South Africa would not be included in the report for Lesotho (or South Africa).

(6) Any reimbursements received by the contractor during the period in paragraph (b)(4) of this clause regardless of when the foreign tax was assessed and any reimbursements on the taxes reported in paragraph (b)(4) of this clause received through March 31.

(7) Report is required even if the contractor did not pay any taxes during the reporting period.

(8) Cumulative reports may be provided if the contractor is implementing more than one program in a foreign country.

(c) Definitions. As used in this clause—

(1) Agreement includes USAID direct and country contracts, grants, cooperative agreements and interagency agreements.

(2) Commodity means any material, article, supply, goods, or equipment.

(3) Foreign government includes any foreign governmental entity.

(4) Foreign taxes means value-added taxes and customs duties assessed by a foreign government on a commodity. It does not include foreign sales taxes.

(d) Where. Submit the reports to:

voucher-kyv-ofm@usaid.gov

(e) Subagreements. The contractor must include this reporting requirement in all applicable subcontracts and other subagreements.

(f) For further information see http://2001-2009.state.gov/s/d/rm/c10443.htm.

(End of clause)

## I.8    AIDAR 752.222-71 NONDISCRIMINATION (JUNE 2012)

FAR part 22 and the clauses prescribed in that part prohibit contractors performing in or recruiting from the U.S. from engaging in certain discriminatory practices.

USAID is committed to achieving and maintaining a diverse and representative workforce and a workplace free of discrimination. Based on law, Executive Order, and Agency policy, USAID prohibits discrimination in its own workplace on the basis of race, color, religion, sex (including pregnancy and gender identity), national origin, disability, age, veteran's status, sexual orientation, genetic information, marital status, parental status, political affiliation, and any other conduct that does not adversely affect the performance of the employee. USAID does not tolerate any type of discrimination (in any form, including harassment) of any employee or applicant for employment on any of the above-described bases.

Contractors are required to comply with the nondiscrimination requirements of the FAR. In addition, the Agency strongly encourages all its contractors (at all tiers) to develop and enforce nondiscrimination policies consistent with USAID's approach to workplace nondiscrimination as described in this clause, subject to applicable law.

(End of clause)

## I.9    AIDAR 752.231-72 CONFERENCE PLANNING AND REQUIRED APPROVALS (AUG 2013)

(a) Definitions. Conference means a seminar, meeting, retreat, symposium, workshop, training activity or other such event that requires temporary duty travel of USAID employees. For the purpose of this policy, an employee is defined as a U.S. direct hire; personal services contractor, including U.S. PSCs, Foreign

Service National (FSN)/Cooperating Country National (CCN) and Third Country National (TCN); or a Federal employee detailed to USAID from another government agency.

(b) The contractor must obtain approval from the contracting officer or the contracting officer's representative (COR), if delegated in the Contracting Officer's Representative Designation Letter, as prescribed in 731.205-43, prior to committing costs related to conferences funded in whole or in part with USAID funds when:
      (1) Twenty (20) or more USAID employees are expected to attend.
      (2) The net conference expense funded by USAID will exceed $100,000 (excluding salary of employees), regardless of the number of USAID participants.

(c) Conferences approved at the time of award will be incorporated into the award. Any subsequent requests for approval of conferences must be submitted by the contractor to the USAID contracting officer representative (COR). The contracting officer representative will obtain the required agency approvals and communicate such approvals to the contractor in writing.

(d) The request for conference approval must include:
      (1) A brief summary of the proposed event;
      (2) A justification for the conference and alternatives considered, e.g., teleconferencing and videoconferencing;
      (3) The estimated budget by line item (e.g., travel and per diem, venue, facilitators, meals, equipment, printing, access fees, ground transportation);
      (4) A list of USAID employees attending and a justification for each; and the number of other USAID-funded participants (e.g., institutional contractors);
      (5) The venues considered (including government-owned facility), cost comparison, and justification for venue selected if it is not the lowest cost option;
      (6) If meals will be provided to local employees (a local employee would not be in travel status), a determination that the meals are a necessary expense for achieving Agency objectives; and
      (7) A certification that strict fiscal responsibility has been exercised in making decisions regarding conference expenditures, the proposed costs are comprehensive and represent the greatest cost advantage to the U.S. Government, and that the proposed conference representation has been limited to the minimum number of attendees necessary to support the Agency's mission.

(End of clause)

## I.10    AIDAR 752.7036 USAID IMPLEMENTING PARTNER NOTICES (IPN) PORTAL FOR ACQUISITION (JUL 2014)

(a) Definitions. As used in this clause—
"Universal" bilateral modification means a bilateral modification, as defined in FAR subpart 43.1, that updates or incorporates new FAR or AIDAR clauses, other terms and conditions, or special requirements, affecting all USAID awards or a class of awards, as specified in the Agency notification of such modification.

USAID Implementing Partner Notices (IPN) Portal for Acquisition (IPN Portal) means the single point where USAID uploads universal bilateral modifications, which can be accessed electronically by registered USAID contractors. The IPN Portal is located at https://sites.google.com/site/ipnforacquisitions/.

IPN Portal Administrator means the USAID official designated by the M/OAA Director, who has overall responsibility for managing the USAID Implementing Partner Notices Portal for Acquisition.

(b) By submission of an offer and execution of a contract, the Offeror/Contractor acknowledges the requirement to:

(1) Register with the IPN Portal if awarded a contract resulting from this solicitation; and

(2) Receive universal bilateral modifications of this contract and general notices through the IPN Portal.

(c) Procedure to register for notifications. Go to: https://sites.google.com/site/usaidipnforacquisitions/ and click the "Register" button at the top of the page. Contractor representatives must use their official organization email address when subscribing, not personal email addresses.

(d) Processing of IPN portal modifications.

(1) The contractor may access the IPN Portal at any time to review all IPN Portal modifications; however, the system will also notify the contractor by email when the USAID IPN Portal Administrator uploads a universal bilateral modification for contractor review and signature. Proposed IPN Portal modifications distributed through the IPN Portal are applicable to all awards, unless otherwise noted in the proposed modification.

(2) Within 15 calendar days from receipt of the notification email from the IPN Portal, the contractor must do one of the following:

(i)(A) Verify applicability of the proposed modification to their award(s) per the instructions provided with each modification;

(B) Download the modification and incorporate the following information on the SF30 form: contract number, organization name, and organization mailing address as it appears in the basic award;

(C) Sign the hardcopy version; and

(D) Send the signed modification (by email or hardcopy) to the contracting officer for signature;

Note to paragraph (d)(2)(i): The contractor must not incorporate any other changes to the IPN Portal modification.

(ii) Notify the Contracting Officer in writing if the modification requires negotiation of the additional changes to terms and conditions of the contract; or

(iii) Notify the contracting officer that the contractor declines to sign the modification.

(3) Within 30 calendar days of receipt of a signed modification from the contractor, the contracting officer must provide the fully executed modification to the contractor or initiate discussions with the contractor. Bilateral modifications provided through the IPN Portal are not effective until both the contractor and the contracting officer sign the modification.

(End of clause)

## I.11    FAR 52.203-13 CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (OCT 2015)

(a) Definitions. As used in this clause—

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"—

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require—

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from—

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States," means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall—

(i) Have a written code of business ethics and conduct;

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall—

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed—

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked "confidential" or "proprietary" by the company. To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall—

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting, including—

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontractor thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Governmentwide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5.5 million and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(End of clause)

### I.12    FAR 52.203-19 – PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017)

(a) Definitions. As used in this clause--

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

(b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (e.g., agency Office of the Inspector General).

(c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.

(d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.
(End of clause)

### I.13    FAR 52.217-2 CANCELLATION UNDER MULTI-YEAR CONTRACTS. (OCT 1997)

(a) "Cancellation," as used in this clause, means that the Government is canceling its requirements for all supplies or services in program years subsequent to that in which notice of cancellation is provided. Cancellation shall occur by the date or within the time period specified in the Schedule, unless a later date is agreed to, if the Contracting Officer—

(1) Notifies the Contractor that funds are not available for contract performance for any subsequent program year; or

(2) Fails to notify the Contractor that funds are available for performance of the succeeding program year requirement.

(b) Except for cancellation under this clause or termination under the Default clause, any reduction by the Contracting Officer in the requirements of this contract shall be considered a termination under the Termination for Convenience of the Government clause.

(c) If cancellation under this clause occurs, the Contractor will be paid a cancellation charge not over the cancellation ceiling specified in the Schedule as applicable at the time of cancellation.

(d) The cancellation charge will cover only—

(1) Costs—

(i) Incurred by the Contractor and/or subcontractor;

(ii) Reasonably necessary for performance of the contract; and

(iii) That would have been equitably amortized over the entire multi-year contract period but, because of the cancellation, are not so amortized; and

(2) A reasonable profit or fee on the costs.

(e) The cancellation charge shall be computed and the claim made for it as if the claim were being made under the Termination for Convenience of the Government clause of this contract. The Contractor shall submit the claim promptly but no later than 1 year from the date—

(1) Of notification of the nonavailability of funds; or

(2) Specified in the Schedule by which notification of the availability of additional funds for the next succeeding program year is required to be issued, whichever is earlier, unless extensions in writing are granted by the Contracting Officer.

(f) The Contractor's claim may include—

(1) Reasonable nonrecurring costs (see Subpart 15.4 of the Federal Acquisition Regulation) which are applicable to and normally would have been amortized in all supplies or services which are multi-year requirements;

(2) Allocable portions of the costs of facilities acquired or established for the conduct of the work, to the extent that it is impracticable for the Contractor to use the facilities in its commercial work, and if the costs are not charged to the contract through overhead or otherwise depreciated;

(3) Costs incurred for the assembly, training, and transportation to and from the job site of a specialized work force; and

(4) Costs not amortized solely because the cancellation had precluded anticipated benefits of Contractor or subcontractor learning.

(g) The claim shall not include—

(1) Labor, material, or other expenses incurred by the Contractor or subcontractors for performance of the canceled work;

(2) Any cost already paid to the Contractor;

(3) Anticipated profit or unearned fee on the canceled work; or

(4) For service contracts, the remaining useful commercial life of facilities. "Useful commercial life" means the commercial utility of the facilities rather than their physical life with due consideration given to such factors as location of facilities, their specialized nature, and obsolescence.

(h) This contract may include an Option clause with the period for exercising the option limited to the date in the contract for notification that funds are available for the next succeeding program year. If so, the Contractor agrees not to include in option quantities any costs of a startup or nonrecurring nature that have been fully set forth in the contract. The Contractor further agrees that the option quantities will reflect only those recurring costs and a reasonable profit or fee necessary to furnish the additional option quantities.

(i) Quantities added to the original contract through the Option clause of this contract shall be included in the quantity canceled for the purpose of computing allowable cancellation charges.

## I.14    FAR 52.217-8 OPTION TO EXTEND SERVICES (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder must not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 days.

## I.15    FAR 52.222-50 – COMBATING TRAFFICKING IN PERSONS (MAR 2015)

(a) Definitions. As used in this clause—

"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.

"Coercion" means—

(1) Threats of serious harm to or physical restraint against any person;

(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or

(3) The abuse or threatened abuse of the legal process.

"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.

"Commercially available off-the-shelf (COTS) item" means--

(1) Any item of supply (including construction material) that is—

(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.

"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.

"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.

"Forced labor" means knowingly providing or obtaining the labor or services of a person—

(1) By threats of serious harm to, or physical restraint against, that person or another person;

(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or

(3) By means of the abuse or threatened abuse of law or the legal process.

"Involuntary servitude" includes a condition of servitude induced by means of—

(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or

(2) The abuse or threatened abuse of the legal process.

"Severe forms of trafficking in persons" means—

(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons including the trafficking-related activities of this clause. Contractors, contractor employees, and their agents shall not—

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract;

(3) Use forced labor in the performance of the contract;

(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;

(5)

(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;

(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;

(6) Charge employees recruitment fees;

(7)

(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment--

(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or

(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that--

(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is--

(A) Legally permitted to remain in the country of employment and who chooses to do so; or

(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;

(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in

an enforcement action related to trafficking in persons. The contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.

(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or

(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements. The Contractor shall—

(1) Notify its employees and agents of—

(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees, agents, or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.

(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of—

(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee, or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and

(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.

(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies. In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h), or (i) of this clause may result in—

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments until the Contractor has taken appropriate remedial action;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

(5) Declining to exercise available options under the contract;

(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:

(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.

(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.

(1) The Contractor shall, at a minimum—

(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;

(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;

(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and

(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.

(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not—

(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;

(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or

(iii) Restrict the Contractor from—

(A) Conducting an internal investigation; or

(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.

(1) This paragraph (h) applies to any portion of the contract that—

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate—

(i) To the size and complexity of the contract; and

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the Web site for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that—

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either—

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.

(i) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (i), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that—

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

(End of clause)

## I.16    AIDAR    752.245-70    GOVERNMENT    PROPERTY—USAID    REPORTING REQUIREMENTS (OCT 2017)

(a)(1) The term Government-furnished property, wherever it appears in the following clause, shall mean (i) non-expendable personal property owned by or leased to the U.S. Government and furnished to the contractor, and (ii) personal property furnished either prior to or during the performance of this contract by any U.S. Government accountable officer to the contractor for use in connection with performance of this contract and identified by such officer as accountable. All mobile Information Technology (IT) equipment, including but not limited to, mobile phones (e.g. smartphones), laptops, tablets, and encrypted devices provided as government furnished property, title to which vests in the U.S. Government, are considered accountable personal property.

(2) The term Government property, wherever it appears in the following clause, shall mean Government-furnished property, Contractor acquired mobile IT equipment and non-expendable personal property title to which vests in the U.S. Government under this contract.

(3) Non-expendable personal property, for purposes of this contract, is defined as personal property that is complete in itself, does not lose its identity or become a component part of another article when put into use; is durable, with an expected service life of two years or more; and that has a unit cost of more than $500.

(b) *Reporting Requirement:* To be inserted following the text of the (48 CFR) FAR clause.
*Reporting Requirements:* The Contractor will submit an annual report on all Government property in a form and manner acceptable to USAID substantially as follows:

**Annual Report of Government Property in Contractor's Custody**
[Name of Contractor as of (end of contract year), 20XX]

| | Motor vehicles | Furniture and furnishings— | | Other Government property |
|---|---|---|---|---|
| | | Office | Living quarters | |
| A. Value of property as of last report | | | | |
| B. Transactions during this reporting period | | | | |
|    1. Acquisitions (add): | | | | |
|       a. Contractor acquired property [1] | | | | |
|       b. Government furnished [2] | | | | |
|       c. Transferred from others, without reimbursement [3] | | | | |
|    2. Disposals (deduct): | | | | |
|       a. Returned to USAID | | | | |
|       b. Transferred to USAID—Contractor purchased | | | | |
|       c. Transferred to other Government agencies [3] | | | | |
|       d. Other disposals [3] | | | | |
| C. Value of property as of reporting date | | | | |
| D. Estimated average age of contractor held property | | | | |
| | Years | Years | Years | Years |

[1] Non-expendable property and all mobile IT equipment.

| | Motor vehicles | Furniture and furnishings— | | Other Government property |
|---|---|---|---|---|
| | | Office | Living quarters | |

[2] Government-furnished property listed in this contract as nonexpendable or accountable, including all mobile IT equipment.

[3] Explain if transactions were not processed through or otherwise authorized by USAID.

**Property Inventory Verification**
I attest that (1) physical inventories of Government property are taken not less frequently than annually; (2) the accountability records maintained for Government property in our possession are in agreement with such inventories; and (3) the total of the detailed accountability records maintained agrees with the property value shown opposite line C above, and the estimated average age of each category of property is as cited opposite line D above.

Authorized Signature _____

Name _____

Title _____

Date _____

(End of clause)

## I.17    FAR 52.204-23 PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (JUL 2018)

(a) Definitions. As used in this clause—

Covered article means any hardware, software, or service that—

(1) Is developed or provided by a covered entity;

(2) Includes any hardware, software, or service developed or provided in whole or in part by a covered entity; or

(3) Contains components using any hardware or software developed in whole or in part by a covered entity.

Covered entity means—

(1) Kaspersky Lab;

(2) Any successor entity to Kaspersky Lab;

(3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or

(4) Any entity of which Kaspersky Lab has a majority ownership.

(b) Prohibition. Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91) prohibits Government use of any covered article. The Contractor is prohibited from—

(1) Providing any covered article that the Government will use on or after October 1, 2018; and

(2) Using any covered article on or after October 1, 2018, in the development of data or deliverables first produced in the performance of the contract.

(c) Reporting requirement. (1) In the event the Contractor identifies a covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or any other source, the Contractor shall report, in writing, to the Contracting Officer or, in the case of the Department of Defense, to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (c)(1) of this clause:

(i) Within 1 business day from the date of such identification or notification: The contract number; the order number(s), if applicable; supplier name; brand; model number (Original Equipment Manufacturer (OEM) number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the report pursuant to paragraph (c)(1) of this clause: Any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of a covered article, any reasons that led to the use or submission of the covered article, and any additional efforts that will be incorporated to prevent future use or submission of covered articles.

(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for the acquisition of commercial items.

(End of clause)


## I.18    AIDAR 752.7013 CONTRACTOR-MISSION RELATIONSHIPS (DEVIATION No. M/OAA-DEV-AIDAR-18-04c) (JUNE 2018)

(a) The Contractor acknowledges that this contract is an important part of the United States Foreign Assistance Program and agrees that its operations and those of its employees in the Cooperating Country will be carried out in such a manner as to be fully commensurate with the responsibility which this entails. This responsibility includes the Contractor ensuring that employees act in a manner consistent with the standards for United Nations (UN) employees in Section 3 of the UN Secretary General's Bulletin - Special Measures for Protection from Sexual Exploitation and Sexual Abuse (ST/SGB/2003/13).

(b) The Mission Director is the chief representative of USAID in the Cooperating Country. In this capacity, the Mission Director is responsible for both the total USAID program in the cooperating country including certain administrative responsibilities set forth in this contract, and for advising USAID regarding the performance of the work under the contract and its effect on the United States Foreign Assistance Program. Although the Contractor will be responsible for all professional, technical, and administrative details of the work called for by the contract, it must be under the guidance of the Mission

Director in matters relating to foreign policy. The Chief of Party must keep the Mission Director currently informed of the progress of the work under the contract.

(c) If the Contractor determines that the conduct of any employee is not in accordance with the preceding paragraphs, the Contractor's Chief of Party must consult with the USAID contracting officer and the Mission Director and the employee involved and must recommend to the Contractor a course of action with regard to such employee.

(d) The parties recognize the rights of the U.S. Ambassador to direct the removal from a country of any U.S. citizen or the discharge from this contract of any individual (U.S., third-country, or cooperating-country national) when, at the discretion of the Ambassador, the interests of the United States so require. Under these circumstances termination of an employee and replacement by an acceptable substitute must be at no cost to USAID.

(e) If it is determined, under paragraphs (c) and (d) above, that the services of such employee must be terminated, the Contractor must use its best efforts to cause the return of such employee to the United States or third country point of origin as appropriate.

 (End of clause)

## [END OF SECTION I]

**PART III – LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

**SECTION J – LIST OF ATTACHMENTS**

| **ATTACHMENT NUMBER** | **TITLE** |
|---|---|
| ATTACHMENT J.1 | BRANDING IMPLEMENTATION PLAN (BIP) AND MARKING PLAN (MP) |
| ATTACHMENT J.2 | INITIAL ENVIRONMENTAL EXAMINATION (IEE) DCN: 2018-UKR-031 |

<div align="center">

**[END OF SECTION J]**


**[END OF CONTRACT]**

</div>

ATTACHMENT J.1 BRANDING IMPLEMENTATION PLAN (BIP) AND MARKING PLAN (MP)

Branding Strategy

Per ADS 320.3.2.1, the Branding Strategy for this Contract is as follows:

A. **Program Name**: USAID Economic Resilience Activity
B. **Branding**: DAI will use full branding and the USAID tagline "This assistance is from the American people" on all materials and communications. Co-branding and no branding will only be considered on a case-by-case basis as considered appropriate by the COR. All activities will include USAID logos.
   a. *Construction activities:* DAI will specify the site's specific name and the site's specific activity as construction, rehab, or repair for all construction activities.
C. **USAID Logo**: The USAID logo must be posted at every static support position. The USAID logo must be used on all reports and printed materials produced under the "USAID Economic Resilience Activity."

   Contractor employee business cards will be marked so that any person reading the card can know this is a Contractor employee. Contractor employee email and correspondence will be marked so that any person reading the document can know this a Contractor employee. Where required, the USAID logo should be of equal or greater prominence than all other logos and symbols.
D. **Desired level of visibility**: Where required, the USAID Identity must be of equal or greater prominence than all other logos and symbols.
E. **Other organizations to be acknowledged**: No other organizations are required to be acknowledged. The presence of any logo or symbol belonging to the Contractor must conform to the policy in ADS 320 and is subject to negotiation.
F. **Branding Implementation Plan (BIP) and Marking Plan**: Contractor is required to submit a Branding Implementation Plan and Marking Plan prior to award.

# Branding Implementation Plan

With reference to the Automated Directives System (ADS) Section 320.3.2, below is the Branding and Marking Plan for the USAID Economic Resilience Activity.

The DAI team understands that "branding" is a partnership between USAID and the Contractor to set the highest standard for development assistance, and for publicizing those efforts in the most secure, realistic, and professional manner. It is DAI's policy to communicate to all projects, activities, and partners the letter and spirit of the guidelines. DAI's home office communications team has prepared policies and templates to brand all USAID Economic Resilience Activity, public communications, and commodities with the USAID standard graphic identity. The communications team will support USAID Economic Resilience Activity personnel by providing communications strategy templates for in-house documents, external reports, and activities.

**How to Incorporate the Message.** DAI will use full branding and USAID taglines "From the American People" on all materials and communications. Co-branding with host-country partners and no branding will be considered on a case-by-case basis as considered appropriate by the Contracting Officer (CO) or Contracting Officer's Representative (COR). All activities will prominently feature the USAID logo, however DAI understands that the USAID Economic Resilience Activity name is not a sub-brand and will not be paired with the USAID logo under any circumstances.

**Messages.** Main messages during the implementation of the project should incorporate what has been achieved to improve the overall economic resilience of eastern Ukraine in response to Russian aggression.

All materials and events from the project will be branded as from USAID and prepared by DAI as part of the USAID Economic Resilience Activity. With the same exception, as such, all materials will acknowledge that they

were produced with support "from the American people." In cases where a local language predominates above English, the appropriate translation into the local language (Ukrainian and/or Russian) will be used in branding the program.

Additional ideas to increase awareness that the American people support this program are: all of the trainers will be trained to include in each presentation or training session a statement at the beginning of their meeting or training session that the technical assistance that they provide and the other program services are made possible as a result of "the assistance from the American people." The USAID Economic Resilience Activity will follow specific procedures for including the Branding Implementation Plan requirements as stated in the mandatory internal reference Branding and Marking in USAID Direct Contracting in the Automated Directives System, Chapter 320.

How to Publicize the Activity. DAI will position the USAID Economic Resilience Activity as a USAID activity with a high level of visibility, as appropriate, at both the national and sub-national levels; emphasizing the message that "this assistance is from the American people" through USAID. If deemed suitable, documents and marking may be translated into local languages.

For interactions and communications (both verbally and in print) with activity beneficiaries, government officials, and other stakeholders, the USAID Economic Resilience Activity will ensure that USAID is appropriately acknowledged as the donor responsible for supporting this activity and that the role of the contractor is to implement the activity on behalf of USAID. Trainers and workshop leaders will include in each presentation a statement that the technical assistance they provide and all activity services are made possible by support "from the American people."

Tools. The following communication tools will be used: Press releases; press conferences; media interviews; site visits; VIP visits; success stories; beneficiary testimonials; professional photography; public service announcements (PSAs); video and radio spots; webcasts, e-invitations, blast emails, or other internet activities. Additional tools may be added at the request of USAID.

Key Milestones. The following key milestones or opportunities are anticipated to generate awareness that the program is from the American people. These milestones may be linked to specific points in time, such as at the beginning or end of the activity, or to an opportunity to showcase publications or other materials, research findings, or activity successes. These include, but are not limited to: launching the activity; announcing research findings; holding training events; publishing reports; highlighting success stories; promoting final or interim reports; featuring beneficiaries as spokespeople; showcasing before-and-after photos; securing endorsements from partner oblasts, ministries, or local organizations; and communicating program impact/overall results.

## Audiences

Subject to approval by USAID, the USAID Economic Resilience Activity has the following target audiences with whom it will promote and publicize USAID sponsorship:

### Primary Audience

The primary audience for all materials and documents produced under this contract are: conflict-affected populations, including internally displaced people and communities with a large influx of IDPs, vulnerable populations, business owners and entrepreneurs, government authorities at local and national levels, and national and international private sector companies.

### Secondary Audience

The secondary audience for materials and documents produced by the USAID Economic Resilience Activity includes USAID stakeholders in the United States like Congress, other US agencies; nongovernmental organizations, contractors, and researchers; European stakeholders; and local, regional, national and international media.

## Acknowledgements

***Acknowledging USAID and the USAID Equate Funding Mechanism.*** The following acknowledgment will be included on external USAID Economic Resilience Activity publications and internal publications, such as quarterly reports, as appropriate:

> *"This document was produced for review by the United States Agency for International Development. It was prepared by [name of organization] for the USAID Economic Resilience Activity, contract number [contract number]."*

***Acknowledging Host-country Governments.*** All USAID Economic Resilience Activity documents will follow USAID Branding Guidelines. If during the course of this program other major sponsors are involved, we will advise the COR of their involvement and request permission to include them as necessary.

***Acknowledging Other Host-country Partners.*** Co-branding with civil society groups will occur when these organizations have contributed funds to the activity. Co-branding with in-country partners may also be desirable when trying to promote local ownership and capacity building. However, when products are fully funded by USAID, CO approval is required for any exceptions to full branding requirements.

***Co-branding with Other International Organizations.*** In such cases, the guidelines for co-branding will be followed, assuming the funding contributed is more than a token amount.


# Marking Plan

With reference to and aligned with ADS Section 320.3.2, the USAID Graphic Standards Manual, below is the preliminary Marking Plan for the USAID Economic Resilience Activity.

### Marking Plan for Materials to Be Produced.

The table below outlines the types of materials that may be produced under the USAID Economic Resilience Activity. Any materials that are not anticipated below, but are produced under the initiative, will also be subject to branding guidelines and CO approval, as appropriate. Please note that marking is not required on items used as part of the administration of the contract, such as stationery products, equipment, and offices. The goal is to mark programs and projects, and not implementing partners. Thus, letterhead, name tags, business cards, office space, equipment, and supplies are not subject to branding.

Every contract deliverable that is marked with the USAID identity for the USAID Economic Resilience Activity will follow design guidance for color, type, and layout in the Graphic Standards Manual as related to equipment, reports, studies, events, and public communication (including printed products, audio, visual, and electronic materials). The USAID logo will be used for programmatic correspondence. In compliance with ADS 320.3.1.5, DAI letterhead will be used for administrative matters such as correspondence (emails, letters, and faxes) with the cooperating government concerning compliance with local laws (e.g. taxation, customs, registration, renting office space and equipment, and personnel management, etc.) and will not feature the USAID logo. Business cards will not show the USAID logo, but may include "USAID Contractor" above their name to inform recipients of the business card that this individual is associated with USAID.

All studies, reports, publications, websites, and informational and promotional products not authored, reviewed, or edited by USAID will contain a provision substantially as follows:

> *"This [study/report/web site] is made possible by the support of the American people through the United States Agency for International Development (USAID.) The contents of this [specify] are the sole responsibility of [name of organization] and do not necessarily reflect the views of USAID or the United States Government."*

With reference to ADS Section 320.3.2.2, the table below details the required Marking Plan. Threats and restrictions to the security of the activity will be identified and assessed in order to request any necessary exception from the marking requirement in accordance with ADS 320.3.2.

| Category | Type of Marking |
|---|---|
| Stationery products (administrative business) | USAID standard graphic identity will not be used. Pertains to letterhead, envelopes, and mailing labels. |
| Stationery products (program related) | USAID standard graphic identity will not be used. Pertains to letters that accompany program materials. |
| Business cards | USAID standard graphic identity will not be used. DAI will use its own business cards but include the line "Economic Resilience Activity" on the business card. |
| Office signs | USAID standard graphic identity will not be used. |
| Project deliverables | Follows USAID Graphics Standard Manual guidelines for full branding. |
| Technical reports and studies | The USAID identity will be printed on the cover of documents; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable or an exception is granted for no branding. |
| Briefing papers, memoranda, and policy recommendations | The USAID identity will be printed on the cover of documents; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable or an exception is provided for no branding. |
| Government policies, strategies, plans, and guidelines (regional, national, and sub-national levels) or other materials positioned as being from the host-country government | Follows USAID Graphics Standard Manual guidelines for full branding (if applicable). |
| Organizations' policies, strategies, plans, and guidelines or other materials positioned as being from the host-country partner | Follows USAID Graphics Standard Manual guidelines for full branding (if applicable). |
| Training materials and manuals | The USAID identity will be printed on the cover of documents; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable or an exception is provided for no branding. |
| CDs-ROM | The USAID identity will be printed on the CD label, splash screen/menu, and packaging; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable and an exception is provided for no branding. |
| PowerPoint presentations | The USAID identity will be printed on the title breaker slides; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable or an exception is provided for no branding. |
| Conference posters and presentations | The USAID identity will be printed on the poster or presentation; design follows USAID Graphics Standard Manual guidelines for full branding unless co-branding is acceptable or an exception is provided for no branding. |
| Videos | Follows USAID Graphics Standard Manual guidelines and disclaimer. |
| Program materials | Follows USAID Graphics Standard Manual guidelines and disclaimer. |
| Technical web portal | Follows guidelines for co-branding; the USAID identity will be included on the homepage and sub-pages as appropriate. Individual documents included on the portal will be branded as appropriate. |
| Event signs, banners, and exhibition booths materials | The USAID identity will be printed on the materials; design follows USAID Graphics Standard Manual guidelines for full branding guidelines unless co-branding is acceptable or an exception is provided for no branding. |
| Project promotional materials | The USAID identity will be printed on the materials; design follows USAID Graphics Standard Manual guidelines for full branding. Applies to success stories, beneficiary announcement of research, testimonials, findings, or project results. |
| Materials for policy launch | Not applicable. |
| Materials for site visits | The USAID identity will be printed on the materials; design follows USAID Graphics Standard Manual guidelines for full branding. |

**Grants under Contract.** Grants under contracts, when authorized in accordance with ADS 302, "USAID Direct Contracting" must be branded and marked like grants. The policy directives and required procedures for branding and marking of assistance awards in ADS Section 320.3.3 and 2 CFR 700.16 apply. The contractor is responsible for including branding and marking requirements for these grants in its Branding Implementation Plan and Marking Plan, as part of its overall responsibility for managing grants under its contract.

**Production Review.** USAID reserves the right to request preproduction review of USAID-funded public communications and program material for compliance with USAID graphic standards and the approved Marking Plan.

ATTACHMENT J.2 INITIAL ENVIRONMENTAL EXAMINATION (IEE) DCN: 2018-UKR-031



DCN: 2018-UKR-031

Initial Environmental Examination (IEE)

## US Agency for International Development (USAID)
### for Ukraine, Belarus, and Moldova
### Initial Environmental Examination (IEE)

**Activity Data**

| | |
|---|---|
| Activity Name: | Economic Resilience Activity (ERA) |
| Assistance Objective: | Broad-Based, Resilient Economic Development as a Means to Sustain Ukrainian Democracy |
| Program Area: | EG 5. Private Sector Productivity<br>EG 6. Workforce Development |
| Country(ies) and/or Operating Unit: | Ukraine |

| | | |
|---|---|---|
| Originating Office: | Office of Economic Growth | Date: April 13, 2018 |
| PAD Level IEE:        Yes☐  No☒ | DCN of Original RCE/IEE: | N/A |
| Supplemental IEE:     Yes☐  No☒<br>RCE/IEE Amendment: Yes☐  No☒ | DCN of Amendment(s): | N/A |

| | |
|---|---|
| If Yes, Purpose of Amendment (AMD): | N/A |
| DCN(s) of All Related EA/IEE/RCE/ER(s): | **EG DOAG IEE:** 2016-UKR-002 (current alignment)<br>**DO 2 DOAG IEE:** forthcoming |

| | | |
|---|---|---|
| Implementation Start/End: FY18 | AMD: N/A | LOP:  FY18-FY23 |
| Funding Amount: | AMD Amount: N/A | LOP Amount: $65,000,000 |

| | |
|---|---|
| Contract/Award Number (if known): | TBD |

**Recommended Environmental Determination:**

| | | | |
|---|---|---|---|
| Categorical Exclusion: | ☒ | Positive Determination: | ☐ |
| Negative Determination: | ☒ | Deferral: | ☐ |

**Additional Elements:**

| | | | |
|---|---|---|---|
| Conditions: | ☒ | Local Procurement: | ☐ |
| Government to Government: | ☐ | Donor Co-Funded: | ☐ |
| Sustainability Analysis (included): | ☐ | Climate Change Vulnerability Analysis (included): | ☐ |

### 1.  Background and Activity Description
#### 1.1.    Purpose and Scope of IEE

The purpose of this IEE is to review the potential environmental and climate impacts of activities proposed under the Economic Resilience Activity (ERA), a $65 million activity which is projected to run from 2018 to 2023.  This is a new activity and will be focused primarily on the Donbas region. This IEE reviews the ERA activities to ensure potential impacts are identified and mitigation measures are prescribed. USAID will notify the implementing partners (IPs) of this amendment to the projects 22CFR216 threshold determination and incorporate any terms and conditions into the projects awards.

#### 1.2.    Activity Overview and Description

The purpose of ERA is to improve the overall economic resilience of eastern Ukraine in response to Russian aggression, which has disrupted critical market linkages, catalyzed the economic decline of previously dominant industries, and caused massive population disruption. Resilience is "the ability of people, households, communities, countries, and systems to mitigate, adapt to and recover from shocks and stresses in a manner that reduces chronic vulnerability and facilitates inclusive growth." This activity aims to improve the economic resilience of eastern Ukraine through accomplishing the following objectives:

DCN: 2018-UKR-031

- **Objective 1: Provide Assistance to Stabilize the Economy of Eastern Ukraine**

Under Objective 1, the IP will create economic opportunities for conflict-affected people, provide assistance to conflict-affected businesses, and rehabilitate small-scale infrastructure in the region as it pertains to economic growth. To the extent possible, any delivery of rehabilitation and infrastructure support should utilize local market actors, rather than displacing them, in line with the Inclusive Market Systems. When possible, investments should include matching funds from the beneficiaries of the investment and benefit multiple firms. When it aligns with the objectives of ERA, the IP may also leverage assistance from other donors by preparing feasibility studies and providing other ancillary support in order to facilitate new investments.

- **Objective 2: Support the Sustainable Development of small and medium enterprises (SMEs) in Eastern Ukraine**

Under Objective 2, the IP will support the growth and development of small and medium sized enterprises (SMEs) with strong growth potential in eastern Ukraine, while facilitating their access to markets in eastern Ukraine, the EU, and international markets. At the same time, the IP will improve the SME enabling environment, which includes improving the human capital development resources in the region, enhancing the competitiveness of the regional policy environment, and increasing SME access to finance in eastern Ukraine.

- **Objective 3: Build Confidence in the Future of the Eastern Ukrainian Economy**

Under Objective 3, the IP is expected to bring together local policy makers, civic actors, entrepreneurs, educational institutions, and other private sector actors - including SMEs and industry leaders—to develop a new shared vision for the future of the economy. This "vision" may be a coherent vision for the entire region, a metropolitan area, or it may vary from municipality to municipality based on comparative advantages. To achieve this, the IP will develop a communications and outreach strategy and work with media to raise the profile of the local entrepreneurs, innovators, and reformers.

By accomplishing these objectives, the economy of eastern Ukraine will be more diversified and more integrated with the rest of Ukraine, less dependent on Russia, and better prepared to help its residents compete for the jobs of the future, thereby improving economic resilience of the region.

The activity will work primarily in the oblasts most affected by Russian aggression, Donetsk and Luhansk – together known as the "Donbas" region – but will also be active in the surrounding oblasts and throughout Ukraine as required to achieve the objectives.

2. Baseline Environmental Information

   2.1.  Locations Affected and Environmental Context

In the wake of Ukraine's 2013 EuroMaidan protests and 2014 Revolution of Dignity, the country set out on a path of ambitious, European-oriented reforms to revitalize the Ukrainian economy. These include ongoing and future reforms related to anti-corruption, the pension system, the financial sector, the energy sector, public procurement, decentralization, the health system, and potentially land reform, among others. These efforts have nevertheless been hampered by Russia's unbridled aggression in the east. In February 2014 Russia launched an unprecedented invasion into Ukraine, first illegally annexing the Ukrainian territory of Crimea, and subsequently sending military forces into Ukraine's Donbas region, initiating a war that has taken thousands of Ukrainian lives, induced massive population displacement, and destabilized the country's economy.

The economic fortunes of the Donbas are important to the future of Ukraine. But nearly four years after the Russian invasion, the economy in areas controlled by the Ukrainian government—known as government controlled areas (GCAs)—remains stalled. Critical market and industrial linkages have been disrupted. Finance is all but unavailable due to the risk inherent in investing or lending in an active conflict zone. Over 1.6 million Ukrainians are now considered to be internally displaced people (IDPs), representing not just a

DCN: 2018-UKR-031

mass exodus of human capital, but an enormous demographic and socio-economic shift within the country. Large industries have closed, small businesses have difficulty starting up and growing, close to a fifth of the workforce is unemployed, and young people are leaving for better prospects elsewhere. Surveys show that residents in Ukrainian-controlled territory are alienated—they have little trust in the government in Kyiv and little hope that their lives will improve.

The conflict has hastened the decline of the Donbas' Soviet-style, interconnected heavy industries tied to the region's political leadership. While the region's economy has a large number of small and medium businesses, they are dependent on the success of large, heavy industry; the region's educational and business environment is not poised to foster the type of innovation that would allow new industries and sectors to lead the necessary economic transformation.  This situation has created a significant amount of anxiety among residents and is fueling their mistrust of Ukraine's democratic reform process and European integration.

Trade in the region has also been disrupted. On the international stage, trade restrictions imposed by Russia, many of which specifically target the predominant sectors in Donbas—machine-building enterprises, agriculture, and metallurgical products—have caused the region's exports to fall. Local trade between the GCAs and non-government controlled areas (NGCAs) in the region has also been contentious. After separatists from the NGCAs moved to seize control of steel, mining, and other enterprises in March 2017, Ukrainian authorities in Kyiv imposed a ban on rail and road cargo links between the GCAs and NGCAs.

Although the conflict has disrupted the economy, a new class of reformers has slowly entered into public life in much of government-controlled Donbas and can be leveraged to improve service delivery and reform implementation in this heavily urban region.

To the extent that the NGCAs become more accessible over time, activities would expand to supporting their reintegration with the rest of the Donbas and Ukraine. In anticipation of a possible reintegration, the GOU has outlined plans for the integration of GCAs and NGCAs in the Donbas. In early 2018, the recently established Ministry of Temporarily Occupied Territories (MTOT) released an updated 15 point agenda in support of reintegration of the Donbas region, while also sponsoring the adoption of a State Target Program for the Recovery of Eastern Regions of Ukraine (STP). When the GOU restores its control over NGCAs, the Mission would be supporting the GOU's plans by expanding activities there, including, where relevant and possible, activity types described in this IEE.

### 2.2.  Description of Applicable Environmental and Natural Resource Legal Requirements Policies, Laws, and Regulations

The project will be implemented in compliance with Ukrainian Environmental Regulations, including but not limited to:

- The Land Code of Ukraine (1994; updated 2001);
- Law of Ukraine "On Environmental Protection" (1991);
- Law of Ukraine "*On Environmental Impact Assessment*" (2017);
- Law of Ukraine "On quality and safety of food products and raw materials" (1998);
- Law of Ukraine "On ensuring of sanitary and epidemiological safety of population" (1992);
- Law of Ukraine "On labor protection" (1992);
- Law of Ukraine "On Wastes" (1998);
- SSS 3077-84 "Sanitary standards of permissible noise in residential and public buildings and at the residential areas";
- *SSS N B V.3.2-3:2014 "Reconstruction, repair, restoration of construction objects. Guidelines for the implementation of thermo-modernization of residential buildings";*
- SSN 3.3.6.037-99 "Sanitary norms of production noise, ultrasound and infrasound";

DCN: 2018-UKR-031

- DBN A.2.2-1:2003 "*Composition and content of materials for environmental impact assessment (EIA) in the design and construction of enterprises, buildings and structures*";
- DBN A.2.2-3:2014 "*Composition and content of construction design documentation*";
- DBN B.2.5-67:2013 "*Heating, ventilation and air conditioning*";
- DBN B 2.5-2006 "*Natural and artificial lighting*";
- DBN V.2.6.-31-2006 "*Thermal insulation of buildings*";
- DBN V.2.5.56-2014 "*Fire protection systems*";
- DSTU B.V.2.6-15:2011 "*Window and door polyvinylchloride blocks. General technical requirements*";
- DSTU EN 1279: 2013 "*Glass for construction. Double-glazed windows*"; and
- DSTU-N B V.2.6-146:2010 "*Manual on the design and installation of windows and doors*"

Any area of Ukraine currently designated as GCA is subject to these and the other Laws of Ukraine, and that both the local and national government have the capacity to enforce and improve this system, including in Donbas.

The Ecological Expertise Law remains the framework for environmental impact assessments (EIAs) that apply to policy documents, laws and regulations, and individual projects, which may have adverse impacts on the environment and/or human health in Ukraine. The executive branch has also prepared an Environmental Impact Assessment Bill in April 2012. After several iterations and public comment, it was signed into law in 2017. Procedures provided by the EIA law became mandatory on 18 December 2017.

EIAs are part of the state ecological expertise authority; activities that require a mandatory state ecological expertise are listed in the Cabinet of Ministers of Ukraine (CMU) Resolution #554 (1995). The 2017 EIA law provides additional detail on two types of interventions that require EIA, including infrastructure and energy projects. The mandatory EIAs are usually conducted by registered (certified) companies wholly or partially owned and/or financed by the executive branch.

To cooperate on EIAs internationally, Ukraine ratified the UNECE Convention on Access to Information, Public Participation in Decision-making and Access to Justice in Environmental Matters (Aarhus Convention) in 1999, and signed the Protocol on Strategic Environmental Assessment (SEA) to the Convention on Environmental Impact Assessment in a Transboundary Context (Espoo Convention) in 2003 and ratified the Convention in 2015.

In addition to the abovementioned environmental legislation, organizations and individuals operating in Ukraine must take into account requirements of *Ukraine's State Standards* covering products and production processes, *State Sanitary Rules & Norms*, *Labor Safety Rules*, European Union standards and regulations, and other relevant legislation.

Ukraine is a party to the Paris Agreement of the United Nations Framework Convention on Climate Change. Responsibility for implementing the agreement falls to several different GOU ministries, including the Ministry of Ecology and the State Emergency Service of Ukraine (Ministry Level), among others.

### 2.3.    Country/Ministry/Municipality Environmental Capacity Analysis

The Ministry of Ecology and Natural Resources (NENR) has 234 full-time positions at the national level.  There are also central offices of the State Ecological Inspectorate (SEI, 54 employees), State Agency for Ecological Investments (SAEI, 71 employee), State Water Agency (SWA, 78 employees), and State Geological & Bowels Service (136 employees).  These agencies are subordinated to the NENR.  The NENR also manages the State (Chernobyl) Exclusion Zone Management Agency, State Ecological Academy for Postgraduate Studies & Management, as well as three research institutions and 10 government-controlled companies, which are often involved in mandatory GOU EIRs.

At the regional (oblast) level, the NENR is represented by Ecology & Natural Resources Departments of Oblast State Administrations.  There are also regional (oblast) offices of each NENR-subordinated agency; for instance, the SEI has 2,746 full-time positions at the regional level, i.e. over 100 full-time positions in every oblast of

DCN: 2018-UKR-031

Ukraine. The Ecology & Natural Resources Department of Lviv Oblast State Administration includes, for instance, two divisions: Natural Resource Use Division and Natural Resource Protection & Monitoring Division. Many municipalities also have Ecology Divisions.

The GOU has some capacity to conduct EIAs/EIRs; however, its capacity is likely limited to basic concepts and, most importantly, any significant progress in GOU capacity building in this area is thwarted by the lack of GOU political will to promote the sustainable development in Ukraine.

Ukrainian NGOs and private sector companies also have some capacity to conduct EIAs/EIRs; however, in most cases, their capacity is limited, and any significant improvements can only occur when either the GOU or private sector start demanding application of modern approaches to an EIA/EIR.

It is anticipated that many activities will not have any effect on the environment and human health. On those activities that may have some effect, the Implementer(s) will recommend the host government address those impacts appropriately. The GOU may in some cases be limited in their ability to mitigate environmental impacts given the instability in the Donbas region.


2.4.    Sustainability Analysis

This activity will contribute to USAID/Ukraine's existing objective aimed at broad-based, resilient economic development as a means to sustain Ukrainian democracy. In particular, this activity will create economic opportunities for conflict-affected people, provide assistance to conflict-affected businesses, and rehabilitate small-scale infrastructure in the region as it pertains to economic growth. It will also support the growth and development of small and medium sized enterprises (SMEs) with strong growth potential in eastern Ukraine, while facilitating their access to markets in eastern Ukraine, the EU, and international markets. At the same time, it will improve the SME enabling environment, which includes improving the human capital development resources in the region, enhancing the competitiveness of the regional policy environment, and increasing SME access to finance in eastern Ukraine. The activity will develop a new shared vision for the future of the economy in eastern Ukraine. A communications and outreach strategy developed under this activity will lay foundation for raising the profile of local entrepreneurs, innovators, and reformers. By accomplishing all above, the economy of eastern Ukraine will be more diversified and more integrated with the rest of Ukraine, less dependent on Russia, and better prepared to help its residents compete for the jobs of the future, thereby improving economic resilience of the region.


2.5.    Climate Change Vulnerability Analysis

A climate risk mitigation (CRM) screening has been conducted for the Country Development Cooperation Strategy (CDCS) for USAID/Ukraine. As directed in the Mandatory Reference for ADS Chapter 201: Climate Change in USAID Strategies, climate risks were screened for Development Objectives (DOs) and Intermediate Results (IRs) for USAID/Ukraine.[1] The purpose of this climate risk management (CRM) screening is to identify current and future climate risks to the sectors and geographies related to USAID programming in Ukraine, and to help ensure that the strategy incorporates discussions on how it addresses these risks and how the Moderate and High climate risks are to be addressed at project and activity levels. CRM screening also helps to ensure that USAID projects and activities that will be developed to achieve the DOs and IRs outlined in the CDCS are more resilient to both current and future climate variability and change. In addition to resources exploring the political and on-the-ground context (e.g., USAID's An Assessment of the Donbass Region of Ukraine, 2017) examining climate risk implications for specific sectors/issues (e.g., energy, agriculture, construction, health, and security), critical climate-related resources considered for this screening are noted below.

- USAID Climate Change Risk Profile: Ukraine, December 2016

---

[1] This analysis and screening draws upon the DOs and IRs, as outlined in the Results Framework and Results Framework paper as of January 2018.

DCN: 2018-UKR-031

- World Bank Climate Change Knowledge Portal: Ukraine, 2017
- Climate Forum East/NGO Working Group on Climate Change – National Climate Vulnerability Assessment: Ukraine, 2014
- Climate Service Center of Germany Climate Fact Sheet: Ukraine, 2012

The screening also utilized a suite of available USAID activity-specific resources (e.g., for the Agriculture and Rural Development Support Project; the Municipal Energy Reform Project; the Economic Opportunities for People Affected by Conflict project; and the Decentralization Offering Better Results and Efficiency program) to gain a better understanding of how climate risks could affect representative USAID/Ukraine activities and the potential relevance for climate risk management options.

This screening is conducted at the country strategy-level, with the expectation that subsequent climate risk screening will occur as part of the design process for projects and activities (e.g., at the PAD and activity-level).

Per the Mandatory Reference, the screening assigns a qualitative climate risk rating based on both the probability of a negative impact and the severity of that negative impact. For risks rated as Moderate or High, the screening also explores opportunities, risk management options, how the climate risks are addressed by the CDCS (including whether the risks are accepted), and what steps may be needed to address the risks at the project/activity level.[2] The climate risk management options provided in Column 6.1 offer a selection of potential investments, activities, and practices to prioritize in response to the identified climate risk. The next steps identified in Column 7 focus more broadly on approaches and considerations for integrating climate risks into the project/activity design phase. Such considerations would likely entail selection and integration of options noted in Column 6.1. The USAID/Ukraine Mission can consider the identified CRM options and next steps in moving from the CDCS into the project and activity design phases. The table covers both climate risk management (Part 1 tab) and greenhouse gas (GHG) mitigation (Part 2 tab).

This screening has determined that construction activities that may be undertaken as part of this activity may be susceptible to damage resulting from changes in climatic conditions, i.e. extreme flooding, etc. Specific climate considerations and opportunities for risk management are included in the environmental and climate analysis in Sec 3 and Annex A of this document for further details. Additional activities described in this IEE have been determined not to be impacted significantly by climate change.

With regard to climate vulnerability, any additional activities that may occur under the Broad-Based, Resilient Economic Development as a Means to Sustain Ukrainian Democracy assistance objective not listed in this IEE (and their anticipated effects) will be discussed with the Mission and received appropriate clearance prior to being funded by the USG. New activities that are not approved as part of this IEE cannot be performed until they have been reviewed and approved via an amendment to this IEE. This approach will allow avoiding any significant impacts on USAID investments due to climate change associated with USAID assistance. The IP will consider the effects of climate change in their design and how future impacts may influence their designs.

---

[2] Please note that these additional considerations are not required for climate risks rated as Low; however, opportunities for activities rated as Low climate risk listed in Annex A should be considered as feasible.

DCN: 2018-UKR-031

3. Analysis of Potential Environmental Impact

OBJECTIVE 1: Provide Assistance to Stabilize the Economy of Eastern Ukraine

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 1.1 Interventions that increase net investment in supported businesses and industries. *Activities will include business plans development, grants, investment promotion conferences and workshops.*<br><br>1.2 Interventions that increase the number of new businesses in supported industries. *Activities will include grants, business training, and connecting firms in similar industries.*<br><br>1.3 Interventions that increase the number of jobs in supported businesses and industries. *Activities will include job training, grants, and designing new training and educational curricula.* | Investments in businesses and industries via grants or other mechanisms poses an unknown threat to the environment.<br><br>Potential for impact depends on the location of and nature of the business as well as operational capacity. Further analysis is needed to quantify potential impacts on a case by case basis. | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures<br><br>-Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health<br><br>-Disproportionate impacts to displaced populations from storms, droughts and heat waves based on increased exposure and decreased access to services<br><br>-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br><br>-Interference with resettlement of ex-combatants due to property and infrastructure damage<br><br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged drought<br><br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather events | Low | -Monitoring, early warning models, and response protocols in conflict areas that take climate risks into account may be helpful for communicating climate information to involved parties, including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.<br><br>-Incorporation of climate information in peacebuilding communication systems can help mitigate potential climate-related conflicts<br><br>-Provision of related skills for combatants to address current or projected changes in climate patterns and extreme weather events can increase their adaptive capacity and resilience<br><br>-Efforts to identify and support combatants placed in highly climate-vulnerable communities can promote reintegration |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 1.4 Intervention for rapidly assessing and responding to the immediate economic needs of entrepreneurs and SMEs in eastern Ukraine. *Activities will include technical and expert assessments of businesses and the eastern economy, and grants.* | | | | |
| 1.5 Interventions for coordinating work with humanitarian and stabilization actors. *Activities will include coalition building and convening stakeholders.* | N/A | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures<br><br>-Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health<br><br>-Disproportionate impacts to displaced populations from storms, droughts and heat waves based on increased exposure and decreased access to services<br><br>-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br><br>-Interference with resettlement of ex-combatants due to property and infrastructure damage<br><br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged drought<br><br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due | Low | -Monitoring, early warning models, and response protocols in conflict areas that take climate risks into account may be helpful for communicating climate information to involved parties, including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.<br><br>-Incorporation of climate information in peacebuilding communication systems can help mitigate potential climate-related conflicts<br><br>-Provision of related skills for combatants to address current or projected changes in climate patterns and extreme weather events can increase their adaptive capacity and resilience<br><br>-Efforts to identify and support combatants placed in highly climate-vulnerable communities can promote reintegration |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | | to extreme weather events | | |
| 1.6 Interventions for assessing and responding to small-scale infrastructure needs as it pertains to economic growth in the region. *Activities will include technical and expert assessments, feasibility studies, and grants.*<br><br>1.7 Small-scale rehabilitated infrastructure. *Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.*<br><br>1.8 Interventions that improve the economic resilience and increase economic opportunities for IDPs and other vulnerable groups. *Activities will include grants to micro businesses and business trainings.* | Investments in businesses and industries via grants or other mechanisms poses an unknown threat to the environment. Potential for impact depends on the location of and nature of the business as well as operational capacity. Further analysis is needed to quantify potential impacts on a case by case basis.<br><br>Potential for impacts to water, land, air, and human health resulting from infrastructure and rehabilitation needs<br><br>Waste management; impacts from construction activities | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts and floods, decreased water availability and quality, and increasing temperatures<br><br>-Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health<br><br>-Disproportionate impacts to displaced populations from floods, storms, droughts and heat waves based on increased exposure and decreased access to services<br><br>-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br><br>-Interference with resettlement of ex-combatants due to property and infrastructure damage from flooding<br><br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged droughts<br><br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather events. | High | -Monitoring, early warning models, and response protocols in conflict areas that take climate risks into account may be helpful for communicating climate information to involved parties including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.<br><br>-Incorporation of climate information in peacebuilding communication systems can help mitigate potential climate-related conflicts<br><br>-Provision of related skills for combatants to address current or projected changes in climate patterns and extreme weather events can increase their adaptive capacity and resilience<br><br>-Efforts to identify and support combatants placed in highly climate-vulnerable communities can promote reintegration<br><br>-Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | | -Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events)<br><br>-Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures<br><br>-Damage to structures and infrastructure due to increasing frequency and/or intensity of heat waves, landslides, damages to power lines from high winds, and erosion, particularly in coastal areas<br><br>-Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or intensity of heavy rainfall events<br><br>-Decreased access to and utilization of constructed building and infrastructure, including potential evacuation of occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br><br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br><br>-Increased health and safety risk on area that undergo significant land use change (e.g., as part of public park development) due to heavy rainfall events, and erosion | | -Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from services; when services support marginalized populations, overall equity can be improved<br><br>-Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of development investment and progress<br><br>-Improved infrastructure and building resilience can increase willingness of foreign donors and investors to invest in the region<br><br>-Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can be used for early warning and emergency response activities, including in support of climate risk management. Baseline information available includes city or settlement general plans of development, road maps, topographic maps, and other locally-available data.<br><br>-Efforts to improve national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br><br>-Opportunities to select climate risk |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | | | | management activities that also reduce greenhouse gas emissions (e.g., through choice of construction materials and designs to reduce energy use)<br><br>-Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post-conflict reconstruction |

OBJECTIVE 2: Support the Sustainable Development of small and medium enterprises (SMEs) in Eastern Ukraine

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 2.1 Intervention that increase the number of Donbas residents trained in skills required by emerging industries. *Activities will include trainings, establishing partnerships with local educational institutions, and developing new curricula.*<br><br>2.2 Interventions that increase the number of sustainable training providers in the region. *Activities will include training of trainers and developing new curricula.* | N/A | Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures<br><br>-Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health<br><br>-Disproportionate impacts to displaced populations from storms, droughts and heat waves based on increased exposure and decreased access to services | Low | Monitoring, early warning models, and response protocols in conflict areas that take climate risks into account may be helpful for communicating climate information to involved parties including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.<br><br>-Incorporation of climate information in peacebuilding communication systems can help mitigate potential climate-related conflicts |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 2.3 Interventions that increase the number of new university programs developed to the emerging knowledge and skill needs of the region. *Activities will include training of educational providers and curricula development at existing and displaced universities.*<br><br>2.4 Interventions that increase the advocacy role of new or existing small business organizations. *Activities will include information campaigns, convening small business owners, and training.*<br><br>2.5 Interventions that increase in the competitiveness of Donbas municipalities relative to others. *Activities will include technical and expert assessments and study tours.*<br><br>2.6 Interventions that increase access to finance in the region. *Activities will include investment promotion through informational campaigns, national policy advocacy, promotion of credit guarantees, and feasibility studies to allow for access to donors' finance.* | | -Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br><br>-Interference with resettlement of ex-combatants due to property and infrastructure damage<br><br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged droughts<br><br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather events | | -Provision of related skills for combatants to address current or projected changes in climate patterns and extreme weather events can increase their adaptive capacity and resilience<br><br>-Efforts to identify and support combatants placed in highly climate-vulnerable communities can promote reintegration |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 2.7 Interventions that increase economic activity between the Donbas businesses and businesses or buyers elsewhere in Ukraine, the EU, and other international markets. *Activities will include study tours, information sharing, and connecting buyer-supplier networks.* | | | | |
| 2.8 Interventions that increase the role of the Ukrainian cities outside of Donetsk and Luhansk oblasts – such as Kharkiv, Dnipro, Zaporizhzhia, and other Ukrainian cities – in the economy of the Donbas. *Activities will include study tours, information sharing, and connecting buyer-supplier networks.* | | | | |
| 2.9 Small-scale rehabilitated infrastructure. *Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.* | Investments in businesses and industries via grants or other mechanisms poses an unknown threat to the environment. Potential for impact depends on the location of and nature of the business as well as operational capacity. Further analysis is needed to quantify potential | -Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events)  -Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures  -Damage to structures and infrastructure due to increasing frequency and/or intensity of heat waves landslides, damages to power lines from high winds, | High | -Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations  -Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from services; when services support marginalized populations, overall equity can be improved |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | impacts on a case by case basis.<br><br>Potential for impacts to water, land, air, and human health resulting from infrastructure and rehabilitation needs<br><br>Waste management; impacts from construction activities | and erosion, particularly in coastal areas<br><br>-Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or intensity of heavy rainfall events<br><br>-Decreased access to and utilization of constructed building and infrastructure, including potential evacuation of occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br><br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br><br>-Increased health and safety risk on area that undergo significant land use change (e.g., as part of public park development) due to heavy rainfall events, and erosion | | -Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of development investment and progress<br><br>-Improved infrastructure and building resilience can increase willingness of foreign donors and investors to invest in the region<br><br>-Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can be used for early warning and emergency response activities, including in support of climate risk management. Baseline information available includes city or settlement general plans of development, road maps, topographic maps, and other locally-available data.<br><br>-Efforts to improve national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br><br>-Opportunities to select climate risk management activities that also reduce greenhouse gas emissions (e.g., through choice of construction materials and designs to reduce energy use)<br><br>-Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post- |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | | | | conflict reconstruction |

**OBJECTIVE 3:** Build Confidence in the Future of the Eastern Ukrainian Economy

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| 3.1 Interventions that assist regional coalitions to establish a new economic vision for the future of the Donbas and establish leadership for economic change. *Activities will include coalition building efforts, training, seminars, events, and information sharing.*<br><br>3.2 Interventions that help to establish a shared vision amongst residents of the Donbas for regional transformation. *Activities will include information sharing, competitions, study tours, and communication campaigns.*<br><br>3.3 Interventions that help local actors to take concrete steps to make the shared vision a reality. *Activities will include long-term policy and strategy development for local public and private sector actors.*<br><br>3.4 Interventions that increase Donbas residents' awareness of positive role models, such as successful entrepreneurs and leaders of small or medium enterprises in the community, especially women. *Activities will include competitions, information campaign, promotion of success stories, and public events.* | N/A | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures<br><br>-Undermined financial and economic reintegration objectives, including innovation and/or retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health<br><br>-Disproportionate impacts to displaced populations from storms, droughts and heat waves based on Increased exposure and decreased access to services<br><br>-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br><br>-Interference with resettlement of ex-combatants due to property and infrastructure damage<br><br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged droughts<br><br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due | Low | -Monitoring, early warning models, and response protocols in conflict areas that take climate risks into account may be helpful for communicating climate information to involved parties including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.<br><br>-Incorporation of climate information in peacebuilding communication systems can help mitigate potential climate-related conflicts<br><br>-Provision of related skills for combatants to address current or projected changes in climate patterns and extreme weather events can increase their adaptive capacity and resilience<br><br>-Efforts to identify and support combatants placed in highly climate-vulnerable communities can promote reintegration |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| *USAID will work with the IP to identify sectors with high growth potential.* | | to extreme weather events | | |
| 3.5 Interventions that increase the willingness of Donbas residents to invest in improving their knowledge and skills, remain in the region, or establish new economic ventures in the region. *Activities will include competitions, information campaign, promotion of success stories, and public events.* | | | | |
| 3.6 Interventions that improve perceptions about the role of the transformed economy in future of Ukraine. *Activities will include competitions, information campaign, promotion of success stories, and public events.* | | | | |
| 3.7 Small-scale rehabilitated infrastructure. *Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.* | Investments in businesses and industries via grants or other mechanisms poses an unknown threat to the environment. Potential for impact depends on the location of and nature of the business as well as operational capacity. Further analysis is needed to quantify potential impacts on a case by case | -Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events)<br><br>-Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures<br><br>-Damage to structures and infrastructure due to increasing frequency and/or intensity of heat waves landslides, damages to power lines from high winds, and erosion, particularly in coastal areas<br><br>-Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or | High | -Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations<br><br>-Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from services; when services support marginalized populations, overall equity can be improved<br><br>-Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of |

DCN: 2018-UKR-031

| Defined/Illustrative Activities | Potential Impacts | Potential Climate Risk | Climate Risk Rating | Opportunities for Climate Resiliency |
|---|---|---|---|---|
| | basis.<br><br>Potential for impacts to water, land, air, and human health resulting from infrastructure and rehabilitation needs<br><br>Waste management; impacts from construction activities | intensity of heavy rainfall events<br><br>-Decreased access to and utilization of constructed building and infrastructure, including potential evacuation of occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br><br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br><br>-Increased health and safety risk on area that undergo significant land use change (e.g., as part of public park development) due to heavy rainfall events, and erosion | | development investment and progress<br><br>-Improved infrastructure and building resilience can increase willingness of foreign donors and investors to invest in the region<br><br>-Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can be used for early warning and emergency response activities, including in support of climate risk management. Baseline information available includes city or settlement general plans of development, road maps, topographic maps, and other locally-available data.<br><br>-Efforts to improve national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br><br>-Opportunities to select climate risk management activities that also reduce greenhouse gas emissions (e.g., through choice of construction materials and designs to reduce energy use)<br><br>-Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post-conflict reconstruction |

DCN: 2018-UKR-031

4. Recommended Environmental Actions

    4.1.    Recommended Mitigation Measures

Objective 1: Provide Assistance to Stabilize the Economy of Eastern Ukraine

| Defined/Illustrative Activities | Potential Impacts | Mitigation Measures | Recommended Threshold Determination |
|---|---|---|---|
| | | | |

- 1.1 Interventions that increase net investment in supported businesses and industries. Activities will include business plans development, grants, investment promotion conferences and workshops.
- 1.2 Interventions that increase the number of new businesses in supported industries. Activities will include grants, business training, and connecting firms in similar industries.
- 1.3 Interventions that increase the number of jobs in supported businesses and industries. Activities will include job training, grants, and designing new training and educational curricula.
- 1.4 Intervention for rapidly assessing and responding to the immediate economic needs of entrepreneurs and SMEs in eastern Ukraine. Activities will include technical and expert assessments of businesses and the eastern economy, and grants.
- 1.6 Interventions for assessing and responding to small-scale infrastructure needs as it pertains to economic growth in the region. Activities will include technical and expert assessments, feasibility studies, and grants.
- 1.7 Small-scale rehabilitated infrastructure. Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.
- 1.8 Interventions that improve the economic resilience and increase economic opportunities for IDPs and other vulnerable groups. Activities will include grants to micro businesses and business

Investments in businesses and industries via grants or other mechanisms poses an unknown threat to the environment. Potential for impact depends on the location of and nature of the business as well as operational capacity. Further analysis is needed to quantify potential impacts on a case by case basis.

Potential for impacts to water, land, air, and human health resulting from support to businesses and industry, infrastructure and rehabilitation needs

Waste management; impacts from construction activities

- The IP will prepare an ERC/EMMP for each activity involving impacts to water, land, air, and human health resulting from support to businesses and industry, and define specific mitigation and monitoring measures. The IP will submit ERC/EMMP to the MEO for review. The MEO will then submit to the BEO for review and approval.
- Ensure use of mechanisms for managing trash, recyclable or reusable wastes, including clearly marked receptacles
- Utilize established criteria to assess the activities for hazards and other siting conditions that may create safety and health issues.
- Ensure businesses employ best management practices to reduce energy demands, pollution prevention and cleaner production
- Properly maintain, operate, and dispose of computer and other supplies
- Ensure construction materials are sustainably sourced and of good material
- Construction projects should be well-designed and consider hazards, water bodies and erosion

Negative Determination with Conditions

DCN: 2018-UKR-031

**Objective 2** - Support the Sustainable Development of small and medium enterprises (SMEs) in Eastern Ukraine

| Defined/Illustrative Activities | Potential Impacts | Mitigation Measures | Recommended Threshold Determination |
|---|---|---|---|
| • 2.9 Small-scale rehabilitated infrastructure. *Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.* | Potential for impacts to water, land, air, and human health resulting from infrastructure and rehabilitation needs<br><br>Waste management; impacts from construction activities | - Ensure use of mechanisms for managing trash, recyclable or reusable wastes, including clearly marked receptacles<br>- Properly maintain, operate, and dispose of computer and other supplies<br>- The IP will prepare an ERC/EMMP for each activity involving impacts to water, land, air, and human health resulting from support to businesses and industry, and define specific mitigation and monitoring measures. The IP will submit ERC/EMMP to the MEO for review. The MEO will then submit to the BEO for review and approval.<br>- Ensure construction materials are sustainably sourced and of good material<br>- Construction projects should be well-designed and consider hazards, water bodies and erosion<br>- The IP will prepare an ERC/EMMP for each activity involving construction works to screen individual activities for specific impacts and define specific mitigation and monitoring measures. The IP will submit ERC/EMMP to the MEO for review. The MEO will then submit to the BEO for review and approval. | Negative Determination with Conditions |

**Objective 3** – Build Confidence in the Future of the Eastern Ukrainian Economy

| Defined/Illustrative Activities | Potential Impacts | Mitigation Measures | Recommended Threshold Determination |
|---|---|---|---|

DCN: 2018-UKR-031

| | | | |
|---|---|---|---|
| • 3.7 Small-scale rehabilitated infrastructure. *Activities will include small grants for small-scale infrastructure and equipment purchase damaged by the conflict.* | Potential for impacts to water, land, air, and human health resulting from infrastructure and rehabilitation needs<br><br>Waste management; impacts from construction activities | - Ensure use of mechanisms for managing trash, recyclable or reusable wastes, including clearly marked receptacles<br>- Properly maintain, operate, and dispose of computer and other supplies<br>- The IP will prepare an ERC/EMMP for each activity involving impacts to water, land, air, and human health resulting from support to businesses and industry, and define specific mitigation and monitoring measures. The IP will submit ERC/EMMP to the MEO for review. The MEO will then submit to the BEO for review and approval.<br>- Ensure construction materials are sustainably sourced and of good material<br>- Construction projects should be well-designed and consider hazards, water bodies and erosion<br>- The IP will prepare an ERC/EMMP for each activity involving construction works to screen individual activities for specific impacts and define specific mitigation and monitoring measures. The IP will submit ERC/EMMP to the MEO for review. The MEO will then submit to the BEO for review and approval. | Negative Determination with Conditions |

The activities above may incur negative environmental impacts associated with the following:

**Solid Waste.** Generation of solid waste becomes an issue if the activity locations are not held at permanent sites, or effective mechanisms for managing trash, recyclable or reusable wastes. As a result, reusable materials are often not collected and properly managed, and more energy is required to both dispose and generate more material. In addition, non-existent trash collection program services often result in unwanted waste not reaching landfills and recycling centers. If program facilities have clearly marked trash, reusable and recycling receptacles, then the generation of solid waste and inefficient use of energy would decrease, as would affiliated public health, safety, and environmental risks. Additional best practices could include encouraging electronic (paperless) processes, as well as the use of reusable grocery bags and cups as opposed to plastic bags and disposable cups.

The GOU is currently in the process of developing its own waste management standards, which include provisions on sorting recyclable waste. All effort should be made to support this process. Waste management and recycling centers continue to operate normally in GCAs and NGCAs.

DCN: 2018-UKR-031

**Impacts of Procurement.** Procurement activities by IPs under this activity may include purchase of computer and office supplies, provision of technology hardware or IT capacity tools, and/or data security support and other material support. These commodities are made of heavy metals that can negatively impact the environment if they are not operated, maintained, or disposed of properly. When provided and distributed in large numbers, the cumulative impacts may be substantial and should be mitigated.

**Impacts of Rehabilitation and Construction.** These activities may also include investing in infrastructure and equipment needs of businesses, especially where such investments facilitate linkages to other Ukrainian markets. IPs will be required to address infrastructure and rehabilitation needs in the region and must propose a plan for assessing and providing for the infrastructure and equipment needs of businesses in the region. As such, interventions that increase the role of cities outside of Donetsk and Luhansk in the economy of the Donbas will generate some amount of solid wastes and impacts from construction activities.

In cases where construction occurs, IPs will need to work with communities to avoid issues which can arise with this activity. These include ensuring construction materials are sustainably sourced (where possible) and are of good quality. Structures should be well-designed according to best engineering practices, including proper siting, design and implementation and considering weather, disaster, and other recurrent hazards to avoid possible collapse and injuries as well as ensure sustainability of USAID investments.  Potential sedimentation of area surface water bodies, or erosion of soils should be considered and avoided. Additional oversight considerations include consulting existing building plans, properly sourcing construction materials, employing energy efficient equipment, ensuring sustainable storm water management, and utilizing low toxicity materials and qualified personnel.

One example of a direct impact from repair and rehabilitation is human and environment exposure to lead dust and asbestos from lack of identification. Other direct effects may stem from the use of toxic construction materials (e.g., lead paint, lead or asbestos-containing materials or other toxic/hazardous materials) during original construction. Prior to any rehabilitation efforts, potential pre-existing hazards must be screened for and appropriate health and safety measures planned, budgeted, and implemented. Adverse impacts from repair or rehabilitation may also stem from material sourcing of timber, sand and gravel. Unmanaged extraction of these resources can have significant impacts on the environment.

## 4.2 Recommended Environmental Determination:

*Categorical Exclusions:*
A categorical exclusion is recommended for the following identified activities under 22 CFR 216.2(c)(2):

- Activities under 2.1; 2.2; 2.3; 2.4; 2.6; 2.7; 2.8; 3.1; 3.2; 3.3; 3.4; 3.5; and 3.6 §216.2(c)(2)(i) Education, technical assistance, or training programs except to the extent such programs include activities directly affecting the environment (such as construction of facilities, etc.);

- Activity 1.5, 2.5 and 3.2  under §216.2(c)(2) (iii)Analyses, studies, academic or research workshops and meetings; and

- Activities 2.4; 2.7; and 2.8 under §216.2(c)(2)(v) Document and information transfers.

*Negative Determination with Conditions:*

Under §216.3(a)(2)(iii), a negative determination with conditions is recommended for activity 1.1-1.4, 1.6-1.8 2.9 and 3.7.  Specific terms and conditions are presented below in Section 4.3.

4.3  Terms and Conditions:

4.3.1  When needed, USAID/Ukraine will consult with the BEU prior to or during the development of a work plan or other related activity implementation documents to ensure activity compliance with §216.3(a)(2) and ensure an efficient approval process.

4.3.2  Prior to initiating activities that have the potential to result in significant adverse environmental, health, and safety impact, the IP shall prepare an ERC/EMMP(s) in the format provided in the Annex 1 of this IEE.  In addition to the specific mitigation measures for the activities listed above, the IP shall consider the use of permeable roads/parking lots, LED lights, the use of UV light for disinfection or liquid to replace gas chorine, and energy efficient electrical equipment with environmental safe guards when considering, planning, and implementing specific sub-activities (among others). After consultation, the COR/AOR, MEO, and BEO shall approve the ERC/EMMP(s) prior to implementation. For each site-specific activity, the ERC/EMMP shall be attached to the signed *Certification of No Adverse or Significant Effects on the Environment* (See Annex B). This should be signed by the IP, COR/AOR, MEO, and BEO. After the IP has finalized its activities at a specific site, the IP shall sign a *Record of Compliance* with the ERC/EMMP (see Annex B) certifying that the organization met all applicable ERC/EMMP conditions and submit it to the COR/AOR.  The COR/AOR shall keep the original for the project files and provide a copy to the MEO and BEO.

4.3.3  ERC/EMMPs shall be captured in annual work plans, and therefore budgeted for and reviewed for adequacy at least annually. This includes ensuring that the IP receives all available activity background information, and a qualified subcontractor performs any necessary environmental or climate testing or identification of hazards to be mitigated (e.g. flood prone areas; lead paint, mold, and asbestos floor tiling; and glue and asbestos roof tile and insulation).

4.3.4  Changes in activities and their associated ERC/EMMPs shall necessitate amending the IEE or issuing a Memo to the File (depending on extent and potential impact of the changes).

4.4  USAID Monitoring and Reporting

4.4.1  The AOR/COR, with the support of the MEO, is responsible for monitoring compliance of activities by means of desktop reviews and site visits.

4.4.2  If at any time the project is found to be out of compliance with the IEE, the AOR/COR or MEO shall immediately notify the BEO.

4.4.3  A summary report of Mission's compliance relative to this IEE shall be sent to the BEO on an annual basis, normally in connection with preparation of the Mission's annual environmental compliance report required under ADS 203.3.8.5 and 204.3.3.

4.4.4  The BEO or his/her designated representative may conduct site visits or request additional information for compliance monitoring purposes to ensure compliance with this IEE, as necessary.

4.5  Implementing Partner (IP) Monitoring and Reporting

DCN: 2018-UKR-031

4.5.1    If an individual activity is found to pose significant adverse environmental effects that have not been identified and addressed in the attached EMMP(s), or EMMPs that were subsequently approved for the project, new EMMPs shall be developed to include environmental safeguards for such effects.

4.5.2    IPs shall report on environmental compliance requirements as part of their routine project reporting to USAID.

4.5.3    IPs shall assure that sub-grantees and subcontractors have the capability to implement the relevant requirements of this IEE. The IP shall develop a separate grant manual for this activity. The IP shall integrate their ERC/EMMP into their project work plan and budgets, implement the ERC/EMMP, and report on its implementation as an element of regular project performance reporting. The IP also shall assure that subcontractors and sub-grantees integrate implementation of IEE conditions, where applicable, into their own project work plans and budgets and report on their implementation as an element of sub-contract or grant performance reporting. The IP shall, as and if appropriate, provide training to sub-grantees and subcontractors in their environmental compliance responsibilities and in environmentally sound design and management of their activities.

- The Mission shall assure that any future contracts or agreements for implementation of these activities, and/or significant modification to current contracts/agreements shall reference and require compliance with the conditions set out in this IEE.
- The IP shall assure that future sub-contracts and sub-grant agreements, and/or significant modifications to existing agreements, reference and require compliance with relevant elements of these conditions.

## 5  Mandatory Inclusion of Requirements in Solicitations, Awards, Budgets and Work plans

5.3    Appropriate environmental compliance language, including limitations defined in Section 6, shall be incorporated into solicitations and awards for this activity and projects budgets shall provide for adequate funding and human resources to comply with requirements of this IEE.

5.4    Solicitations shall include Statements of Work with task(s) for meeting environmental compliance requirements and appropriate evaluation criteria.

5.5    Environmental mitigation and monitoring requirements, when available, shall also be included in solicitations and awards.

5.6    The IP shall incorporate conditions set forth in this IEE into their annual work plans.

5.7    The IP shall ensure annual work plans do not prescribe activities that are defined as limitations, as defined in Section 6.

5.8    The USAID Mission will include an indicator for environmental compliance as part of the project's performance monitoring plan.

## 6  Limitations of this IEE:  This IEE does not cover activities (and therefore should changes in scope implicate any of the issues/activities listed below, a BEO-approved amendment shall be required), that:

6.3    Normally have a significant effect on the environment under §216.2(d)(1) [See http://www.usaid.gov/our_work/environment/compliance/regulations.html]

6.4    Support project preparation, project feasibility studies, engineering design for activities listed in §216.2(d)(1);

DCN: 2018-UKR-031

6.4.1.1  IPs should consider Opportunities listed for Activities rated as Low climate risk in Annex A as feasible.

6.5  Affect endangered species;

6.6  Result in wetland or biodiversity degradation or loss;

6.7  Support extractive industries (e.g. mining and quarrying);

6.8  Promote timber harvesting;

6.9  Provide support for regulatory permitting;

6.10    Result in privatization of industrial or infrastructure facilities;

6.11    Lead to new construction of buildings or other structures;

6.12    Assist the procurement (including payment in kind, donations, guarantees of credit) or use (including handling, transport, fuel for transport, storage, mixing, loading, application, cleanup of spray equipment, and disposal) of pesticides or activities involving procurement, transport, use, storage, or disposal of toxic materials and /or pesticides (cover all insecticides, fungicides, rodenticides, etc. covered under the Federal Insecticide, Fungicide, and Rodenticide Act); and

6.13    Procure or use genetically modified organisms.


# 7  Revisions

7.3  Under §216.3(a)(9), if new information becomes available that indicates that activities covered by the IEE might be considered major and their effect significant, or if additional activities are proposed that might be considered major and their adverse effect significant, this environmental threshold decision will be reviewed and, if necessary, revised by the Mission with concurrence by the BEO.  It is the responsibility of the USAID COR/AOR to keep the MEO and BEO informed of any new information or changes in the activity that might require revision of this IEE.

8    **Recommended Determination for Categorical Exclusion:**

Approval: _____    4-13-18
Susan K. Fritz, Mission Director    Date

Clearance: _____    4/12/18
John A. Pennell, Deputy Mission Director    Date

Clearance: _____    4/10/8
Joel Sandefur, Regional Legal Advisor    Date

Clearance: _____    4/10/2018
David Hatch, Program Office Director    Date

Clearance: _____    04/10/18
Larissa Piskunova, Deputy Mission Environmental    Date
Officer

Clearance: _____    04/10/18
Jacob Morrin, COR    Date

Concurrence: _____    4/16/2018
Mark Kamiya    Date
E&E Bureau Environmental Officer

**Distribution:**
IEE File
MEO (to also provide a copy to AOR/COR)

Attachments:    Annex A: Climate Risk Screening and Management Tool for
Activity/Project/Strategy Design

Annex B: Environmental Review Checklist (ERC) for Identifying Potential
Environmental Impacts of Project Activities and Processes/ Environmental
Mitigation and Monitoring Plan
(EMMP)

DCN: 2018-UKR-031

Annex A: ERA - Climate Risk Screening and Management Tool for Activity Design
ACTIVITY CRM TOOL OUTPUT MATRIX: CLIMATE RISKS, OPPORTUNITIES, AND ACTIONS

| 1.1: Defined or Anticipated Tasks or Interventions* | 1.2: Time-frame | 1.3: Geo-graphy | 2: Climate Risks* | 3: Adaptive Capacity | 4: Climate Risk Rating* | 5: Opportunities* | 6.1: Climate Risk Management Options | 6.2: How Climate Risks Are Addressed in the Activity* | 7: Next Steps for Activity Implementation | 8: Accepted Climate Risks* |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.1 Interventions that increase net investment in supported businesses and industries<br><br>1.2 Interventions that increase the number of new businesses in supported industries<br><br>1.3 Interventions that increase the number of jobs in supported businesses and industries<br><br>1.4 Intervention for rapidly assessing and responding to the immediate economic needs of entrepreneurs and SMEs in eastern Ukraine<br><br>1.5 Interventions for coordinating work with humanitarian and stabilization actors | 0-20 years | Donbas | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures -Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health -Disproportionate impacts to displaced | -Climate change information exists via international and national legal mechanisms but is often not communicated to stakeholders -Institutions are in place to govern shared use of resources and manage instances of conflict that may be exacerbated by climate change -The capacity of local institutions and civil society organizations to develop strategies for conflict-to-peace transitions that account for climate change is low -Policies and institutions exist but are not well situated to help marginalized populations, such as | Low | - Monitoring, early warning models, and response protocols in conflict areas that take climate change into account may be helpful for communicating climate change information to involved parties, including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas. - Incorporation of climate change | Look for opportunities to leverage climate change mitigation and adaptation activities to advance post conflict reconstruction -Support changes to policies and laws that contribute to poor resource management and increased scarcity -Support participation and inclusion, especially of marginalized populations, in climate change adaptation planning processes at the local, regional, and national level | Climate risk rating is Low and as such is not required to be addressed, although will be considered feasible. | N/A | N/A |

DCN: 2018-UKR-031

| | | |
|---|---|---|

populations from storms, droughts and heat waves based on increased exposure and decreased access to services
-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events
-Interference with resettlement of ex-combatants due to property and infrastructure damage
-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged drought
-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather events

women, LGBTI individuals, and persons with disabilities, address climate change
-Funding is not allocated to support monitoring and research on potential climate risks to conflict resolution and stabilization
-Financial resources are not allocated for governance and peacebuilding to invest in climate risk management

information and potential impacts in political and peacebuilding communication systems will help mitigate potential climate-related impacts and conflicts
- Provision of related skills for combatants to address current or predicted changes in precipitation, temperature, and storm surges will increase their adaptive capacity and resilience
- Efforts to identify and support IDPs/ combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration
- Any development of local or national policy should include consideration and language related to mitigating climate risk.
- Civic groups should be trained to consider climate impacts including through monitoring, models and

-Integrate climate change considerations in decision-making to improve governance and peace and security
-Conduct a climate-sensitive conflict analysis that considers how climate change might influence the following three conflict-relevant factors: the context, institutional, performance, and key actors' interests, resources, and strategies
-Conduct a problem diagnosis linked with project design, identifying a peacebuilding or related development objective in terms of its economic, political, social, and cultural context. Then, determine which inputs and enabling conditions must be supported to achieve that goal

DCN: 2018-UKR-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | protocols | | | | | |
| 1.6 Interventions for assessing and responding to small-scale infrastructure needs as it pertains to economic growth in the region<br><br>1.7 Small-scale rehabilitated infrastructure<br><br>1.8 Interventions that improve the economic resilience and increase economic opportunities for IDPs and other vulnerable groups | 0-40 years | Donbas | Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events) -Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures -Damage to structures and infrastructure due to increasing frequency and/or intensity of heat waves, landslides, damages to power lines from high winds, and erosion, particularly in coastal areas -Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or intensity of heavy rainfall events -Decreased access to and utilization of constructed building and infrastructure, including potential evacuation of | Although some steps have been taken within the institutional framework to expand knowledge base on climate change, the developments have been modest and climate change information is generally not well incorporated in planning -Climate change information is not incorporated into planning to support displaced populations and not included in emergency planning -While the country and region have access to educated and trained engineers and infrastructure planning professionals, these individuals have limited training on identifying and addressing climate change risks -Building codes do not reflect risks from climate change - National or sub-national infrastructure guidelines and standards do not take account of climate change - National and local | High | -Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations -Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from services; when services support marginalized populations, overall equity can be improved -Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of development investment and progress -Improved infrastructure and building resilience can increase willingness of foreign donors and investors to invest in the region | - Include climate risk language and considerations in all sub grant or micro grant documentation. -Promote labor standards that ensure construction workers are protected from extreme weather events and heat stress -Support development of emergency preparedness and response planning for extreme weather events, including support and evacuation (e.g., for workers during construction and for Infrastructure/building users/occupants) as well as system redundancy -Support development of contingency budget reserves and/or insurance mechanisms to address damages and/or unexpected | To complete following engagement with Mission upon finalization of details of these activities | -Review, conduct and/or improve site or activity-specific assessment of potential climate risks (including historical and project climate info) for construction locations -Ensure identified climate risks to planned infrastructure and buildings are considered and managed as part of activity design -Require consideration of alternative locations | To complete following engagement with Mission upon finalization of details of these activities |

DCN: 2018-UKR-031

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br>-Increased health and safety risk on area that undergo significant land use change (e.g., as part of public park development) due to heavy rainfall events and erosion | planning, budgeting and emergency response capabilities and systems are in place but not very efficient<br>-Financial resources are not committed to support design and materials to address climate change risks | | -Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can used for early warning and emergency response activities, including in support of climate risk management for other IRs. Baseline information available includes city or settlement general plans of development, road maps, topographic maps, and other locally-available data.<br>-Efforts to improve both national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br>-Opportunities to select climate risk management activities that also reduce greenhouse gas emissions (e.g., through choice of construction materials and designs to reduce | service disruption<br>-Promote use of best practices and local knowledge to integrate design measures to address specific potential climate stressors (e.g., use more resilient materials or construction methods, or design for future upgrades/repairs)<br>-Ensure climate risks are considered when determining locations for infrastructure and building, including how extreme weather events might affect both built construction itself along with its access and use<br>-Promote improved, climate-informed construction and building design standards and codes, both at the national level and local levels | | if proposed site faces higher climate risks (e.g., wildfires, high winds, storms, or other site-specific threats) than other potential, appropriate locations<br>-Encourage access and use of regulated climate services (data, information, communication) in strategic planning, management and budgeting for activities<br>-Where appropriate, include specific language on climate risk screening |

DCN: 2018-UKR-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | energy use)<br>-Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post-conflict reconstruction, including provision of relevant climate information to stakeholders and potential impacts<br>- Any development of local or national policy should include consideration and language related to mitigating climate risk.<br>- Efforts to identify and support IDPs/combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration | | | and management in Scopes of Work, Requests for Applications, and Requests for Interest, Engineering Designs, and similar solicitation, procurement, and planning documentation<br>- Require consideration of emergency and contingency planning and budgeting for extreme weather events as part of project/activity design and implementation |
| 2.1 Intervention that increase the number of Donbas | 0-20 years | Donbas | -Political instability, social unrest and | -Climate change information exists via | Low | - Monitoring, early warning models, | Look for opportunities to | Climate risk rating is Low and | N/A | N/A |

DCN: 2018-UKR-031

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| residents trained in skills required by emerging industries | | | worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures -Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the agricultural sector, water resources, natural resources, energy and human health -Disproportionate impacts to displaced populations from storms, droughts and heat waves based on increased exposure and decreased access to services -Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events -Interference with | international and national legal mechanisms but is often not communicated to stakeholders -Institutions are in place to govern shared use of resources and manage instances of conflict that may be exacerbated by climate change -The capacity of local institutions and civil society organizations to develop strategies for conflict-to-peace transitions that account for climate change is low -Policies and institutions exist but are not well situated to help marginalized populations, such as women, LGBTI individuals, and persons with disabilities, address climate change -Funding is not allocated to support monitoring and research on potential climate risks to conflict resolution and stabilization -Financial resources are not allocated for governance and peacebuilding to invest in climate risk management | | and response protocols in conflict areas that take climate change into account may be helpful for communicating climate change information to involved parties, including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is responsible for this monitoring throughout Ukraine, including in Donbas.  - Incorporation of climate change information and potential impacts in political and peacebuilding communication systems will help mitigate potential climate-related impacts and conflicts - Provision of related skills for combatants to address current or predicted changes in precipitation, temperature, and storm surges will | leverage climate change mitigation and adaptation activities to advance post conflict reconstruction -Support changes to policies and laws that contribute to poor resource management and increased scarcity -Support participation and inclusion, especially of marginalized populations, in climate change adaptation planning processes at the local, regional, and national level -Integrate climate change considerations in decision-making to improve governance and peace and security -Conduct a climate-sensitive conflict analysis that considers how climate change might influence the following three conflict-relevant factors: the context, | as such is not required to be addressed, although will be considered feasible. | | |
| 2.2 Interventions that increase the number of sustainable training providers in the region | | | | | | | |
| 2.3 Interventions that increase the number of new university programs developed to the emerging knowledge and skill needs of the region | | | | | | | |
| 2.4 Interventions that increase the advocacy role of new or existing small business organizations | | | | | | | |
| 2.5 Interventions that increase in the competitiveness of Donbas municipalities relative to others | | | | | | | |
| 2.6 Interventions that increase access to finance in the region | | | | | | | |
| 2.7 Interventions that increase economic activity between the Donbas businesses and businesses or buyers elsewhere in Ukraine, the EU, and other international markets | | | | | | | |
| 2.8 Interventions that increase the role of the Ukrainian cities outside of Donetsk and Luhansk – such as Kharkiv, Dnipro, Zaporizhzhia, and other Ukrainian cities – in the economy of the Donbas | | | | | | | |

DCN: 2018-UKR-031

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | resettlement of ex-combatants due to property and infrastructure damage<br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged drought<br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather events | | (highlighted yellow) | increase their adaptive capacity and resilience<br>- Efforts to identify and support IDPs/combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration<br>- Any development of local or national policy should include consideration and language related to mitigating climate risk.<br>- Civic groups should be trained to consider climate impacts including through monitoring, models and protocols | institutional, performance, and key actors' interests, resources, and strategies<br>-Conduct a problem diagnosis linked with project design, identifying a peacebuilding or related development objective in terms of its economic, political, social, and cultural context. Then, determine which inputs and enabling conditions must be supported to achieve that goal | | |
| 2.9 Small-scale rehabilitated infrastructure | 0-40 years | Donbas | Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events)<br>-Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures<br>-Damage to structures and infrastructure due | Although some steps have been taken within the institutional framework to expand knowledge base on climate change, the developments have been modest and climate change information is generally not well incorporated in planning<br>-Climate change information is not incorporated into planning to support | High (highlighted red) | -Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations<br>-Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from | - Include climate risk language and considerations in all sub grant or micro grant documentation.<br>-Promote labor standards that ensure construction workers are protected from extreme weather events and heat stress<br>-Support development of | To complete following engagement with Mission upon finalization of details of these activities | -Review, conduct and/or improve site or activity-specific assessment of potential climate risks (including historical and project climate | To complete following engagement with Mission upon finalization of details of these activities |

DCN: 2018-UKR-031

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | to increasing frequency and/or intensity of heat waves, landslides, damages to power lines from high winds, and erosion, particularly in coastal areas<br>-Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or intensity of heavy rainfall events<br>-Decreased access to and utilization of constructed building and infrastructure, including potential evacuation of occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br>-Increased health and safety risk on area that undergo significant | displaced populations and not included in emergency planning<br>-While the country and region have access to educated and trained engineers and infrastructure planning professionals, these individuals have limited training on identifying and addressing climate change risks<br>-Building codes do not reflect risks from climate change<br>- National or sub-national infrastructure guidelines and standards do not take account of climate change<br>- National and local planning, budgeting and emergency response capabilities and systems are in place but not very efficient<br>-Financial resources are not committed to support design and materials to address climate change risks | | services; when services support marginalized populations, overall equity can be improved<br>-Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of development investment and progress<br>-Improved infrastructure and building resilience can increase willingness of foreign donors and investors to invest in the region<br>-Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can used for early warning and emergency response activities, including in support of climate risk management for other IRs. Baseline information available includes city or settlement general plans of development, road maps, topographic | emergency preparedness and response planning for extreme weather events, including support and evacuation (e.g., for workers during construction and for Infrastructure/building users/occupants) as well as system redundancy<br>-Support development of contingency budget reserves and/or insurance mechanisms to address damages and/or unexpected service disruption<br>-Promote use of best practices and local knowledge to integrate design measures to address specific potential climate stressors (e.g., use more resilient materials or construction methods, or design for future upgrades/repairs)<br>-Ensure climate risks are considered when determining locations for | info) for construction locations<br>-Ensure identified climate risks to planned infrastructure and buildings are considered and managed as part of activity design<br>-Require consideration of alternative locations if proposed site faces higher climate risks (e.g., wildfires, high winds, storms, or other site-specific threats) than other potential, appropriate locations<br>-Encourage access and | |

DCN: 2018-UKR-031

| | | | | | |
|---|---|---|---|---|---|
| land use change (e.g., as part of public park development) due to heavy rainfall events and erosion | | | | maps, and other locally-available data.<br>-Efforts to improve both national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br>-Opportunities to select climate risk management activities that also reduce greenhouse gas emissions (e.g., through choice of construction materials and designs to reduce energy use)<br> -Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post-conflict reconstruction, including provision of relevant climate information to stakeholders and potential impacts<br>- Any development of local or national policy should include consideration and language related to | infrastructure and building, including how extreme weather events might affect both built construction itself along with its access and use<br>-Promote improved, climate-informed construction and building design standards and codes, both at the national level and local levels | use of regulated climate services (data, information, communication) in strategic planning, management and budgeting for activities<br>-Where appropriate, include specific language on climate risk screening and management in Scopes of Work, Requests for Applications, and Requests for Interest, Engineering Designs, and similar solicitation, procurement, and |

DCN: 2018-UKR-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | mitigating climate risk.<br>- Efforts to identify and support IDPs/ combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration | | | planning documentation<br>- Require consideration of emergency and contingency planning and budgeting for extreme weather events as part of project/activity design and implementation | |
| 3.1 Interventions that assist regional coalitions to establish a new economic vision for the future of the Donbas and establish leadership for economic change<br>3.2 Interventions that help to establish a shared vision amongst residents of the Donbas for regional transformation<br>3.3 Interventions that help local actors to take concrete steps to make the shared vision a reality<br>3.4 Interventions that increase Donbas residents' awareness of positive role models, such as successful entrepreneurs and leaders of | 0-20 years | Donbas | -Political instability, social unrest and worsened economic and infrastructure conditions due to increased frequency and/or intensity of extreme weather events such as droughts, decreased water availability and quality, and increasing temperatures<br>-Undermined financial and economic reintegration objectives, including innovation and retooling of high-value industries, due to climate impacts on the | -Climate change information exists via international and national legal mechanisms but is often not communicated to stakeholders<br>-Institutions are in place to govern shared use of resources and manage instances of conflict that may be exacerbated by climate change<br>-The capacity of local institutions and civil society organizations to develop strategies for conflict-to-peace transitions that | Low | - Monitoring, early warning models, and response protocols in conflict areas that take climate change into account may be helpful for communicating climate change information to involved parties, including through local media warnings of severe weather events and information on how to respond. The GOU Hydro-Meteorological Service is | Look for opportunities to leverage climate change mitigation and adaptation activities to advance post conflict reconstruction<br>-Support changes to policies and laws that contribute to poor resource management and increased scarcity<br>-Support participation and inclusion, especially of marginalized | Climate risk rating is Low and as such is not required to be addressed, although will be considered feasible. | N/A | N/A |

DCN: 2018-UKR-031

| | | | | |
|---|---|---|---|---|
| small or medium enterprises in the community, especially women | agricultural sector, water resources, natural resources, energy and human health<br>-Disproportionate impacts to displaced populations from storms, droughts and heat waves based on increased exposure and decreased access to services<br>-Exacerbated inequalities experienced by marginalized populations (e.g., increased vulnerability of women and children to sexual violence and abuse) during and after extreme weather events<br>-Interference with resettlement of ex-combatants due to property and infrastructure damage<br>-Exacerbated underlying conflicts and reduced citizen security in post-conflict areas due to food and water shortages from prolonged drought<br>-Impacts to implementation of in-person trainings, meetings, events and capacity building activities due to extreme weather | account for climate change is low<br>-Policies and institutions exist but are not well situated to help marginalized populations, such as women, LGBTI individuals, and persons with disabilities, address climate change<br>-Funding is not allocated to support monitoring and research on potential climate risks to conflict resolution and stabilization<br>-Financial resources are not allocated for governance and peacebuilding to invest in climate risk management | responsible for this monitoring throughout Ukraine, including in Donbas.<br> - Incorporation of climate change information and potential impacts in political and peacebuilding communication systems will help mitigate potential climate-related impacts and conflicts<br>- Provision of related skills for combatants to address current or predicted changes in precipitation, temperature, and storm surges will increase their adaptive capacity and resilience<br>- Efforts to identify and support IDPs/combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration<br>- Any development of local or national policy should include consideration and language related to mitigating climate | populations, in climate change adaptation planning processes at the local, regional, and national level<br>-Integrate climate change considerations in decision-making to improve governance and peace and security<br>-Conduct a climate-sensitive conflict analysis that considers how climate change might influence the following three conflict-relevant factors: the context, institutional, performance, and key actors' interests, resources, and strategies<br>-Conduct a problem diagnosis linked with project design, identifying a peacebuilding or related development objective in terms of its economic, political, social, and cultural context. Then, |
| 3.5 Interventions that increase the willingness of Donbas residents to invest in improving their knowledge and skills, remain in the region, or establish new economic ventures in the region | | | | |
| 3.6 Interventions that improve perceptions about the role of the transformed economy in future of Ukraine | | | | |

DCN: 2018-UKR-031

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | events | | High (yellow) | risk.<br>- Civic groups should be trained to consider climate impacts including through monitoring, models and protocols | determine which inputs and enabling conditions must be supported to achieve that goal | | |
| 3.7 Small-scale rehabilitated infrastructure. | 0-40 years | Donbas | Construction workers may face increased risk of heat exhaustion or impacts of climate-related extreme events (e.g., extreme heat events and other extreme events)<br>-Premature deterioration of structures/equipment, including building materials, from thermal stress, due to increased temperatures<br>-Damage to structures and infrastructure due to increasing frequency and/or intensity of heat waves, landslides, damages to power lines from high winds, and erosion, particularly in coastal areas<br>-Water damage to buildings/equipment, disruption of businesses and services and increase in maintenance and repair costs due to increased frequency and/or intensity of heavy rainfall events<br>-Decreased access to | Although some steps have been taken within the institutional framework to expand knowledge base on climate change, the developments have been modest and climate change information is generally not well incorporated in planning<br>-Climate change information is not incorporated into planning to support displaced populations and not included in emergency planning<br>-While the country and region have access to educated and trained engineers and infrastructure planning professionals, these individuals have limited training on identifying and addressing climate change risks<br>-Building codes do not reflect risks from climate change<br>- National or sub-national infrastructure | High | -Increased resilience of building and infrastructure to extreme weather events could increase resilience during conflict situations<br>-Improving resilience of public service and health-related buildings and infrastructure (and their access) increases ability for populations to benefit from services; when services support marginalized populations, overall equity can be improved<br>-Demonstrating improved infrastructure and building resilience near the contact line can improve perceptions of development investment and progress<br>-Improved infrastructure and building resilience | - Include climate risk language and considerations in all sub grant or micro grant documentation.<br>-Promote labor standards that ensure construction workers are protected from extreme weather events and heat stress<br>-Support development of emergency preparedness and response planning for extreme weather events, including support and evacuation (e.g., for workers during construction and for Infrastructure/building users/occupants) as well as system redundancy<br>-Support development of contingency | To complete following engagement with Mission upon finalization of details of these activities | -Review, conduct and/or improve site or activity-specific assessment of potential climate risks (including historical and project climate info) for construction locations<br>-Ensure identified climate risks to planned infrastructure and buildings are considered and managed as part of activity design | To complete following engagement with Mission upon finalization of details of these activities |

DCN: 2018-UKR-031

| | | | and utilization of constructed building and infrastructure, including potential evacuation of occupants, due to impacts on transportation routes and systems from landslides and erosion, particularly in coastal areas<br>-Deteriorated health and health care access due to impacts on building and access routes for health-related construction and access routes (e.g., hospitals, clinics, and water/sanitation facilities)<br>-Increased health and safety risk on area that undergo significant land use change (e.g., as part of public park development) due to heavy rainfall events and erosion | guidelines and standards do not take account of climate change<br>- National and local planning, budgeting and emergency response capabilities and systems are in place but not very efficient<br>-Financial resources are not committed to support design and materials to address climate change risks | | can increase willingness of foreign donors and investors to invest in the region<br>-Mechanisms developed to collect and use climate data to improve infrastructure and construction planning can used for early warning and emergency response activities, including in support of climate risk management for other IRs. Baseline information available includes city or settlement general plans of development, road maps, topographic maps, and other locally-available data.<br>-Efforts to improve both national building codes and their implementation can be leveraged to increase overall sustainability and resilience for infrastructure and buildings<br>-Opportunities to select climate risk management activities that also reduce greenhouse | budget reserves and/or insurance mechanisms to address damages and/or unexpected service disruption<br>-Promote use of best practices and local knowledge to integrate design measures to address specific potential climate stressors (e.g., use more resilient materials or construction methods, or design for future upgrades/repairs)<br>-Ensure climate risks are considered when determining locations for infrastructure and building, including how extreme weather events might affect both built construction itself along with its access and use<br>-Promote improved, climate-informed construction and building design standards and codes, both at the national level and local levels | | -Require consideration of alternative locations if proposed site faces higher climate risks (e.g., wildfires, high winds, storms, or other site-specific threats) than other potential, appropriate locations<br>-Encourage access and use of regulated climate services (data, information, communication) in strategic planning, management and budgeting for activities<br>-Where appropriate, include | |

DCN: 2018-UKR-031

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | gas emissions (e.g., through choice of construction materials and designs to reduce energy use)<br>-Pursue opportunities to leverage climate change mitigation and adaptation activities to advance post-conflict reconstruction, including provision of relevant climate information to stakeholders and potential impacts<br>- Any development of local or national policy should include consideration and language related to mitigating climate risk.<br>- Efforts to identify and support IDPs/ combatants, ensure that they are not placed in highly climate-vulnerable communities, and promote reintegration | | | specific language on climate risk screening and manageme nt in Scopes of Work, Requests for Applicatio ns, and Requests for Interest, Engineerin g Designs, and similar solicitatio n, procureme nt, and planning documenta tion<br>- Require considerati on of emergency and contingenc y planning and budgeting for extreme weather events as part of project/act ivity |

DCN: 2018-UKR-031

| | | | | | | | | | design and implementation | |
|---|---|---|---|---|---|---|---|---|---|---|

DCN: to be assigned by BEU



# ENVIRONMENTAL REVIEW CHECKLIST (ERC) for Identifying Potential Environmental Impacts of Project Activities and Processes/ ENVIRONMENTAL MITIGATION AND MONITORING PLAN (EMMP)
## ERC/EMMP



## for [Activity Name]

Implemented under: [*Project Name*]

DCN: [*of Parent IEE*]

Prepared by: [*Implementer*]

## ENVIRONMENTAL REVIEW CHECKLIST FOR IDENTIFYING POTENTIAL ENVIRONMENTAL IMPACTS OF PROJECT ACTIVITIES AND PROCESSES

The Environmental Review Checklist for Identifying Potential Environmental Impacts of Project Activities and Processes (ERC) and Environmental Mitigation and Monitoring Plan (EMMP)  is intended for use by implementing partners to:  assess activity-specific baseline conditions, including applicable environmental requirements; identify potential adverse environmental effects associated with planned activity(s) and processes; and develop EMMPs that can effectively avoid or adequately minimize the identified effects.  This ERC/EMMP may be substituted for other ERC/EMMP versions that may have been attached to previous initial environmental examinations (IEE).  If implementing partners are in doubt about whether a planned activity requires preparation of an ERC, they should contact their Contracting Officer's Representative (COR)/Agreement Officer's Representative (AOR) for clarification. In turn, the COR/AOR should contact their Mission Environmental Officer (MEO) if they have any questions.  In special circumstances and with approval of the BEO it is possible to have one very comprehensive ERC/EMMP for multiple projects if they are similar in scope.  *(When preparing the ERC/EMMP, please indicate "not applicable" for items that have no bearing on the activity. The ERC/EMMP should be completed by an environmental specialist. **The ERC/EMMP must be completed and approved prior to the activity beginning.**)*

### A. Activity and Site Information

| | |
|---|---|
| Project Name: *(as stated in the triggering IEE)* | |
| Mission/Country: | |
| DCN of Most Recent Triggering IEE or Amendment: | |
| Activity/Site Name: | |
| Type of Activity: | |
| Name of Reviewer and Summary of Professional Qualifications: | |
| Date of Review: | |

### B. Activity Description

1. Activity purpose and need
2. Amount of activity
3. Location of activity
4. Beneficiaries, e.g., size of community, number of school children, etc.
5. Number of employees and annual revenue, if this is a business
6. Implementation timeframe and schedule
7. Detailed description of activity, items that will be purchased (*This section should fully describe what funds are being used for.*)
8. Detailed description of site, e.g., size of the facility or hectares of land; steps that will be taken to accomplish the activity;

DCN: to be assigned by BEU

9. Existing or planned certifications, e.g., ISO 14001 EMS, ISO 9000, HCCP, SA 8000, Global Gap, Environmental Product Declarations, Eco Flower, EcoLogo, Cradle to Cradle, UL Environment, GREENGUARD, Fair Trade, Green Seal, LEED, or various Forest Certifications

10. Site map, e.g., provide an image from Google Earth of the location

11. Photos of site, items to be purchased, engineering construction plans *(when available)*

## C. Activity-Specific Baseline Environmental Conditions

1. Population characteristics
2. Geography
3. Natural resources, e.g., nearby forest/protected areas, ground and surface water resources
4. Current land use and owner of land
5. Proximity to public facilities, e.g. schools, hospitals, etc.
6. Other relevant description of current environmental conditions in proximity to the activity

## D. Legal, Regulatory, and Permitting Requirements

1. National environmental impact assessment requirements for this activity
2. Applicable National or local permits for this activity, responsible party, and schedule for obtaining them:

| Permit Type | Responsible party | Schedule |
|---|---|---|
| Zoning | | |
| Building/Construction | | |
| Source Material Extraction | | |
| Waste Disposal | | |
| Wastewater | | |
| Storm Water Management | | |
| Air Quality | | |
| Water Use | | |
| Historical or Cultural Preservation | | |
| Wetlands or Water bodies | | |
| Threatened or Endangered Species | | |
| *Other* | | |

3. Additional National, European Union, or other international environmental laws, conventions, standards with which the activity might be required to comply
   a. Air emission standards
   b. Water discharge standards
   c. Solid waste disposal or storage regulations
   d. Hazardous waste storage and disposal
   e. Historical or cultural preservation
   f. *Other*

## E. Engineering Safety and Integrity *(for Sections E. and F., provide a discussion for any of the listed issues that are yes answers and likely to have a bearing on this activity)*

1. Will the activity be required to adhere to formal engineering designs/plans? Have these been or will they be developed by a qualified engineer? If yes, attach the plans to the ERC/EMMP.

DCN: to be assigned by BEU

2. Do designs/plans effectively and comprehensively address:
   a. Management of storm water runoff and its effects?
   b. Reuse, recycling, and disposal of construction debris and by-products?
   c. Energy efficiency and/or preference for renewable energy sources?
   d. Pollution prevention and cleaner production measures?
   e. Maximum reliance on green building or green land-use approaches?
   f. Emergency response planning?
   g. Mitigation or avoidance of occupational safety and health hazards?
   h. Environmental management of mobilization and de-mobilization?
   i. Capacity of the host country recipient organization to sustain the environmental management aspects of the activity after closure and handover?
3. Are there known geological hazards, e.g., faults, landslides, or unstable soil structure, which could affect the activity?  If so, how will the project ensure structural integrity?
4. Will the site require grading, trenching, or excavation?  Will the activity generate borrow pits?  If so, how will these be managed during implementation and closure?
5. Will the activity cause interference with the current drainage systems or conditions?  Will it increase the risk of flooding?
6. Will the activity interfere with above- or below-ground utility transmission lines, e.g., communications, water, sewer, or natural gas?
7. Will the activity potentially interfere with vehicle or pedestrian traffic?
8. Does the activity increase the risk of fire, explosion, or hazardous chemical releases?
9. Does the activity require disposal or retrofitting of polychlorinated biphenyl-containing equipment, e.g., transformers or florescent light ballasts?


F. **Environment, Health, and Safety Consequences**
   1. **Potential impacts to public health and well-being**
      a. Will the activity require temporary or permanent property land taking?
      b. Will activities require temporary or permanent human resettlement?
      c. Will area residents and/or workers be exposed to pesticides, fertilizer, or other toxic substances, e.g., as a result of farming or manufacturing?  If yes, then there should be an approved, current PERSUAP on file and discuss how it will be used in this situation. If so, how will the project:
         i. Ensure that these chemicals do not contaminate ground or surface water?
         ii. Ensure that workers use protective clothing and equipment to prevent exposure?
         iii. Control releases of these substances to air, water, and land?
         iv. Restrict access to the site to reduce the potential for human exposure?
      d. Will the activity generate pesticide, chemical, or industrial wastes?  Could these wastes potentially contaminate soil, groundwater or surface water?
      e. Will chemical containers be stored at the site?
      f. Does the activity remove asbestos-containing materials or use of building materials that may contain asbestos, formaldehyde, or other toxic materials?

DCN: to be assigned by BEU

Can the project certify that building materials are non-toxic?  If so, how will these wastes be disposed of?

g. Will the activity generate other solid or hazardous wastes such as construction debris, dry or wet cell batteries, florescent tubes, aerosol cans, paint, solvents, etc.?  If so, how will this waste be disposed of?

h. Will the activity generate nontoxic, nonhazardous solid wastes (subsequently requiring land resources for disposal)?

i. Will the activity pose the need to handle and dispose of medical wastes?  If so, describe measures of ensuring occupational and public health and safety, both onsite and offsite.

j. Does the activity provide a new source of drinking water for a community?  If so, how will the project monitor water quality in accordance with health standards?

k. Will the activity potentially disturb soil contaminated with toxic or hazardous materials?

l. Will activities, e.g., construction, refurbishment, demolition, or blasting, result in increased noise or light pollution, which could adversely affect the natural or human environment?

2. Atmospheric and air quality impacts

a. Will the activity result in increased emission of air pollutants from a vent or as fugitive releases, e.g., soot, sulfur dioxide, oxides of nitrogen, volatile organic compounds, methane.

b. Will the activity involve burning of wood or biomass?

c. Will the activity install, operate, maintain, or decommission systems containing ozone depleting substances, e.g., freon or other refrigerants?

d. Will the activity generate an increase in carbon emissions?

e. Will the activity increase odor and/or noise?

3. Water quality changes and impacts

a. *How far is the site located from the nearest river, stream, or lake? (Non-yes/no question)*

b. Will the activity disturb wetland, lacustrine, or riparian areas?

c. *What is the depth to groundwater at the site? (Non-yes/no question)*

d. *Will the activity result in increased ground or surface water extraction?  If so, what are the volumes? Permit requirements? (Non-yes/no question)*

e. Will the activity discharge domestic or industrial sewage to surface, ground water, or publicly-owned treatment facility?

f. Does the activity result in increased volumes of storm water run-off and/or is there potential for discharges of potentially contaminated (including suspended solids) storm water?

g. Will the activity result in the runoff of pesticides, fertilizers, or toxic chemicals into surface water or groundwater?

h. Will the activity result in discharge of livestock wastes such as manure or blood into surface water?

i. Does the site require excavation, placing of fill, or substrate removal (e.g., gravel) from a river, stream or lake?

DCN: to be assigned by BEU

4. Land use changes and impacts
    a. Will the activity convert fallow land to agricultural land?
    b. Will the activity convert forest land to agricultural land?
    c. Will the activity convert agricultural land to commercial, industrial, or residential uses?
    d. Will the activity require onsite storage of liquid fuels or hazardous materials in bulk quantities?
    e. Will the activity result in natural resource extraction, e.g., granite, limestone, coal, lignite, oil, or gas?
    f. Will the activity alter the viewshed of area residents or others?

5. Impacts to forestry, biodiversity, protected areas and endangered species
    a. Is the site located adjacent to a protected area, national park, nature preserve, or wildlife refuge?
    b. Is the site located in or near threatened or endangered (T&E) species habitat?  Is there a plan for identifying T&E species during activity implementation?  If T&E species are identified during implementation, is there a formal process for halting work, avoiding impacts, and notifying authorities?
    c. Is the site located in a migratory bird flight or other animal migratory pathway?
    d. Will the activity involve harvesting of non-timber forest products, e.g., mushrooms, medicinal and aromatic plants (MAPs), herbs, or woody debris?
    e. Will the activity involve tree removal or logging?  If so, please describe.

6. Historic or cultural resources
    a. Are there cultural or historic sites located at or near the site?  If so, what is the distance from these?  What is the plan for avoiding disturbance or notifying authorities?
    b. Are there unique ethnic or traditional cultures or values present in the site?  If so, what is the applicable preservation plan?

G. **Further** Analysis of Recommended Actions *(Most activities will have a threshold determinations of negative determination with conditions.)*

☐ 1. **Categorical Exclusion:**  The activity is not likely to have an effect on the natural or physical environment.  No further environmental review is required.* (This is rarely used in the ERC/EMMP.)

☐ 2. **Negative Determination with Conditions:**  The activity does not have potentially significant adverse environmental, health, or safety effects, but may contribute to minor impacts that can be eliminated or adequately minimized by appropriate mitigation measures.  ERC/EMMPs shall be developed, approved by the Mission Environmental Officer (MEO) and the BEO **prior to beginning the activity**, incorporated into workplans, and then implemented.  For activities related to the procurement, use, or training related to pesticides, a PERSUAP will be prepared for BEO approval, PERSUAPS are considered amendments to the IEE and usually Negative Determination with Conditions. See Sections H and I below.*

☐ 3. **Positive Determination:**  The activity has potentially significant adverse environmental effects and requires further analysis of alternatives, solicitation of stakeholder input, and incorporation of environmental considerations into activity design.  A Scoping Statement (SS) must be prepared and be submitted to the BEO for approval.  Following BEO approval of the SS an Environmental Assessment (EA) will be conducted.  The activity may not be implemented until the BEO clears the final EA. If the Parent IEE does not have Positive

DCN: to be assigned by BEU

Determination as one of the threshold determinations, the IEE needs to be amended.

☐ 4. **Activity Cancellation:** The activity poses significant and unmitigable adverse environmental effects. Adequate ERC/EMMPs cannot be developed to eliminate these effects and alternatives are not feasible. The project is not recommended for funding.

> \* **Note regarding applicability related to Pesticides** (216.2(e): The exemptions of §216.2(b)(l) and the categorical exclusions of §216.2(c)(2) *such as technical assistance, education, and training* are not applicable to assistance for the procurement or use of pesticides.

H. **EMMPs** *(Using the format provided below list the processes that comprise the activity, then for each, identify impacts requiring further consideration, and for each impact describe the mitigation and monitoring measures that will be implemented to avoid or adequately minimize the impacts. All environment, health, and safety impacts requiring further consideration, which were identified in Section F., should be addressed)*

1. Activity-specific environmental mitigation plan (**Upon request, the MEO may be able to provide your project with example EMMPs that are specific to your activity.**)

| Processes | Identified Environmental Impacts | Do the Impacts Require Further Consideration? | Mitigation Measures | Monitoring Indicators |
|---|---|---|---|---|
| *List all the processes that comprise the activity(s) (e.g. asbestos roof removal, installation of toilets, remove and replace flooring) A line should be included for each process.* | *A single process may have several potential impacts—provide a separate line for each.* | *For each impact, indicate **Yes** or **No**; if **No**, provide justification, e.g.,: (1) There are no applicable legal requirements including permits or reporting and (2) There is no relevant community concern and (3) Pollution prevention is not feasible or practical and (4) Does not pose a risk because of low severity, frequency, or duration* | *For each impact requiring further consideration, describe the mitigation measures that will avoid or adequately minimize the impact. (If mitigation measures are well-specified in the IEE, quote directly from IEE.)* | *Specify indicators to (1) determine if mitigation is in place and (2) successful.*<br><br>*For example, visual inspections for seepage around pit latrine; sedimentation at stream crossings, etc.)* |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

2. Activity-specific monitoring plan

DCN: to be assigned by BEU

| Monitoring Indicators | Monitoring and Reporting Frequency | Responsible Parties | Records Generated |
|---|---|---|---|
| *Specify indicators to (1) determine if mitigation is in place and (2) successful (for example, visual inspections for seepage around pit latrine; sedimentation at stream crossings, etc.)(Taken from column 5 of the environmental mitigation plan above.)* | *For example: "Monitor weekly, and report in quarterly reports. If XXX occurs, immediately inform USAID COR/AOR."* | *Separate parties responsible for mitigation from those responsible for reporting, whenever appropriate,* | *If appropriate, describe types of records generated by the mitigation, monitoring, and reporting process.* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Mission / Project

DCN: to be assigned by BEU

## ERC/EMMP ANNEX 1

### Certification of No Adverse or Significant Effects on the Environment

I, the undersigned, certify that activity-specific baseline conditions and applicable environmental requirements have been properly assessed; environment, health, and safety impacts requiring further consideration have been comprehensively identified; and that adverse impacts will be effectively avoided or sufficiently minimized by proper implementation of the EMMP(s) in Section H.  If new impacts requiring further consideration are identified or new mitigation measures are needed, I will be responsible for notifying the USAID COR/AOR, as soon as practicable.  Upon completion of activities, I will submit a ***Record of Compliance with Activity-Specific EMMPs*** using the format provided in ERC Annex 2.


_____          _____
Implementer Project Director/COP *Name*                Date


**Approvals:**


_____          _____
USAID COR/AOR *Name*                                          Date


_____          _____
Mission Environmental Officer *Name*                      Date


**Concurrence:**


_____          _____
Mark Kamiya, Bureau Environmental Officer        Date


**Distribution:**
- Project Files
- IEE Files

DCN: to be assigned by BEU

# ERC/EMMP ANNEX 2
## RECORD OF COMPLIANCE WITH ACTIVITY-SPECIFIC ENVIRONMENTAL MITIGATION AND MONITORING PLANS (EMMPs)

| Subject: | *Site or Activity Name/Primary Project* |
|---|---|
| IEE DCN: | |
| To: | *COR/AOR/Activity Manager Name* |
| Copy: | *Mission Environmental Officer Name* |
| Date: | |

The [*name of the implementing organization*] has finalized its activities at the [*site name*] to [*describe activities and processes that were undertaken*]. This memorandum is to certify that our organization has met all conditions of the EMMPs for this activity. A summary and photo evidence of the how mitigation and monitoring requirements were met is provided below.

1. Mobilization and Site Preparation

2. Activity Implementation Phase

3. Site Closure Phase

4. Activity Handover

Sincerely,

_____          _____
Implementer Project Director/COP *Name*                Date

**Approved:**

_____          _____
 USAID/COR/AOR/Activity Manager *Name*                Date

**Distribution:**
- Project Files
- MEO
- Bureau Environmental Officer