EXHIBIT 2

**DAI**
Shaping a more livable world.

January 15, 2025

Larissa Piskunova
Contracting Officer's Representative
USAID/Ukraine

**Subject:** Request for Approval to Bill Deliverable Fee, USAID Economic Resilience Activity (ERA) Contract No. 72012118C00004

**Cc:** Olena Sochnieva, 1st Alternate Contracting Officer Representative
Taylor Braun-Dorrell, 2nd Alternate Contracting Officer Representative
Timothy Madigan, DAI COP

Dear Ms. Piskunova,

DAI Global, LLC hereby requests your technical approval to bill the following Fee, as per Deliverables Table, found in Modification #14 of the above referenced contract:

| Deliverable | Description | Calculation | Total Deliverable Fee |
|---|---|---|---|
| **6.** Annual Report Year 6 | Annual Report for Year 6 (October 1, 2023 – September 30, 2024) was submitted by DAI to USAID on October 30th, 2024, and approved by USAID on December 3, 2024. | 1 Uniform Unit Fee of $335,429.00 | $335,429.00 |
| | | Total for approval and payment: | $335,429.00 |

If you would like any additional information, please do not hesitate to contact me at Andriy_Shevtsov@dai.com. Thank you in advance for your consideration of this request.

Sincerely,

*[signature]*

Andriy Shevtsov
Associate Director, Eastern Europe

| Standard Form 1034<br>Revised January 1980<br>Department of the Treasury<br>1TFRM4-2000<br>1034-118 | **PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL** | VOUCHER NO.<br>**1003534-93** |
|---|---|---|

| U.S DEPARTMENT, BUREAU OR ESTABLISHMENT AND LOCATION<br>USAID/Ukraine Regional Contract Office<br>5850 Kyiv Place<br><br>Washington DC 20521<br>United States | DATE VOUCHER PREPARED<br>01-15-2025 | SCHEDULE NO. |
|---|---|---|
| | CONTRACT NUMBER<br>72012118C00004 | PAID BY |
| | REQUISTION NUMBER AND DATE | |

| **PAYEE'S NAME AND ADDRESS** | DAI Global, LLC<br>7600 Wisconsin Ave., Suite 200<br>Bethesda, Maryland 20814<br>c/o JPMorgan Chase  ABA: 021000021 Account: 672653026<br>S.W.I.F.T. code: CHASUS33 | DATE INVOICE RECEIVED |
|---|---|---|
| | | DISCOUNT TERMS |
| | | PAYEE'S ACCOUNT NUMBER<br>1003534 |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER AND DATE OF ORDER | DATE OF DELIVERY OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of contract or Federal supply schedule and other info, deemed necessay) | QUANTITY | UNIT PRICE COST | PER | AMOUNT |
|---|---|---|---|---|---|---|
| | 01-DEC-24 to 31-DEC-24 | TOTAL AMOUNT TO BE PAID | | | | USD   5,832,459.33 |

| (Use continuation sheets(s) if necessary) | **(Payee must NOT use the space below)** | | | **TOTAL** | USD   5,832,459.33 |
|---|---|---|---|---|---|
| PAYMENT:<br>☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | **APPROVED FOR:**<br>=USD<br>BY[2]<br>**TITLE** | **EXCHANGE RATE**<br>=USD1.00 | DIFFERENCES<br><br>Amount verified; correct<br>(Signature or initials) | | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____        _____        _____
(Date)                           (Authorized Certifying Officer)[2]                          (Title)

ACCOUNTING CLASSIFICATION

| P<br>A  B<br>I  Y<br>D | CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | | | | |
| | CASH | DATE | PAYEE[3] | |
| | USD | | | |

[1] When stated in foreign currency, insert name of currency.
[2] If the ability to certify and authority to approve are combined in one person, one signature only
  is necessary; otherwise the approving officer will sign in the space provided, over this official title.
[3] When a voucher is receipted in the name of a company or corporation, the name of the person writing
  the company or corporate name, as well as the capacity in which he signs, must appear.
  For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

| PER |
|---|
| TITLE |

Previous edition usable                                1034-                                NSN 7540-00-634-4206

**PRIVACY ACT STATEMENT**
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.