EXHIBIT 3



February 18, 2025

*Via electronic mail:* rpearson@usaid.gov; bellis@usaid.gov

R. Clark Pearson
Contracting Officer
United States Agency for International Development
USAID/Ukraine

cc: osochnieva@usaid.gov

Subject:
Contract 72012118C00004  Ukraine ERA
Invoice # 1003534-93: Certified Claim for Payment under the Prompt Payment Act

Dear Mr. Pearson:

This letter serves as the certified claim of DAI Global, LLC ("DAI") for payment related to invoice number 1003534-93 under the above-referenced contract in accordance with the Prompt Payment Act (31 U.S.C. §§ 3901-3907, the "Act"), the Federal Acquisition Regulations (the "FAR", specifically [48 C.F.R. § 52.232-25 Prompt Payment]), and the above refenced contract, which incorporates the aforementioned FAR clause. As of the date of this letter, the amount of $5,832,459.33 remains unpaid, despite payment coming due on 2/14/2025.

The Act and the FAR require that any agency of the United States government must make payment for accepted goods or services within 30 days of receipt of a properly-detailed invoice. In the case of invoice number 1003534-93, DAI delivered services to the United States Agency for International Development between 01-DEC-24 to 31-DEC-24, and DAI's invoice containing all necessary and required information was relayed to your agency on 1/15/2025. Your agency did not alert DAI of any deficiencies in such invoice within the seven-day period provided for that purpose by the Act. Therefore payment was due on 2/14/2025, and is now 4 days past due.

Because the Government has failed to act upon this invoice in a reasonable time, this invoice is converted to a claim pursuant to 41 U.S.C. § 7103 and 48 C.F.R. § 52.233-1.  I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract costs for which the contractor believes the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

DAI reserves the right to claim interest penalties as provided in the Act for the overdue amount related to this invoice. Please make payment for the full amount under invoice number 1003534-93 plus interest immediately to avoid further interest accrual and/or any legal action. Payment should be sent to the DAI through the bank account information provided in the enclosed invoice (DAI c/o JPMorgan Chase, ABA: 021000021, Account: 672653026, SWIFT code: CHASUS33) or otherwise provide a written explanation detailing when this payment will be made. If DAI does not receive a written response within 5 business days, we will consider this a deemed denial and we will proceed to legal action for your agency's breach of contract pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7101-7109.

Should you need further information, please let DAI know.

Sincerely,

*Baigal Darambazar*

Baigal Darambazar
VP, USG Contracts and Grants
DAI Global, LLC
Baigal_darambazar@dai.com

Enclosures:        [Invoice 1003534-93 Dec 2024.pdf]
                   [Invoice 1003534-93 Addendum.pdf]
                   [Contract #72012118C00004m INVOICE #1003534-93.msg]

DAI Shaping a more livable world.