## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAI Global, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>The United States,<br><br>   *Defendant*. | Civil Action No. 25-369 C<br><br>**NOTICE OF<br>VOLUNTARY DISMISSAL** |

Pursuant to Court of Federal Claims Rule 41(a)(1)(A), Plaintiff DAI Global, LLC hereby submits this Notice of Voluntary Dismissal of this action.

Dated: March 12, 2025        Respectfully submitted,

                 */s/ Robert Nichols*

                 Robert Nichols
                 Michael Bhargava
                 Nichols Liu LLP
                 655 15th Street NW, Suite 425
                 Washington, DC 20005
                 rnichols@nicholsliu.com
                 mbhargava@nicholsliu.com
                 (202) 846-9811

                 *Counsel for Plaintiff*
                 *DAI Global, LLC*